United States District Court         FILED

District of Connecticut              2003 OCT 22 P 2:52

James McKinnon   Case. 3:03CV944 (RNC)(DFM)
100 770
Plaintiff's

                                  October 17, 2003
V.

Yvonne, Et Al

Negron

Defendants Individual Capacity


## Consideration for Private Suit

1. Plaintiff James McKinnon prose respectfully moves This court for immediate relief in the form of Regulations implementing the ADA provide that a complainant may file a private suit at any Time 28.C.F.R. § 35.172.

By x James Lee McKinnon
James Lee McKinnon pro se
900 Highland Avenue
Cheshire Connecticut
06410

2. also plainTiff don'T wish To violaTe his privacy righTs ThaT medical records of medical condiTion is in This lawsuiT,.

3. For This reason plainTiff requesT consideraTion ThaT defendanT negron have a private complainanT befor courT direcTs marshal To service forms on defendanTs.

.By x James Lee McKinnon
James Lee McKinnon Pro,se
900 Higland Avenue
Cheshire ConnecTicuT
06410

4. Plaintiff James McKinnon is a citizen of United States who presently resides at Cheshire Correctional 900 Highland Avenue Cheshire Connecticut, 06410

5. Defendant yvonne is a citizen of United States whose address is cheshire Correctional 900 Highland Avenue cheshire Connecticut, 06410

6. Defendant negron is a citizen of United States whose address is cheshire Correctional 900 Highland Avenue cheshire Connecticut, 06410

By x *James Lee McKinnon*
James Lee McKinnon pro, se
900 Highland Avenue
cheshire Connecticut
06410