United States District **FILED**
Court
2003 NOV -4 P 4: 43
District of Connecticut
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon  case 3:03CV944(RNC)(DFM)
100770
Plaintiff

October, 30, 2003

V.

Yvonne Colette, Etal
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
Hannah

Defendant's Individual Capacity

1. Plaintiff motion respectfully in the above captioned matter request that court provide 1# copy of Civil Rights Complaint To Caption in action defendant Yvonne Colette, Etal To enable the U.S. Marshal To Serve;.

By: James Lee McKinnon
James Lee McKinnon prose
900 Highland Avenue
Cheshire ct, 06410

2. also plaintiff respectfully request that 6# copies of the amended complaint be forward to U.S. Marhal by court; because plaintiff has no copy; plaintiff is indigent and respectfully request permission to proceed with out fees of copies be waived.

3. 6# copies amended complaint for defendants:

Pamela SHea
CerYL ScHwink
PauLine Husband
NiTa DonavaN
Jim TaYLor
HanNaH .

4. Plaintiff have attach for court showing of pay none of last past six Transctions.

By x _James Lee McKinnon_
James Lee McKinnon, pro se
900 Highland Avenue
Cheshire CT, 06410

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

v.

YVONNE COLETTE
PAMELA SHEA
CERYL SCHWINK
PAULINE HUSBAND
NITA DONAVAN
JIM TAYLOR
HANNAH

PRISONER
Case No.    3:03CV944 (RNC) (DFM)

## RULING AND ORDER

To enable the United States Marshal to serve the amended complaint on the defendants, the plaintiff is directed to complete the enclosed 285 United States Marshal service forms. The plaintiff is directed to complete one 285 form for each defendant in his individual capacity. The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each defendant in his individual capacity. The plaintiff should use the addresses he has provided to the court in his amended complaint for this form. In addition, the plaintiff is directed to submit SEVEN copies of the amended complaint.

The plaintiff shall complete and return the enclosed forms and the copies of the amended complaint within twenty days of the date of this order. The plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may

result in the dismissal of this case as to any defendant for whom a form and/or copy of the amended complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the amended complaint on the defendants in their individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he signs a waiver of service of summons. The plaintiff's Motion for Appointment of Counsel [doc. # 9] is DENIED. The motion references the defendants as Hunt and Lahda. These individuals are not defendants in this action.

SO ORDERED.

Entered in Bridgeport, Connecticut, this ___ of _____, 2003.

Holly B. Fitzsimmons
United States Magistrate Judge

DOC: 0000100770    Name: MCKINNON, JAMES LEE
LOCATION: 125-H                                                DOB: 11/09/1961

                                                    Max Date:
ACCOUNT BALANCES  Total :    9.32   CURRENT:    9.32   HOLD:    0.00

                        06/07/2001           10/20/2003
SUB ACCOUNT             START BALANCE        END BALANCE
PLRA                         0.00                 8.00
SPENDABLE BALANCE            0.50                 1.32

                    DEBTS AND OBLIGATIONS
TYPE     PAYABLE              INFO NUMBER       AMOUNT OWING    AMOUNT PAID

         TRANSACTION DESCRIPTIONS --                     PLRA  SUB-ACCOUNT
DATE         TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT      BALANCE
04/25/2003   DED     Deduction-PLRA-02242003         4.00             4.00
09/12/2003   DED     Deduction-PLRA-02242003         4.00             8.00

         TRANSACTION DESCRIPTIONS --              SPENDABLE BALANCE SUB-ACCOUNT
DATE         TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT      BALANCE
07/02/2001   CRS     CRS SAL ORD #473458 D2       (   0.42)           0.08
07/05/2001   CEC     CEC SAL ORD #473458 D2           0.42            0.50
07/17/2001   CRS     CRS SAL ORD #500351 D2       (   0.42)           0.08
07/17/2001   CEC     CEC SAL ORD #500351 D2           0.42            0.50
07/25/2001   DMR     Mail Receipts  136   34404     20.00            20.50
07/30/2001   CRS     CRS SAL ORD #525636 D2       (  20.01)           0.49
08/06/2001   CRS     CRS SAL ORD #537741 D2       (   0.42)           0.07
08/06/2001   CEC     CEC SAL ORD #537741 D2           0.42            0.49
08/20/2001   CRS     CRS SAL ORD #562557 D2       (   0.42)           0.07
08/21/2001   CEC     CEC SAL ORD #562557 D2           0.42            0.49
08/21/2001   DMR     Mail Receipts  136   34831    280.00           280.49
08/27/2001   CRS     CRS SAL ORD #574837 D2       (   7.14)         273.35
09/04/2001   CRS     CRS SAL ORD #586973 D2       ( 269.56)           3.79
09/05/2001   CRS     CRS SAL ORD #589129 D2       (   3.51)           0.28
09/10/2001   CEC     CEC SAL ORD #586973 D2           2.66            2.94
09/10/2001   CRS     CRS SAL ORD #599900 D2       (   0.98)           1.96
09/13/2001   DMR     Mail Receipts  136   35267    500.00           501.96
09/17/2001   CRS     CRS SAL ORD #611448 D2       (  39.82)         462.14
09/24/2001   CRS     CRS SAL ORD #624718 D2       (  12.83)         449.31
09/25/2001   WPOS    Postage  136                 (   2.18)         447.13
10/01/2001   CRS     CRS SAL ORD #636947 D2       (  46.14)         400.99

By x  *James Lee McKinnon*

request permission To proceed with out
fees That any copies be waived
Respectfully

10/20/2003 10:58       DEPARTMENT OF CORRECTIONS                      Page 1
CHE106                 CONNECTICUT DEPARTMENT OF CORRECTION           OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T  4.10.0.0.9 TR

Case 3:03-cv-00944-RNC    Document 14    Filed 11/04/2003    Page 6 of 7

DOC: 0000100770    Name: MCKINNON, JAMES LEE                DOB: 11/09/1961
LOCATION: 125-H

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/02/2001 | WSR | Special Request 136 | ( 10.00) | 390.99 |
| 10/09/2001 | CRS | CRS SAL ORD #650570 D2 | ( 11.97) | 379.02 |
| 10/09/2001 | CRS | CRS SAL ORD #650711 D2 | ( 66.35) | 312.67 |
| 10/15/2001 | CRS | CRS SAL ORD #662867 D2 | ( 25.04) | 287.63 |
| 10/22/2001 | CRS | CRS SAL ORD #675550 D2 | ( 52.24) | 235.39 |
| 10/29/2001 | WSR | Special Request - 136 | ( 20.00) | 215.39 |
| 11/06/2001 | CRS | CRS SAL ORD #702098 D2 | ( 19.60) | 195.79 |
| 11/08/2001 | WSR | Special Request 136 | ( 8.50) | 187.29 |
| 11/19/2001 | CRS | CRS SAL ORD #725927 D2 | ( 16.56) | 170.73 |
| 11/26/2001 | CRS | CRS SAL ORD #737158 D2 | ( 12.04) | 158.69 |
| 12/03/2001 | CRS | CRS SAL ORD #749669 D2 | ( 60.45) | 98.24 |
| 12/04/2001 | CRS | CRS SAL ORD #750571 D2 | ( 16.51) | 81.73 |
| 12/11/2001 | CRS | CRS SAL ORD #766742 D2 | ( 6.95) | 74.78 |
| 12/17/2001 | CRS | CRS SAL ORD #778782 D2 | ( 8.90) | 65.88 |
| 12/21/2001 | CRS | CRS SAL ORD #788709 D2 | ( 18.11) | 47.77 |
| 12/27/2001 | CEC | CEC SAL ORD #788709 D2 | 18.11 | 65.88 |
| 01/04/2002 | CRS | CRS SAL ORD #812717 D2 | ( 16.54) | 49.34 |
| 01/17/2002 | CRS | CRS SAL ORD #835000 D2 | ( 8.73) | 40.61 |
| 01/24/2002 | CRS | CRS SAL ORD #850284 D2 | ( 6.12) | 34.49 |
| 01/30/2002 | WCOP | Copies 136 | ( 1.50) | 32.99 |
| 01/31/2002 | CRS | CRS SAL ORD #861436 D2 | ( 4.62) | 28.37 |
| 02/06/2002 | CRS | CRS SAL ORD #873670 D2 | ( 14.49) | 13.88 |
| 02/11/2002 | WPOS | Postage 136 | ( 4.86) | 9.02 |
| 02/13/2002 | CRS | CRS SAL ORD #884975 D2 | ( 2.67) | 6.35 |
| 02/22/2002 | WPOS | Postage 136 | ( 3.50) | 2.85 |
| 03/07/2002 | CRS | CRS SAL ORD #924525 D2 | ( 2.66) | 0.19 |
| 03/08/2002 | DMR | Mail Receipts 136 | 20.00 | 20.19 |
| 03/14/2002 | CRS | CRS SAL ORD #937728 D2 | ( 18.04) | 2.15 |
| 03/19/2002 | WPOS | Postage 136 | ( 0.68) | 1.47 |
| 03/21/2002 | CRS | CRS SAL ORD #952707 D2 | ( 1.26) | 0.21 |
| 04/11/2002 | CRS | CRS SAL ORD #993268 D2 | ( 0.21) | 0.00 |
| 04/15/2002 | CEC | CEC SAL ORD #993268 D2 | 0.21 | 0.21 |
| 04/18/2002 | CRS | CRS SAL ORD #1006638 D2 | ( 0.21) | 0.00 |
| 04/23/2002 | CEC | CEC SAL ORD #1006638 D2 | 0.21 | 0.21 |
| 04/25/2002 | CRS | CRS SAL ORD #1018331 D2 | ( 0.13) | 0.08 |
| 04/26/2002 | CEC | CEC SAL ORD #1018331 D2 | 0.13 | 0.21 |
| 05/09/2002 | CRS | CRS SAL ORD #1045357 D2 | ( 0.21) | 0.00 |

DOC: 0000100770    Name: MCKINNON, JAMES LEE
LOCATION: 125-H                                                         DOB: 11/09/1961

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/16/2002 | CEC | CEC SAL ORD #1045357 D2 | 0.21 | 0.21 |
| 05/30/2002 | CRS | CRS SAL ORD #1084455 D2 | ( 0.21) | 0.00 |
| 05/31/2002 | CEC | CEC SAL ORD #1084455 D2 | 0.21 | 0.21 |
| 03/03/2003 | CRS | CRS SAL ORD #1598654 D2 | ( 0.21) | 0.00 |
| 04/25/2003 | DMR | Mail Receipts 125 | 20.00 | 20.00 |
| 04/25/2003 | DED | Deduction-PLRA-02242003 | ( 4.00) | 16.00 |
| 05/02/2003 | CRS | CRS SAL ORD #1720133 D2 | ( 16.00) | 0.00 |
| 05/12/2003 | CEC | CEC SAL ORD #1720133 | 16.00 | 16.00 |
| 05/16/2003 | CRS | CRS SAL ORD #1747310 D2 | ( 15.86) | 0.14 |
| 05/27/2003 | CEC | CEC SAL ORD #1747310 | 15.86 | 16.00 |
| 06/06/2003 | CRS | CRS SAL ORD #1786895 D2 | ( 15.96) | 0.04 |
| 09/03/2003 | WFMD | Med Dental Fee 125  6172003 | ( 0.04) | 0.00 |
| 09/12/2003 | DMR | Mail Receipts 125 | 20.00 | 20.00 |
| 09/12/2003 | DED | Deduction-PLRA-02242003 | ( 4.00) | 16.00 |
| 09/19/2003 | WCOP | Copies 125 | ( 1.50) | 14.50 |
| 09/30/2003 | CRS | CRS SAL ORD #2000236 D2 | ( 14.32) | 0.18 |
| 10/06/2003 | CEC | CEC SAL ORD #2000236 | 14.32 | 14.50 |
| 10/14/2003 | CRS | CRS SAL ORD #2025565 D2 | ( 13.18) | 1.32 |