United States District Court
District of Connecticut

James McKinnon no case 303CV944
100 770
Plaintiff

v.                                    12-7-03

Yvonne ETaL

      Plaintiff motion is To
ask court to Ordering the
Department of Correction
To produce the plaintiff
Legal work from property.

plaintiff James McKinnon prose request help from court ordering Captaion Burke also counselor Codero of B-unit in Walker Reception Special management unit Correctional institution. To provide the plaintiff legal work from his property Inventory.

                                  *James McKinnon*
                                  James McKinnon prose
                                  Walker Reception
                                  East Street South
                                  Suffield CT 06078

2. plaintiff also moves the court to know I was moved, to this address for each of my case's in United States District court

3. plaintiff address is Walker Reception East Street South Suffield Connecticut 06078

By /s/ James McKinnon
James McKinnon Prose
Walker Reception
East Street South
Suffield CT, 06078