United States District Court
District of Connecticut

James McKinnon          3:03cv944 (RNC)(DFM)
    100770
    Plaintiff
                        December 23, 2003
V.

Yvonne Colette, et al
Defendants    Individual capacity


Plaintiff James McKinnon pro,se moves this court respectfully for copy of Amended Complaint to enable the U.S. Marshal to effect service on the defendants, court has original; plaintiff was without Counselor assist in making copies; at this time plaintiff can complete copies properly thanks to court order.

Plaintiff has complete one 285 form to be served on all defendants, Also complete is one Notice of Lawsuit and waiver of Service of Summons form and one waiver of Service of Summons form for each defendant in his and her Individual capacity and one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each Defendant.
Also plaintiff opoligize to court for the inconvenience

By: /s/ James Lee McKinnon
    James Lee McKinnon  prose
    Macdougall-Walker
    1153 East-Street-Sooth
    Suffield, CT 06080

## Certification

James McKinnon                3:03 cv 944 (RNC)(DFM)
   Plaintiff

v.

Yvonne Colette; ETaL


Plaintiff above certification through this attachment that this claim To be True and To the best of my ability on this 23, Day of December, 2003

Also plaintiff is indigent and respectfully request permission To proceed without fees that any copy be waived.

By x _James Lee McKinnon_
James Lee McKinnon prose
Macdougall-Walker
1153-East Street South
Suffield, CT 06080