United States District Court

FILED

District of Connecticut

James McKinnon   Case 3:03CV944(RNC)(DFM)
  100770
  Plaintiff

V.

Yvonne Colette, ETaL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
    Hannah

January 15, 2004

Defendants' Individual Capacity

Plaintiff motion To amend Complaint To add proof of exhaustion with Exhibits, Also (ADA) Claim with Short Concise statement of material facts Federal Rule 28 C.F.R. § 35.190 Also Federal Rule 15,(a),(b).

1. Plaintiff James McKinnon pro se Respecfully Request That under this short concise statement be amended To the forth going Amended Complaint Exhibit's proof of exhaustion, Also memorandum statement for Support of (ADA) claim.

By James Lee McKinnon
James Lee McKinnon pro se
Walker Reception Unit
1153-East Street South
Suffield Connecticut
06078

(1)

James McKinnon     case 3:03CV944 (RNC)(DFm)
100 770
Plaintiff

V.

Yvonne Colette, etal
Defendants

Plaintiff above certifces through this attachment that this claim to be true and to the best of my ability on this 15 day of January 2004

By: *James Lee McKinnon*
James Lee McKinnon prose
Walker Reception unit
1153- East Street South
Suffield Connecticut
06078

②