UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 29  P 3: 19

U.S. DISTRICT COURT
HARTFORD, CT.

JAMES MCKINNON

    V.

YVONNE, et al.

PRISONER
CASE NO. 3:03CV944 (RNC) (DFM)

RULING ON PENDING MOTIONS

Pending before the court are two motions for copies and two motions for leave to amend the complaint.

I. Motions for Copies [docs. ## 14, 17]

The plaintiff asks the court to send him a copy of the amended complaint to enable him to make the necessary copies to submit to the court for service of the amended complaint. The plaintiff's motions are GRANTED.

II. Motions to Amend [docs. ## 15, 18]

The plaintiff seeks to file a second amended complaint. Because the plaintiff already has filed one amended complaint, he must seek leave of court to file another amended complaint. See Rule 15(a), Fed. R. Civ. P.

The first motion to amend the complaint includes some discussion of the Americans with Disabilities Act ("ADA") and case law interpreting the ADA. However, the proposed amended complaint accompanying the motion includes no allegations related to an ADA claim. Further, even if the plaintiff had included

allegations to support an ADA claim, he concedes that he has not exhausted his ADA claim.[1]  For this reason, the first motion for leave to amend is DENIED.

In his second motion to amend the complaint, the plaintiff again asks to add an ADA claim to his complaint.  The proposed amended complaint accompanying this second motion to amend suffers the same deficiency discussed above-the proposed complaint fails to include any facts related to an ADA claim.  In the second motion to amend the complaint, the plaintiff also asks permission to add evidence that he exhausted his administrative remedies on the claims in his first amended complaint.  The request to submit evidence of exhaustion is unnecessary; the plaintiff already attached evidence of exhaustion to his first amended complaint.  Therefore, the second motion for leave to amend also is DENIED.

The motions for leave to amend are denied without prejudice. The plaintiff may file another motion to amend the complaint.  If he does so, he must file at the same time a proposed amended complaint which includes allegations concerning the ADA claim he

---

[1] Although the plaintiff claims that he need not exhaust any ADA claims, the State of Connecticut Department of Correction Administrative Directives provide otherwise.  See Department of Correction Administrative Directive 9.6, section 6(A)(5) ("matter[s] relating to access to privileges, programs and services, conditions of care or supervision and living unit conditions within the authority of the Department of Correction, to include rights under the Americans with Disabilities Act, except as noted herein" are grievable).

2

seeks to add. The proposed amended complaint also must include evidence that his ADA claim was exhausted prior to the filing of this lawsuit.

### Conclusion

The Motions for Copies [docs. ## 14, 17] are GRANTED. The Clerk is directed to send the plaintiff a copy of the first amended complaint [doc. # 11] with a copy of this ruling. The plaintiff is directed to submit SEVEN copies of the amended complaint to the court within thirty days of the date of this order. The Motions for Leave to Amend [docs. ## 15, 18] are DENIED without prejudice.

SO ORDERED in Hartford, Connecticut, this 29th day of January, 2004.

Donna F. Martinez
United States Magistrate Judge