# United States District Court
## District of Connecticut

FILED

2004 FEB 10 P 4: 20

James McKinnon    Case  3:03cv944 (RNC)(DFM)
     100 770
     Plaintiff

V.

                              Date
Yvonne  Colette, Etal — February 9, 2004
Pamela    Shea
Ceryl     Schwink
Pauline   Husband
Nita      Donavan
Jim       Taylor
          Hannah

Defendants    Individual Capacity

1. Plaintiff James mcKinnon prose Respecfully moves The court for immediate relief in The form of an injunnction barring ConnecTicut DeparTment of CorrecTion from further realease of my medical informaTion with out plaintiff SignaTure of ConsenT

By x James Lee McKinnon
  James Lee mcKinnon
  MacDougll-Walker unit
  1153-East Street South
  Suffield ConnecTicut
        06078

## Certificate

James McKinnon    Case 3:03cv944(Rnc)(Dfm)
        100770
        Plaintiff

Plaintiff That defendant's are citizen's of united States whose address is cheshire Correctional 900 Highland Avenue cheshire Connecticut, 06410

Plaintiff above certifiy Through This attachment That This claim To be True and To The best of my ability on This 9 Th Day of February, 2004

By x _James Lee McKinnon_
    James Lee McKinnon prose
    macDougal walker unit
    1153 East Street South
    Suffield Connecticut
            06078