United States District Court
District of Connecticut

**FILED**
2004 MAR 19 P 4:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon   Civil 3:03cv944
                         (RNC)(DFM)
   vs.

Yvonne Colette, Et al
Pamela Shea
Ceryl Schwink          March 14, 2004
Pauline Husband
Nita Donavan
Jim Taylor
      Hannah
Defendants     Individual Capacity

Plaintiff Motion Under Rule 28.C.F.R.§ 35.172 To File a private suit on defendant.

1. Plaintiff James McKinnon prose moves this court Respectfully in the above captain matter, To file a private suit on defendant.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
MacDougall-Walker
1153 East Street South
Suffield CT 06078

- James is a citizen of United States whose address is cheshire Correctional 900 Highland Avenue cheshire Connecticut 06410,

And who is employed as C-T-O counselor in cheshire.

At the Time the Claim's alleged in the complaint arose was the defendant acting under color of State law? yes Plaintiff explains.

Plaintiff has to inspect his legal mail from defendant based on mail privacy invasion befor signature is released

Plaintiff received two letters from defendant then was told to give a signature for them I gave it for one, I inspect from U.S. Court Clerk

when plaintiff ask to inspect the letter that was cove with his hand on his chest also a pin in it, like defendant was opening it. plaintiff said I'd like to inspect it befor I give you my signature then - defendant said he open it befor I came.

By James Lee McK...
James Lee McKinnon
macDougall-walker
1153 East Street South
Soffield CT 06078

James McKinnon    Case 3:03cv944
    100 770
    Plaintiff         (RNC)(DFM)

VS.

Yvonne Colette, ETaL
"Add Others"
Defendants


Plaintiff above certify through this attachment that this claim To be True and To the best of my ability on this <u>14th</u> Day of March, 2004


By <u>/s/ James Lee McKinnon</u>
James Lee McKinnon prose
MacDougall-Walker Unit
1153-East Street South
Suffield Connecticut
    06078