United States District Court

District of Connecticut

**FILED**

2004 MAR 29 P 5:06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:03CV944 (RNC)(DFM)

vs.

Yvonne    Colette, Etal    March 21, 2004
Pamela    Shea
Ceryl     Schwink
Pauline   Husband
Nita      Donavan
Jim       Taylor
          Hannah

Defendants    Individual    Capacity

Plaintiff motion To Amend Complaint To add Claim's for Relief Federal Rule 8a,3, Also To add (ADA) Claim Federal Rule 145 F.R.D. 339 348 (S.N.Y. 1993 permitting prisoner's To Amend Complaint To add an (ADA) claim, with Memorandom.

1. I James McKinnon Plaintiff prose request respectfully That This court not To held me in The same standards as an attorney; Also request consideration in The above captain case.

By x _James Lee McKinnon_
James Lee McKinnon, prose
MacDougall-Correctional
1153-East Street South
Suffield CT 06080

2. Plaintiff was Transfered To Chronie 12-5-03 in MacDougall Walker 1153- East Street South Suffield Connecticut 06078.

3. It's 23 hours a day lock down, Also there is no access to any law library material; Plaintiff has mental Health problems.

4. At this time due to the mental health issues I am dealing with it has become more than difficult to keep up with work load without access to the proper materials found in the law library.

5. It has been brought to my attention also that this Correctional Facility has no Law Library to begin with.

6. Plaintiff's have filed this 1983 civil right law suit against the defendant's; To contend that the facts are so over wheming in support of the allegations which he forwarded in the interest of justice and expedience, facts are Exhibits.

By x *James Lee McKinnon*
James Lee McKinnon pro se
MacDougall-Walker
1153- East Street South
Suffield CT 06080

James McKinnon    Civil no. 3:03CV944
   vs.                 (RNC)(DFM)
"Yvonne Colette
And Other's"

Plaintiff above certify through this attachmet That this claim To be True and To the best of my ability on this <u>21th</u> Day of march 2004,

By x _James Lee McKinnon_
James Lee McKinnon prose
MacDougalt Walker unit
1153 East Street South
Suffield Connecticut
         06078