UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 21 P 1:05

U.S. DISTRICT COURT
HARTFORD, CT.

JAMES MCKINNON

V.

YVONNE, et al.

PRISONER
CASE NO. 3:03CV944 (RNC)

## RULING ON PENDING MOTIONS

Pending before the court are two motions for leave to amend. For the reasons set forth below, the motions are denied.

I. <u>"Motion to File Private Suit on Defendant" [doc. # 23]</u>

The plaintiff seeks to file a second amended complaint to name CTO James as a defendant. Because the plaintiff has already filed one amended complaint, he must seek leave to file another amended complaint. <u>See</u> Rule 15(a), Fed. R. Civ. P.

The plaintiff has not filed a proposed amended complaint with his motion to amend. Rather, he includes in his motion allegations that James opened two letters addressed to the plaintiff before he could inspect them. The plaintiff has filed another lawsuit naming CTO James as a defendant, <u>McKinnon v. James, et al.</u>, Case no. 3:03cv2274 (SRU), which includes the same allegations as those in the present motion to amend. Accordingly, the plaintiff's motion to amend to add CTO James as a defendant is denied as moot.

II. <u>Motion to Amend [doc. # 24]</u>

The plaintiff seeks to his complaint a count alleging a violation of the Americans with Disabilities Act ("ADA"). The only allegations concerning an ADA claim are included on the last page of the proposed amended complaint. There, the plaintiff states

that prisoners with disabilities are protected by the Constitution and federal statutes and that prison officials must provide medical assistance to disabled prisoners. He also alleges that he has undergone medical examinations, has received medical treatment and has physical and mental impairments that limit his major life activities. The plaintiff does not allege that his rights under the ADA have been violated. In addition, in a prior ruling denying a motion to amend to add an ADA claim, the court informed the plaintiff that he could not add an ADA claim unless he had exhausted that claim prior to filing this action. The court informed the plaintiff that if he sought to renew his motion to amend to add an ADA claim, he must attach evidence that he had exhausted his ADA claim prior to filing this case. The proposed amended complaint submitted with the renewed motion to amend fails to include any evidence of exhaustion of an ADA claim. The proposed amended complaint is also deficient in that it fails to include a claim for relief as required by Rule 8(a)(3) of the Federal Rules of Civil Procedure. Accordingly, the plaintiff's motion to amend to add an ADA claim is denied.

## Conclusion

The Motions for Leave to Amend [docs. ## 23, 24] are DENIED.

SO ORDERED in Hartford, Connecticut, this 20th of May, 2004.

Donna F. Martinez
United States Magistrate Judge