UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 28  A 8:18

U.S. DISTRICT COURT
HARTFORD, CT.

JAMES MCKINNON,

    Plaintiff,

V.

YVONNE COLETTE, et al.,

    Defendants.

PRISONER
CASE NO. 3:03CV00944 (RNC)

## RULING AND ORDER

The plaintiff in this prisoner civil rights action, James McKinnon, currently confined at the MacDougall Correctional Institution in Suffield, Connecticut, now moves for injunctive relief in the form of an order enjoining the Connecticut Department of Correction from further release of his medical information without his written consent. Because the Department of Correction is not party to this action, the court does not have in personam jurisdiction over it, and cannot enjoin its actions. If plaintiff wishes to obtain an injunction against the Department of Correction, he must bring a separate complaint against it. Thus, plaintiff's motion [Doc. #21] is hereby denied.

So ordered.

Dated at Hartford, Connecticut this 24 day of June 2004.

Robert N. Chatigny
United States District Judge