United States District Court

District of Connecticut

FILED
2004 AUG -5 P 5:10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon   Civil no. 3:03CV944

vs.                                  (RNC)(DFM)

Yvonne Colette; ETAL
Pamela Shea
Ceryl Schwink                August 2, 2004
Pauline Husband
Nita Donavan
Jim Taylor
     Hannah

Defendant's Individual Capacities

Plaintiff Respecfully moves the court for immediate relief in the form of an injunction barring the University of Connecticut Health Center medical staff from further realease of my protected medical information by Connecticut without my consent.

By: James McK_____
James McKinnon Prose

1. Plaintiff James McKinnon is a citizen of United States whos presently resides at Corrigan Radgowski 986, Norwich New-London, Tpke Uncasville Connecticut, 06382

2. Defendant's are citizen's of United States whose address's is Cheshire Correctional 900 Highland Avenue Cheshire Connecticut 06410

---

## Plaintiff Memorandum of Law in Support.

Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information. A.L.A. v. West Valley City, 26 F.3d 989, 990 (10th Cir. 1994); Nolley v. County of Erie, 776 F. Supp 715, 729 W.D.N.Y 1991); Doe v. Meachum, 126 F.R.D. 437, 439 (D. Conn. 1988.

Prisoners have a right to privacy in medical information generally, and especially in their diagnoses of infection's. Doe v. City of Cleveland 788 F. Supp. 979, 985. N.D. Ohio 1991); Nolley v. County of Erie 776 F. Supp. 715, 729 W.D.N.Y. 1991; Doe v. Meachum, 126 F.R.D. 437, 439 (D. Conn 1988);

By x /s/ James McKinnon
James McKinnon pro se

STaTes have STaTeiTes proTecTing The confidenTiality of of _____ related information and These may support claims for damages; nolley v. County of Erie 776, F. Supp. aT 773-34.

---

### CeTrification

I certify through this attachment that this claim To be True and To The best of my ability on This <u>2</u> Day of August 2004,

Defendants

Yvonne ColeTTe; ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
niTa Donavan
Jim Taylor
        Hannah

By x /s/ James McKinnon
James McKinnon prose
Corrigan Rodgowski
986, Norwich new London Tpke
Uncasville ConnecTicuT
06382