United States District Court

FILED
2004 AUG -5 P 5: 37

District of Connecticut

James McKinnon   Civil no 3:03cv944
  VS.                  (Rnc)(DFm)

Yvonne Colette, ETAL
Pamela Shea                 August 4, 2004
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
       Hannah
Defendants   Individual Capacity

---

Plaintiff Motion Concerning Discovery Rules '26 Through '37, Fed. R. Civ. P. Motion Seeking The present known Addresses of Defendant Pamela Shea That has not yet been served By U.S. Marshall with copy of Summons And Complaint.

---

1. Plaintiff James McKinnon is a citizen of United States who presently resides at Corrigan Rodgowski 986 Norwich New London, Tpke Uncasville Connecticut 06382

By x /s/ James McK-
   James McKinnon

2. Defendants are citizen of United States whose address is cheshire Correctional 900, Highland Avenue cheshire Connecticut 06410

3. I James McKinnon Plaintiff pro'se moves this court respectfully to grant this motion Seeking discovery of defendants addresses Pamela Shea Health Services Administrator that has not been Served because defendant is no longer employed by The University of Connecticut Correctional Managed Health Care.

4. Plaintiff respectfully states to this court he don't personally need this information; and that it is needed by The U.S. court Marshal to complete Service as ordered by The U.S. Court House.

5. It is acceptable to have the addresses provided directly to the Marshal if prison officials perefer.

6. Another possible Solution is to persuade prison staff, or The attorney representing The defendants who have already been served to arrange to accept Service for The unserved defendant Pamela Shea.

By x /s/ James McKin——
James McKinnon

7. Plaintiff motion also if defendants counsel or the unserved defendants will not agree to this Plaintiff suggest a motion to compel as an alternative to providing the U.S. Marshall with actual addresses.

---

## Memorandum of Law in Support of Plaintiff motion Concerning discovery Seeking The defendant present Known Addresses.

Murphy v. Keller, 950 F.2d 290, 293 (5th Cir. 1992) (directing district court to allow discovery of documents such as duty rosters and personnel records that would assist the plaintiff in identifying the defendants).

By x /s/ James McK_____
James McKinnon pro se

James McKinnon            Civil no. 3:03cv944

   VS.                              (RNC)(DFM)

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
     Hannah

Plaintiff above certify Through This attachment That This claim To be True and To The best of my ability on This 4Th Day of August 2004

By x /s/ James McK.
James McKinnon prose
Corrigan Rodgowski
986, Norwich New London, Tpke
Uncasville, Connecticut
         06382

---

CORRECTIONAL MANAGED HEALTH CARE - MEMORANDUM
MANSON YOUTH INSTITUTE, CHESHIRE CORRECTIONAL
INSTITUTE, WEBSTER CORRECTIONAL INSTITUTION

---

DATE:   JULY 23, 2004

TO:     MCKINNON, JAMES (100770)

FROM:   RICHARD BUSH, H.S.A. *RB*

RE:     WAIVER OF SERVICE OF SUMMONS-PAMELA SHEA
        MCKINNON V. COLLETT ET AL-3:03CV944 (RNC)

---

   Please be advised that Pamela Shea, Health Services Administrator is no longer employed by the University of Connecticut/Correctional Managed Health Care. I have been advised by Rody Jaiman, Deputy Clerk, United States District Court, District of Connecticut to return the waiver of service of summons back to you. Please see attached.

C:  File