UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | 3:03CV944(RNC) |
| VS. | : | |
| | : | |
| YVONNE COLETTE, ET AL. | : | AUGUST 11, 2004 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in their individual capacity in addition to any Appearances already on file in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 11th day of August, 2004.

DEFENDANTS,
Yvonne Colette, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-mail: kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 13th day of August, 2004:

James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382

                                                            __/s/_____
                                                            Kathleen A. Keating
                                                            Assistant Attorney General