United States District Court

District of Connecticut

FILED

2004 AUG 17 P 4: 43

U.S. DISTRICT COURT

James McKinnon    Civil no. 3:03cv944(RNC)(DFM)

VS.

| | | |
|---|---|---|
| Yvonne | Colette; ETAL | August 13,2004 |
| Pamela | Shea | |
| Ceryl | Schwink | |
| Pauline | Husband | |
| Nita | Donavan | |
| Jim | Taylor | |
| | Hannah | |

Defendants    Individual    Capacity

Plaintiff motion is To inform The court respectfully That Defendants was Service with Summons and waiver with complaint. Know seeking Dated August 11,2004 To File a document in This court Representative is Kathleen A. Keating Assistant Attorney General; The plaintiff don't objection To This Finding; Defendants are In Individul Capacity The State of Connecticut Become liability with Appearnce of Assistant Attorney General That's out of Jurisdiction.

Byx James McKinnon
James McKinnon prose

# A. ParTies

1. PlainTiFF James McKinnon is a ciTizen of UniTed STaTes whos address is Corrigan Rodgowski CorrecTional Center 986, Norwich New London Turnpike Uncasville ConnecTicuT, 06382, ID 100770

2. DefendanTs are ciTizens oF UniTed STaTes whos address is cheshire CorrecTional 900' Highland Avenue Cheshire ConnecTicuT. 06410

By x James McKinnon
James McKinnon prose

# Certification

I hereby certify That The foregoing was mailed To The defendants ATTorney of record This 13Th Day of AugusT, 2004 Also I certify Through This aTTachment ThaT This claim To be True and To The best of my obility.

Defendants Individual Capacity?

Yvonne   ColeTTe; ETAL
Pamela   Shea
Ceryl    Schwink
Pauline  Husband
NiTa     Donavan
Jim      Taylor
         HannaH

Kathleen A. Keating
AssisTanT ATTorney General
Federal Bar no. cT 25247
110, Sherman STreeT
HartFord ConnecTicuT 06105

By x _James Lee McKinnon_

James Lee McKinnon prose
Corrigan-Rodgowski
CorrecTional -CenTer
986, Norwich New London
TurnpiKe Uncasville cT
06382