United States District Court

District of Connecticut

James McKinnon     Civil no. 3:03CV944 (RNC)(DFM)

vs.

Yvonne Colette; ETAL
Pamela Shea
Ceryl Schwink                August 26, 2004
Pauline Husband
Nita Donavan
Jim Taylor
     Hannah

Defendants     Individual Capacitites

---

## Plaintiff's Motion For Partial Summary Judgment

Pursuant To Rule 56, Fed. R. Civ. P. Plaintiff James McKinnon requests respectfully this court to grant him Summary Judgement as to the liability of defendant's; Yvonne Colette violation deliberate indifference)(Pamela Shea and Ceryl Schwink violation of Plaintiff Fourth Amendmen right The disclosue of medical information; privacy invasion of Doe v. meachum, 126, F.R.D. 437, 439 (D.Conn. 1988) Pauline Husband deliberate indifference)(Nita Donavan also Jim Taylor deliberate indifference) Hannah privacy invasion of Doe v. meachum. For damages for the violation of process Law. The reasons Therefor are set forth in the Plaintiff's affidavit and brief in support of the prose plaintiff motion.

By x /s/ James Lee McKinnon
James Lee McKinnon Prose
Corrigan Rodgowski
Correctional Institution
986, Norwich New London
Uncasville Connecticut 06382

United States District Court

District of Connecticut

James McKinnon    Civil No. 3:03cv944 (RNC)(DFM)

VS.

Yvonne Colette; ETAL     August 26, 2004
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
Hannah

Defendants    Individual Capacitites

## Plaintiff Motion For Summary Judgment

Pursuant to Rule 56(d), Fed. R. Civ. P. Plaintiff James McKinnon requests if on motion under this rule judgment is not rendered upon the whole case or for all the relief asked and a trial is necessary; the court at the hering of the motion; by examining the pleadings and the evidence before it and by interrogating counsel, shall if practicable ascertain what material facts exist without substantial controversy and what material facts are actually and in good faith controverted. It shall thereupon make an order specifying the facts that appear without substantial controversy including the extent to which the amount of damages is not in controversy and directing such further proceedings in the action as are just. Upon the trial of the action the facts so specified shell be deemed established, and the trial shall be conducted accordingly.

By: James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institon
986-Norwich New London
Uncasville Connecticut 06382

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this <u>26th</u> Day of August 2004

Defendants Individual Capacity

Yvonne Colette; ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
    Hannah

Kathleen A. Keating
Assistant Attorney General
Federal Bar no. ct 25247
110 Sherman Street
Hartford Connecticut
          06105

**Plaintiff:**

By x /s/ James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institution
986- Norwich New London
Uncasville Connecticut
          06382