United States District
Court
District of Connecticut

James McKinnon  Civil no. 3:03Cv944(Rnc)(DFM)

vs.

Yvonne   Colette; ETAL
Pamela   Shea                      August 26 ,2004
Ceryl    Schwink
Pauline  Husband
Nita     Donavan
Jim      Taylor
         Hannah

Defendants    Individual   Capacitites

## Affidavit of James McKinnon

I, James McKinnon, being Prose depose and say That:

I am a inmate of The depatment of Corrections, and have been since 2001.

At The Time of This incidents, I was a inmate at The Cheshire Correctional Institution.

On February 25,2003, I was a inmate at The Cheshire Correctional Institution as a prison.

By: James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Instition
986, Norwich new London
Uncasville Connecticut 06882

On February 25, 2003, I James McKinnon, was Transferred From Garner Correctional This nurse Yvonne Colette Said McKinnon in medical unit you'r in a big boy Jail and The basis Soap and petrolatum will be Stop because cheshire don't provide This;

One nure Faxed my order Exhibit and had iT on The unit Card list Schedule on The medication cart This defendant act with deliberate indifference by disregarding my card with a pink marker Saying discontinue;

PlainTiff's had a doctors appointment with James O' Halloran, in garner Correctional on January 28, 2003 my medication was reorder For 6 Month's The nurse Yvonne Colette Stop This on February 25, 2003.

## Claim For Relief

Compensatory damages is because personal humiliation and mental anguish is From my dry skin That became chapped a open Sore on my Face The Skin That Come outor off with pain, Also liability To release of medical information.

## Memorandum of Law in Support of Summary Judgement

Borett iv. Wiscomb 930 F.2d 1150, 1154-55 (6th Cir. 1991) prisoner could get damages For Failure To TreaT his wound even Though iT had healed) Dean V. Coughlin 623 F. Supp. 392 404 S.D.N.Y. 1985) accord McGuckin V. Smith 974 F.2d at 1060 chronic and Substantial pain indicates That a medical need is serious.

Bxyx James Lee McKinnon
James Lee McKinnon pro-se.
Corrigan Podgowski
Correctional Institution
986, Norwich New London
Uncasville ConnecticuT
0 6382

On May 6, 2003, I James McKinnon received by mail from unit officer mr. negron my doctor clinical diagnosis of my Doe v. Meachum information that was without privacy of an envelope also no confidential sticker, and with my records was defendant Yvonne Colette medical grievance Level 'A' also Level 'B' with disposition of privileged Doe v. Meachum communicating proted by Connecticut Law,

Because the name an medical papers fax said webster medical it came from Level 'A' and 'B' grievance Health Servies Administrator Pamela Shea Defendant;

My Correspondence is Exhibit 'D' To defendant Pamela Shea, I said I would like to know you sent my grievence with the appeal Level 'B' and my medical papers from my file did you send them by fax or by mail ? a question;

Exhibit 'E' is the defendant memo that said she is unaware of when or where the mail was opened, that's unauthorized release of medical information.

## Claim for Relief

This is something extremely emotional injury I can't recover from this it's impossible I remember the day it's a burden, I have mental health screening. I focus days of this possible Treatment again it's personal pain to have no rights with a medical injury. punitive Damages.

By James Lee McKinnon, prose
James Lee McKinnon, prose
Corrigan Rodgowski
Correctional Institution
986, Norwich New London
Uncasville Connecticut 06382

On May 6, 2003, I James McKinnon received by mail medical diagnosis information a unauthorized privacy invason,

This defendant is employed as a medical grievane goordinato in cheshire, Also plaintiff breach of information was Level 'A' Level 'B' grievane with disposition of privileged Doe v. meachum communication Thats proted by Connecticut Law.

This was with out a Envelope and Confidental Sticker open with medical papers.

Prisoners have a right To privacy in medical information generally and especially in Their diagnoses of            Doe v. city of Cleveland 788 F. supp. 979, 985 n.D. ohio 1991) nolley v. county of Erie, 776 F. supp. 715 729 (w.D.n.y. 1991; Doe v. meachum, 126 F.R.D. 437, 439 (D. conn. 1988);

## Claim For Relief

Because of This personnel privacy information is out Other inmates Treat me like I am a hazardous prisoner suffering, it's mental Testimonys of The violation. That was unreasonable, and now a Threat To my living Day To day.

Byx James Lee McKin
James Lee McKinnon prose
Corrigan Rodgowski
Correction Instition
986- norwich new london
Uncasville Connecticut
    06382

Defendant Pauline Husband stop plaintiff Scheduled sick call appointment that medication was not reorder a spirin headaches a side offect of medication name Fluconazole;

The doctor at sick call request that I visit my spical doctor the defendant stop plaintiff appointment for 60 days; This defendant Also said to me plaintiff at Blood work you'll not see the doctor endless he ask for you.

## Claim for Relief

This include physical pain Compensatory Damages for the injury of action example I was unable to leave my cell for activities from serious migraine headaches.

## Memorandum of Law in Support of Summary Judgement

The Supreme Court has ruled that deliberte indifference to serious medical needs of prisoners is crul and unusal punishment. Estelle V. Gamble 429 U.S. 97, 104 (1976) The complaint alleges facts that state a constitutional claim under this standard. First courts generally agree that a medical need is serious if it has been diagnosed by a medical physician as mandating treatment Johson V. Busbee, 953 f. 2d 349, 351 (8th Cir. 1991) Coudreault V. municipality of Salem mass, 923 f. 2d 203, 208 (1st Cir. 1990). Monmouth County Correctional Institution Inmates V. Lanzaro, 834 f. 2d 326, 326 347 (3d Cir. 1987).

By James Lee McKinnon

James Lee McKinnon prose
Corrigan Rodgowski
Corretional Institon
Uncasville Connecticut, 06382

Defendant Nita Donavan an this moring July 18,2003 said my mental Health has expired the eveing of July 17,2003, I was frighten of my disorder of getting depresed that afternoon, I then ask officer Mr. Silva unit officer, To phone medical for a supervisor it was expressed by nurse also Defendant Nita Donavan, miss Pamela Shea was not working this day.

I Plaintiff also address medical with a written request from 30 day's befor I was depressed for a appointment, and not a thing. Exhibit "B"

## Claim For Relif

I was harm with mental anguish For a exmple, I was ask if I need to go in segregation to be separately from inmate's because I ask to have a mental Health Supervisor, Compensatory Damages.

## Memorandum of Law in Support of Summary Judement

The Failure to Train staff, several courts have concluded the lack of an on site psychiatrist in a large prison is unconstitutional. See Wellman V. Faulker 715 F.2d at 272-73 Ramos V. Lamm 639 F.2d at 578 Cady V. Hillard 599 F.Supp. at 1044, Balla V. Idaho state Bd. of correction, 595 F.Supp 1558, 1577-78 (D. Idaho 1984). Contra Copps V. Atiyeh 559 F.Supp 894, 917-21 (D.Or 1982).

By x James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Institution
986, Norwich New London
Uncasuill Connecticut
      06382

Defendant Jim Taylor Came without plaintiff prescribed psychiatry medication's July 17, 2003 July 18, 2003, July 19, 2003 defendant Jim Taylor Said To plaitiff are you mentally dangerous To your Self because I ask For a mental Health Psychiatric; PlainTiff Said no, Then nurse Jim Taylor Said I have To be dangerous related for an evaluation, Plaintiff went without Treatment and this is log in unit officers book because I request he log it.

## Claim For Relif

On July 18, 2003 The Same afternoon I was Frighten of my mental Health disorder I was getteing depressed unit officer Mr. Silva phone medical it was Know one on, it's also log in The unit north #5 unit Book, Emotional distress From The absence of medication, also mental anyuish I was ask For a Testimony To go To Segregation.

## Memorandum of Law in Support of Summary Judgement

gross departures from professional standards in Treatment, See, Smith v. Jenkins, 919 F.2d at 93 (care That "so deviated From professional standards That it amounted To deliberater indiFference" would violate The Constitution) Waldrop v. Evans 871 F.2d at 1033 (grossly incompetent or inadequate care can constitute deliberate indifference; The prisoner's medication was discontinued without abruptly and without JustiFication) Greason v. Kemp 891 F.2d 829, 835 (11th Cir. 1990) (similar to Waldrop "grossly inadeq-uate psychiaTic care" can be deliberate indifference) Langley v. Caughlin, 715 F.Supp. 522, 537-41 (S.D. N.Y. 1988) consis Tent and repeated Failures over an extended period of Time could establish deliberate indifference).

By x *James Lee McKinnon*

James Lee McKinnon Prose
Corrigan Rodgowski
Correctional Instition
986- Norwich New London
Uncasville ConnecticuT, 06382

Defendant Hannah monitors inmate's mail that are on high security status; plaintiff is not on above status.

This defendant is in violation of interdepartmental mail concerning the day of May 6, 2003 plaintiff received clinical records ~~not~~ out his file with a Level 'A' Also 'B' grievance with my Doe V. Meachum confidential medical disposition from unit officer mr, negron.

It was not in a Envelope the officer said it came from the unit manager office like that, he then said to me it's log in the unit Book, noth #3.

Plaintiff received a response from written request Exhibit To Pamela Shea Health Services Administrator, also defendant her memo also Exhibit dated June 4, 2004 report is that all mail sent from medical is sent in a Envelpe, Also that concerning my unit manager defendant Hannah.

## Claim For Relif

Compensatory damages for a life time of humiliation and mental anguish, I have mental Health Counseling from the damage of peronal pain its a Burden.

## Memorandum of Law in Support of Summary Judgement

Some states have statutes protecting the confidentiality of Doe V. meachum infromation. See nolley V. County of Erie, 776 f. supp at 773-34

By x James Lee McKinnon

James Lee McKinnon prose

# Memorandum of Law in Support of

## Summary Judgement

Prisoners have a constitutional right to privacy in their medical diagnoses and other medical infromation. See A.L.A. V. West Valley City 26 F.3d 989,990. (10th Cir 1994) Nolley V. County of Erie 776 F. Supp. 715 729 (W.D.N.Y. 1991) Doe 126, F.R.D. 437.439 (D. Conn. 1988,

For all the reason set forth here in with and the attached document the plaintiff respectfull request that Summary Judgment be granted in favor of the plaintiff.

Plaintiff:

Byx James Lee McK

James Lee McKinnon prose
Corrigan Rodgowski
Correctional Instition
986, Norwich New London
Uncasville Connecticut
06382

## Certification

I hereby Certify that the foregoing was mailed to the defendant attorney of record this 26Th Day of August 2004,

Ka Thleen A. Keating
Assistant Attorney General
Federal Bar no. CT 25247
110, Sherman Street
Hartford Connecticut
06105

Defendants Individal Capacities

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
HannaH

10 of 10

# United States District Court

August 26-04

# District of Connecticut

James McKinnon motion is Supported by documentation requirements for Summary Judgment.

Defendant Yvonne Colette, This Support charge Exhibit "1" its stating deprivation of medical Care.

Defendant Pamela Shea. This Support Charge Exhibit "2" Exhibit "3" Exhibit "4" legal fact The name on medical paper's Fax said webster medical, IT came from Level "B" grievance staff Health Servies Administrator Pamela Shea Defendant, Also Ceryl Schwink is in This violation.

Defendant Pauline Husband, This Support my charge Exhibit "5" Exhibit "6" Is The sick call appointment That was from The regular doctor dated 4-25-2004. To see my Doe v. meach-um doctor James O' Halloran, appointment Exhibit "6".

Defendant Nita Donavan also Jim Taylor, This Support The charge Exhibit "7" plaintiff mental Health medication administration record. That say medication start June 12, 2003 and stop July 17, 2003, The charge Exhibit "7 +" order.

Defendant Hannah, This Support my charge Exhibit "8" response from defendant Pamela Shea saying it came from unit manager.

By: James Lee McKinnon

James Lee McKinnon prose

Exhibit ("7")
James Lee McKin

HR502 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# MENTAL HEALTH CONFERENCE
## (BI-WEEKLY)

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100790 | 11·9·61 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| McKinnon, James | |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M (F) | (B) W H O | C l t c |

DATE: 5.3.03

ATTENDANCE: Diane Arnold, psw 1Ph. lw

MEDICAL UPDATE: — inmate complains about skin condition.
wants soap + lotion (not rel rec) per ma M.D.
Inmate writes notes eryday. Requests to be seen, becomes
upset when not seen per his request. No med.
issues noted, compliant c med Regime. —

MENTAL HEALTH UPDATE: Medication restarted - during
psychiatric clinic inmate presented as
demanding & irritable - monitor

RECOMMENDATIONS/CONCLUSIONS: _____

Exhibit 17    James McKinnon

MCKINNON, JAMES L            CHESHIRE CC-125J
I00100770
PETROLATUM 454GM OINT
                    Fill: 01/30/03 Stop: 07/21/03

004232966

MCKINNON, JAMES L            CHESHIRE CC-125J
I00100770
BASIS SOAP
                    Fill: 02/27/03 Stop: 05/19/03

004232964

EXHIBIT 2 *James McKinnon*
*James McKinnon*

HR925 REV. 12/95
**CONNECTICUT DEPARTMENT OF CORRECTION**
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11/9 |

INMATE NAME (LAST, FIRST, INITIAL): McKinnon James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | Carver |

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/23/03 | 1:30 P | Motrin 800 mg # 8 TAB 1 TAB qid x 2 days. D/c Tylenol order for 2 days And then RESUME 10P    DR. DENNIS R. PEDERSEN, D.M.D. | |
| 1/28/03 | 1:30 P | Hold Tylenol order for 5 DR. DENNIS R. PEDERSEN, D.M. Motrin 800 mg x 20 TAB 1 TAB qid 5 days PO NP | |
| 2/4/03 | 9A | Maalox 30 cc's po 2x/day w/ med until seen by 10 MD. T.O. Dr. Biaoraartena / | 10 PM |
| 2/4/03 | 10:55a | ① Wellbutrin 100 mg po q 1 PM + 8 PM ② Clonidine 0.2 mg po q 1 PM + 8 PM   fill 3/10/3 ③ Topamax 50 mg po q 1 PM + 8 PM | 2/04/03 11°° |
| 2/5/03 | | Maal-x 30 cc po ½ hour before AM med x 6 months | faxed |
| 2-10-03 | | Erythromyc. Opth Oint BID OS x 10 day | |
|   | |       MINGZEE TUNG. M.D. | |
| 2/20/03 | 930 | Clonidine 0.2 mg q 6° prn anxiety T.O. Dr. Mendoppen / | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLE**

Exhibit (42)

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11 / 9 / 6 |

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon, James

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| Ⓜ F | | Ⓑ W H O | | | | ⒼCI |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/2/03 4 PM | | Vaseline    D/C 2-1-03 | |
| | | Basis soap   n/c 2-8-03 | |
| | | Move LFT testing to this month | |
| | | Return after LFT back | |
| | | | O'Halloran |
| 1/2/03 | 10:25a | Clonidine 0.2 mg pc q6h prn anxiety x1 wk | |
| | | Selsun Shampoo     x 6 month | |
| 1/24/03 7 AM | | Tylenol 325 mg 1-2 po q6 hours x 3 month | |
| | | Vaseline tabs op to bid x 6 month | |
| | | Nizoral Shampoo x 6 months | |
| | | T-gel Shampoo x 6 months | |
| | | Tenofovir 300 mg po qd c dinner x 3 month | |
| | | Epivir 150 mg po q 12 hours x 3 month | |
| | | Zerit 40 mg po c 12 hours x 3 months | |
| 1/24/03 | | CD4 and HIV Viral load in 6 wks | |
| | | RTC in 6 wks | |
| | | | O'Halloran |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRC**

Exhibit (3) James McKune

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100776 | 11/9/61 |

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon  James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W  H  O | GC |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided
by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

| DRUG ALLERGIES / HYPERSENSITIVITY | NKA |
|---|---|

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 11-13-02 | 14:00 | May have flu vaccine ( make sure pt not allergy to egg )  MINGZER TUNG, M.D. | |
| 11/20/02 11am | Basis soap q month × 8 month  Vaseline × 6 month  LFT's in 2 months  CD4 and HIV viral load in 2 months  RTC after bloodwork back | |
| 12/3/02 | Wellbutrin 100mg po 1pm + 8pm  Clonidine 0.2 mg po 1pm + 8p  Topiramate 50mg po 1pm + 8p  Clonidine 0.2mg po Q6° PRN  T.O. Dr Harris / N. Stanton  DOT | × 30 days |
| 12/9/ | 2:3P | ① Sign all stops | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

Exhibit "5-9"

HR925 REV. 12,95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| | |
|---|---|
| INMATE NUMBER 100 770 | DATE OF BIRTH 11/9 |
| INMATE NAME (LAST, FIRST, INITIAL) McKinnon, James | |
| SEX (M) F | RACE/ETHNIC (B) W H O | FACILITY CCLC |

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

---

## DRUG ALLERGIES / HYPERSENSITIVITY    NKDA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 3/31/03 | 7:30 pm | Discontinue Topomax, Wellbutrin, Clonidine — Per inmates demand | |
| | | noted CO order RN 4/1/03 @ 8:45 am | |
| 4/21/03 | 7:30 pm | Topomax 50 mg po BID  Wellbutrin 100 mg po BID  Clonidine 0.2 mg (0.2mg) po BID    x 35 days | |
| | | Noted CO order RN 4/21/03 c 8:00 AM | |
| 4/22/03 9t.R | AM | ID consult on next scheduled visit  noted ADONOVAN  4/25/03 - 915A | |
| 5/9/03 | | MVI 1 po QAM. x 1 yr.  T/O Dr. Hillen | |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11-9-61 |

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon James

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| (M) | F | (B) | W | H | O | CC IC |

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 10/1/03 6 PM | | Bottom bunk pass × 1 year | |
| | | Restart Zerit 40 mg po q 5AM and 5 PM × 3 month | TOP |
| | | Viread 300mg ÷ po qd c̄ food × 3 month | TOP |
| | | 3TC 150mg ÷ po q 5AM and 5 PM × 3 months | TOP |
| | | Compression stocking medium at left heel | TOP |
| | | Dental visit 10/8/03 per Dental | inturgral |
| | | LFT q 3 month | |
| | | alpha fetal protein q 6 month | |
| | | Keep meds on person | |
| | | 4pm Snack × 3 months | |
| | | | |
| 10/2/03 8.40 | | PT / PTT / CBC | |
| | | | |
| 10/6/03 | 6:00 p | Wellbutrin 100mg po BID | |
| | | Topomax 50 mg po BID | |
| | | Clonidine 0.2 mg po BID × 35 days | |
| | | | |
| | | Noted/Thompson 10/7/03 @ 1:00 pm | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

# Inmate Grievance Form A, Level 1 OCT 14 2003

**Connecticut Department of Correction**

CN 9601 A
Rev. 1/8/02

**RECEIVED**

Inmate Name  James Lee McKinnon                Inmate no. 100770

Facility  Cheshire          Housing unit  north 2  47          Date  10-1-2003

[ ] Line grievance   [ ] Line emergency   [ ] Health grievance   [X] Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) I'm entitled to professional judgment with treatment. Pamela Shea "H-A-S" I went to my doctor's appointment on escort because of Pauline Husband nurse at the appointment the door was open with officer at the door at her request. I'm not a Security Risk, I have a right to privacy concerning Knowingly with the infectious disease specialist Doctor James O'Hallorn. She was not following the United States Constitution to privacy concerning my infectious information. This incident was 5:pm 10-1-03 officer name Smith

3. Action requested. Describe what action you want taken to remedy the grievance. I'd like a copy of this serious Incident Report submitted from you completed.

Inmate signature  James Lee McKinnon  10-1-2003

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

**FOR OFFICIAL USE ONLY — LEVEL 1 REVIEW**

IGP no.  M125-320-03          T no.

Date received          Disposition  Rejected          Date of disposition  10/15/03

Grievance issue

Reasons  This is not an Emergency

Level 1 reviewer  J Schwer RN

appointment Exhibit '6'  James McKin

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name James McKinnon          Inmate no. 100 770

Facility Cheshire      | Housing unit north 2-47 | Date 10-20-03

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

IGP no. m125-320-03      | T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because This is a lack of adequate staff qualified To Focus on mental Health Inmates, by this my privacy right was at violation by this nurse pauline Husband

Inmate signature James Lee McKinnon ⟩      | Date 10-20-03

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received 10|22|03 | Disposition denied | Date of disposition 10|22|03

Reasons This is not an emergency. Also, there is no violation of confidentiality.

Level-2 reviewer Pamela Shea NSA

☐ This grievance may be appealed within 5 days to Level 3

☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature      | Date

### Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received | Disposition | Date of disposition

Reasons

Level-3 reviewer

appointment Exhibit "6" James McKin ⟩

Printed At: 22-MAY-2003 05:06 pm

Name: MCKINNON, JAMES L
#: I0010O770

For Visit: No Reason Entered
Diagnoses: n/a/a.

Period: 01-JUN-2003 TO 30-JUN-2003

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Sex: Male
Dr.

DOB: 09-NOV-1961
Dr.

Age: 41 Years

Weight: 0.000

Page: 2 Continued

Room/Bed: 125I
Admit Date: 07-JUN-2001

ID#: I0010O770

Name: MCKINNON, JAMES L

*Exhibit* (handwritten markings throughout)

N 328

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 100790 | | 11/9/61 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| McKinnon James. | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | (B) W H O | CCIC |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 7/2/03 | 7PM | Fluconazole 100 mg po q week x 6 month | |
| | | Vaseline large pan x 6 month | |
| | | Basis soap x 6 months | |
| | | Nizoral cream bid x 6 month 6 weeks | |
| | | ✓ Podictry consult varicose veins refer to M.D. | |
| | | Tylenol 325 mg 2 po q 6 hours | |
| | | x 6 months | |
| | | R 3 weeks | |
| | | Tylenol 325 mg 2 po q day | |
| | | of oral Fluconazole x 6 months | |
| | | Hep C genotype + LFT → next | |
| | | ✓ + alpha fetal protein / blood draw | |
| | | James M Allen, M.D. | |
| | | O'Halloran | |
| 7/23/03 | 935 | Please give Inmate information /Initials on meds: Seroquel + Klonopin → both from phamacy— Noted C Allison RN 7/24/03 @ 805 Am | SWatson |

Exhibit 97 + 99

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

Exhibit "B" James McKinnon

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

JUL 23   10 46 AM '03

**Inmate Name** James McKinnon

**Inmate no.** 100770

**Facility** Cheshire

**Housing unit** north 3 50

**Date** 7-22-03

**Request** James E. Dzurenda Warden

i recommend this treatment stop! my mental health score is a #3 not #4 please judge this staff behaior it's prohibulit, i am with out a necessary medical evalation om 7-22-03 because the nurse was with two guards paresent no ➜

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Submitted to** J. Dzurenda

**Date** 7/24/03

**Acted on by**

**Action Taken and/or Response**

Your Health Services concern was forwarded to HSA Pam Shea.

Please address future Health Service concerns with her.

*(continue on back if necessary)*

**Response to Inmate Date**

**Staff Member Signature** Dzurenda Warden 7/24/03

EXHIBIT "13" James McKinna

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

Inmate Name: James McKinna

Inmate no. 100770

Facility: Cheshire

Housing unit: north 3 '350

Date: 7-23-03

Request: Medical Pamela Shea H-A-S i recommend this treatment stop have you notice my mental health score is a #3 not #4, please judge this staff behavior it's prohibitie i am with out a necessary medical evaluation on 7-22-03 because the nurse

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Submitted to

Date

Acted on by

Action Taken and/or Response: All correctional staff are bound to confidentiality rules and regulations

(continue on back if necessary)

Response to Inmate Date: 7/27/03

Staff Member Signature: Pamela Shea H.S.A.

was not in a private area prison guards was present no Confidential time for me.

Pamela Blue
Health Services
Director
please