UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES MCKINNON : | PRISONER |
| *Plaintiff* : | 3:03CV00944(RNC) |
| : | |
| VS. : | |
| : | |
| YVONNE, ET AL : | |
| *Defendants* : | SEPTEMBER 8, 2004 |

## DEFFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The defendants in the above-entitled matter hereby, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 56(f) respectfully request that the Court refuse the plaintiff's application for judgment. In support of their opposition, the defendants attach the affidavit of their undersigned counsel as Exhibit A and represent the following:

1. On October 3, 2003, the plaintiff filed an amended complaint.

2. On May 3, 2004, the plaintiff filed a notice of lawsuit and request for waiver of service for summons as to the defendants.

3. On August 12, 2004, the undersigned counsel, Kathleen A. Keating, was assigned this case and filed an appearance. See Exhibit A, Affidavit of Kathleen A. Keating.

4. Also on August 12, 2004, the Court filed a scheduling order directing that answers be filed October 16, 2004, directing that discovery be completed by February 16, 2005, and directing that dispositive motions be filed by March 16, 2005.

5. On August 17, 2004, the plaintiff filed a notice of service of summons on defendants.

6. Thus, since the court just issued the scheduling order on August 12, 2004, and since the plaintiff just filed a notice of service of summons on the defendants on August 17, 2004, the plaintiff's motion for summary judgment is premature and should be denied.

7. Additional time is necessary in order for the undersigned to review the complaint and pertinent documents in order to prepare an appropriate responsive pleading.

8. Additional time is necessary in order for the undersigned to obtain affidavits, take depositions, and to conduct discovery. See Exhibit A, Affidavit of Kathleen A. Keating.

9. Additional time is necessary in order for the undersigned to prepare and file a dispositive motion.

DEFENDANTS,
Yvonne Colette, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT  06105
Telephone:  (860) 808-5450
E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 8th day of September, 2004, to:

James McKinnon  
Inmate No. 100770  
Corrigan-Radgowski Correctional Institution  
986 Norwich-New London Tpke.  
Uncasville, CT  06382

                                                                      /s/_____  
                                                               Kathleen A. Keating  
                                                               Assistant Attorney General