United States District

Court                    FILED

District of Connecticut   2004 OCT -4 P 5:07
                          U.S. DISTRICT COURT
                          BRIDGEPORT, CONN

James McKinnon CiviL no. 3:03CV944 (Rng)(DFm)

VS.

Yvonne  ColeTTe,ETAL        SepTember 25,2004
Pamela  Shea
Ceryl   Schwink
Pauline Husband
niTa    Donavan
Jim     Taylor
        Hannah
DefendanTs       Individual   CapaciTy

PlainTiFF moTion for SeTTlemenT Conference.

The PlainTiFF Seeks damages from The defendanTs in This
civil acTion claiming ThaT The defendanTs impraperly
breached privacy and ConfidenTialiTy righTs concerning
The plainTiFF medical information.

pursuanT To The CourTs FirsT Scheduling Order daTed AugusT,
13,2004, The PlainTiFF has deTermined ThaT an earley seTTl-
emenT ConFerence would be beneFicial in This case and
accordingly hereby respecFully moves This courT seek-
ing a seTTlemenT ConFerence.

                          RespecFully
                          PlainTiFF:
                          Byx James Lee McK
                          James Lee McKinnon prose

## Certification

I hereby certify That The foregoing was mailed To The defendants ATTorney of record This _25,Th_ Day of SepTember 2004, Also That This claim Tobe True and To The best of my obility

Defendants   Individual Capacity

Yvonne ColeTTe ,ETAL
Pamela Shea      /
Ceryl Schwink
Pauline Husband
niTa      Donavan
Jim       Taylor
          Hannah
    Defendant's

Kathleen A. Keating
AssisTant ATTorney general
Federal Bar, no.cT 25247
110, Sherman STreeT
HarT ford ConnecTicuT
          06105

RespecTfully
PlainTiff
Byx James Lee McK
James Lee McKinnon prose
Garner CorrecTional
P.O. Box 5500
newTown ConnecTicuT
          06470