# United States District Court
# District of Connecticut

FILED
2004 OCT -4 P 5:07
U.S. DISTRICT COURT

James McKinnon  Civil no. 3:03CV944(RNC)(DFM)

vs.

September 25, 2004

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
   Hannah

## Defendants   Individual Capacity

Plaintiff opposes to Defendants opposition Dated September 8, 2004, To Plaintiff motion for Summary Judgment, Respectfully with The Plaintiff Support for Defendants To have 30'day Extension of Time To Answer Plaintiff motion for Summary Judgment with memorandum of Law in Support under Rule 56, Fed R.C.P.

Plaintiff James McKinnon pro,se move This court with respect To Contend There is no genuine issue To be Tried as To any material Fact and That The moving party is entitled To a Judment, may be rendered on The issue of libbility alone, -

Respectfully:
Plaintiff:
By: James Lee McKinnon
James Lee McKinnon Pro se

I understand that the court will never weigh the evidence, weigh evidence or find the facts however the courts role under Rule 56. F.R.C.P. narrowly limited to assessing the threshold issue of whether a genuine issue exist to material facts, Plaintiff contens the facts with exhibits are so over wheming in support.

Respectfully.
Plaintiff:
Byx James Lee McK_____
James Lee McKinnon prose

## Memorandum of Law Support

Plaintiff, Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information. Please see; A.L.A v. West Valley City 26 F.3d 989 990 (10Th Cir 1994) Nolley v. County of Erie, 776 F.Supp. 715 729 (W.D.N.Y 1991) Woods v. White, 689 F.Supp 874 875-76 W.D.Wis. 1988) assd 899 F.2d 17 (7Th Cir 1990) Doe v. Coughlin 697 F.Supp. 1234, 1237-38 (N.D.N.Y. 1988) Doe v. Meachum 126 F.R.D. 437. 439 (D Conn. 1988)

Also please see; Doe v. Borough of Barrington 729 F.Supp. 376 382-85 D.N.J. 1990) Disclosure of medical information about a prisoner may also violate state Law.

Respecfully:
Plaintiff:
Byx James Lee McK_____
James Lee McKinnon prose

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 25th Day of September, 2004, Also that this Claim To be True and To The best of my obility

Defendants Individual Capacity

Yvonne Colette; ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
    Hannah
Defendants'

Respectfully.
Plaintiff:
By: James Lee McKinnon
James Lee McKinnon prose
Garner Correctional
P.O. Box 5500
Newtown Connecticut
06470

Kathleen A. Keating
Assistant Attorney General
Federal Bar no. CT25247
110, Sherman Street
Hartford Connecticut
06105