United States District Court

District of Connecticut

FILED
2004 OCT -4 P 5:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:03CV944

vs.    (RNC) (DFM)

Yvonne Colette; ETAL    September 25, 2004
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
    Hannah
Defendants    Individual Capacity

Plaintiff motion respectfully is to inform the court of territorial limits when authorized by a statute of the United States, Defendants Yvonne Colette; ETAL was service with waiver of summons and Complaint in the Individual Capacity, for the Assistant attorney general Kathleen A. Keating to establish representative over the defendant who is not subject to the jurisdiction, that finding the state to become libel.

Respectfully
Plaintiff:
By: James Lee McKinnon
James Lee McKinnon prose

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 25th Day of September 2004, Also that this claim to be true and to the best of my ability

Defendants Individual Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
        Hannah
Defendants

Kathleen A. Keating
Assistant Attorney General
Federal Bar no. CT 25247
110, Sherman Street
Hartford Connecticut
        06105

Respectfully
Plaintiff:
Byx James Lee McKinnon
James Lee McKinnon Pro se
Garner Correctional
P.O. Box 5500
Newtown Connecticut
        06470