## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER |
|  | : | 3:03CV00944(RNC) |
| *Plaintiff* | : | |
|  | : | |
| VS. | : | |
|  | : | |
| YVONNE, ET AL. | : | |
| *Defendants* | : | OCTOBER 5, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants in the above-entitled matter hereby, by and through the undersigned counsel and pursuant to Local Rule 9(d) and Federal Rule of Civil Procedure 12, respectfully move for a 60 day extension of time within which to file an answer or otherwise respond to plaintiff's Complaint, up to and including December 6, 2004. In support of this motion, the defendants represent the following:

1. The schedule of undersigned counsel has been extremely hectic as she is new to this office, as she is defending the State in numerous other matters demanding her attention, as she is scheduled to conduct two habeas trials in Connecticut Superior Court, G.A. 19 in early October, 2004, and as she was out of the country from September 17, 2004 through October 2, 2004;

2. This complaint contains complex factual and legal allegations;

3. Additional time is necessary in order for the defendants to review the complaint and pertinent documents in order to prepare an appropriate responsive pleading;

4. This is the first motion for an extension of time in this matter as to a responsive pleading; and,

5. The undersigned counsel has not contacted counsel for the plaintiff to determine the plaintiff's position with regard to this motion, since the plaintiff is pro se and is an inmate currently confined to Corrigan-Radgowski Correctional Institution.

        DEFENDANTS,
        Yvonne, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        BY:___/s/_____
        Kathleen A. Keating
        Assistant Attorney General
        Federal Bar No. ct25247
        110 Sherman Street
        Hartford, CT  06105
        Telephone:  (860) 808-5450
        E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 5th day of October 2004, to:

James McKinnon
Inmate No. 100770
Corrigan-Radgowski Correctional Institution
986 Norwich-New London Tpke.
Uncasville, CT  06382

                                                  ___/s/_____
                                                  Kathleen A. Keating
                                                  Assistant Attorney General