United States District Court

FILED

District of Connecticut

2004 OCT 18 P 4:48

James McKinnon    Civil no 3:03CV944

vs.                         (RNC) (DFM)

Yvonne Colette; ETAL
Pamela Shea
Ceryl Schwink           October 8, 2004
Pauline Husband
Nita Donavan
Jim Taylor
    Hannah
Defendants         Individual Capacity?

---

Plaintiff motion in support of Defendants motion dated October 5, 2004 for Extension of Time, To answer plaintiff's motion for Summary Judgment.

---

I plaintiff James McKinnon Request that this Honorable court to grant the defendants motion for 60 day's extension of Time To File an answer To plaintiff motion for Summary Judgment, up To December 6, 2004

Plaintiff
Respectfully
By James McKinnon
James McKinnon pro se

## Certification

I hereby certify That The foregoing was mailed To The defendants aTTorney of record This <u>8Th</u> Day of OcTober 2004

Defendants Individual Capacity

Yvonne ColeTTe ET.AL
Pamela Shea
Ceryl Schwink
Pauline Husband
niTa Donavan
Jim Taylor
         Hannah

KaThleen A. KeaTing
AssisTanT ATTorney general
Federal Bar no. cT 25247
110, Sherman STreeT
HarTford, CT 06105

PlainTiff
RespecTFully
By James McK
James mcKinnon Prose
Corrigan Radgowski
CorrecTional CenTer
986, norwich new London
Uncasville, cT 06382
ConnecTicuT