## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| *Plaintiff,* | : | NO. 3:03CV00944(RNC) |
| VS. | : | |
| | : | |
| YVONNE, ET AL. | : | |
| *Defendants.* | : | DECEMBER 6, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, **YVONNE, ET AL.**, have manually filed the following documents:

    A.    Inmate Information Sheet;
    B.    US Party / Case Index Sheet;
    C.    Huberto R. O'Neil, Jr. vs. Evelyn Bush – Ruling & Order;
    D.    Edward Vines vs. Warden Lojkuk, et al. – Memorandum of Decision;
    E.    Administrative Directive 9.6; and,
    F.    McKinnon v. Yvonne, et al. - Docket Report.

These documents have been filed electronically because:

[ X ]    The documents cannot be converted to an electronic format.
[   ]    The electronic file size of the document exceeds 1.5 megabytes.
[   ]    The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                DEFENDANTS,
                Yvonne, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:____/s/_____
        Kathleen A. Keating
        Assistant Attorney General
        Federal Bar No. ct15278
        110 Sherman Street
        Hartford, CT  06105
        Telephone No. (860) 808-5450
        Fax No. (860) 808-5591
        kathleen.keating@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 6th day of December, 2004 to:

James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382

                                                         /s/_____
                                                         Kathleen A. Keating
                                                         Assistant Attorney General