United States District Court
District of Connecticut

FILED
2004 DEC 17 P 4: 28
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon   Civil no. 3:03cv944

V.                         (Rnc) (DFM)

Yvonne Colette; ETAL
Pamela Shea
Ceryl Schwink
       Hannah
Pauline Husband            December 7, 2004
Nita Donavan
Jim Taylor

Defendant's   Individul Capacity?

Plaintiff's Motion for Summary Judgment

I. James McKinnon The plaintiff pr,ose pursuant to F.R. Civil. P 56,(a),(b),(c),(d)&for Summary judgment against the above defendants.

1. Plaintiff have filed 1983 civil right law suit against the defendants, plaintiff contend that the facts are so over wheming in support of the allegations which he forwarded in the interest of justice and expedience and the fact that the plaintiff is more likely to prosperous.

                              Plaintiff
                              By: James Lee McK___
                              James Lee McKinnon
                              Corrigan Rodgowski
                              Correctional Center
                              986, Norwich New London
                              Uncasville Connecticut
                              06382