United States District Court

District of Connecticut

James McKinnon          Civil no. 3:03cv944
   V.                              (RNC) (DFM)
Yvonne Colette; ET AL
Pamela Shea
Ceryl Schwink                    December 7, 2004
       Hannah
Pauline Husband
Nita Donavan
Jim Taylor

Defendant Individual Capacity

Plaintiff's Memorandum of Law in Support of Motion For Summary Judgment 56(E)

1. Plaintiff understand that the court will never weigh the evidence, weigh the evidence or find the facts, however the courts role under Rule 56(E) is narrowly limited to assessing, the threshold issue of whether a genuine issue exists as to material facts requiring a trial. Please see, Anderson V. Libeerty, Lobly: Inc. 477 U.S. 242, 249, 106. CT 2505 2510, 91 L. ED 202 (1986).

2. In this case the plaintiff have presented absolute concerete proof of Constitutional as well as State violations.

Plaintiff
By× James Lee McK
James Lee McKinnon

3. On June 4, 2003, The fact That defendant amitted on a memo The webster Correctional fax of my medical doe v. meachum information That was not authorized for release To The department of Correction.

Plaintiff
Byv *[signature]*
James Lee McKinnon