# United States District Court
## District of Connecticut

James McKinnon          Case no. 3:03CV944
   VS.                                  (RNC)(DFM)

Yvonne Colette; ETAL
Pamela Shea                    December 7, 2004
Ceryl Schwink
       Hannah
Pauline Husband
Nita Donavan
Jim Taylor

Defendants    Individul Capacity

Plaintiff Motion Pursuant To F.R. Civil P. 56.E, Summary Judgment, From of Affidavits, Further Testimony, Defense Required.

I James McKinnon The plaintiff prose pursunt To F.R. Civil .P 56.,E, For Summary Judgment againt The above defendants.

1. Supporting and opposing affidavits shall be made on personal knowledge, and shall show affirmatively that the affiant is competent to testify to the matters stated therein.

2. Sworn or certified papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith.

                                                  Plaintiff
                                           By James Lee McK
                                              James Lee McKinnon

3. Sworn or certified copies of all paper or parts there of referred to in an affidavit shall be attached there to or served there with. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits.

4. When a motion for Summary Judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse partys pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.

5. If the adverse party does not so respond, Summary Judgment, if approriate, shall be entered against the adverse party.

Plaintiff
By James Lee McK
James Lee McKinnan
Corrigan Radgowski
Corretional Center
986, Norwich New London
Uncasville Connecticut
06382