United States District Court
District of Connecticut

**FILED**
2004 DEC 17 P 4:28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon              Civil No. 3:03CV944
   V.                       (RNC) (DFM)

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink              December 13, 2004
       Hannah
Pauline Husband
Nita Donavan
Jim Taylor

Defendants       Individual Capacity

Plaintiff Respectfully moves The Court for A Immediate relief in the form of obtaing a preliminary injunction barring Connecticut Department of Correction Corrigan Rodgowski Correctional from further hindered of my efforts to provide copies of this Summary Judgment Complaint againt defendants.

A. Parties

1. Plaintiff James McKinnon is a citizen of United States whos address is corrigan Rodgowski Correctional Center 986, norwich new London Turpike Uncasville Connecticut, 06382

Plaintiff
By: *James McK* (signature)
James McKinnon

# United States District Court
# District of Connecticut

2. Defendants are citizens of United States whos address is Cheshire Correctional 900 Highland Avenue Cheshire Connecticut, 06410

3. Plaintiff respectfully moves the court for the following preliminary injunction to prevent further harm or hindered.

4. Also Plaintiff motion is for help because prisoner's have a constitutional right to privacy in medical information, and the casual unjustified dissemination of confidential medical information to non medical staff, please see; Exhibit "1" and other inmates is unconstitutional. and violation of my Fourth Amendement to the United States Constitution. please see;

  Nolley V. County of Erie 776 F, Supp. at 733-34 citing N.Y. Pub. Health Law at § 2780 ET Seq Mckinney 1991 Supp).

5. Confidentiality information regarding an inmate health care shall be protected as required by C.G.S.899.

6. Such information is governed by the provision of C.G.S.52-146d through 52-146j inclusive.

Plaintiff<br>
By James McKinnon<br>
James McKinnon

# United States District Court

# District of Connecticut

7. The United States Constitution and the Connecticut Constitution guarantee prisoners access to state and federal courts, please see;

   Bounds v. Smith, 430 U.S. 817, 821 (1977) please see also, Conn. Const. Art. 1 § 10.

8. This means that prisoners must not be deprived of anything that is necessary to give them a reasonably adequate opportunity to present claimed violations of fundamental constitutional rights to the courts. please see;

   Bounds v. Smith, 430 U.S. 817, 825 (1977).

9. Prison officials must assist inmates with adequate preparation and filing of meaningful legal papers, please see,

   Lewis v. Casey, 116 S. Ct. 2174, 2180 (1996) quoting Bounds v. Smith, 430 U.S. 817 (1977).

10. Plaintiff is indigent Exhibit '1' Prison officials must provide a means for prisoners to make sufficient copies of papers to comply with court rules. please see, Gluth v. Kangas, 951 F.2d at 1510 (upholding order requiring free photocopying for indigents, medical Doe v. Mechum.

Plaintiff
Byx James McK
James McKinnon Prose



By: James Lee McKinnon / James Lee McKinnon

Leaving with Librarian until Special Request form is approved. Then copies will be made.

Alexander Hirsch
12/13/04

## Certification

I Plaintiff certify that the foregoing on this 13th Day of December 2004 To be True and To the best of my ability

Defendants       Individual Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
nita Donavan
Jim Taylor
       Hannah

Kathleen A. Keating
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
   06105

Plaintiff
By: James Lee McK
James Lee McKinney
Corrigan Radgowski
Correctional Center
986, Norwich New London
Turnpike Uncasvill
   Connecticut
      06382