# United States District Court
## District of Connecticut

FILED
2005 JAN -4 P 3:07
US DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon     Civil no 3:03CV944 (RNC)(DFM)

V.

Yvonne Colette, ETAL
And Others

December 24, 2004

Defendants Individual Capacity

Plaintiff opposes Defendants motion To Dismiss Dated December 6, 2004, Also plaintiff has file a motion for Summary judgment, Then The Defendant on October 5, 2004 ask The court for a 60, day extension of Time To answer, Then plaintiff file a motion in good Faith Pursuant To F.R.Civil P. 56.(E) Summary judment from of Affidavits, Further Testimony Defense Required.

1. plaintiff respectfully request That The court provide one copy of The original motion To Defendants I am indigent and has been granted Permission To proceed without Fees and accordingly requests That any copy Fees be waived.

2. I'm requesting respectfully That The court provide one copy of last motion for Summary judgment To defendants because its original and I have know way confidential copy, Also I am indigent R.C.P. 56.(E) Summary judment.    By: James McK
                                                                James McKinnon prose

# Certification

I hereby certify That The foregoing was mailed To The defendants ATTorney of record This 24, Day of December 2004

Defendants    Individual Capacity

Yvonne Colette
Pamela Shea
Ceryl Schwink
Hannah
Pauline Husband
niTa Donavan
Jim Taylor

---

Kathleen A. Keating
Assistant Attorney general
110, sherman STreet
HarTford ConnecTicuT

Plaintiff
James McK
James McKinnon
Corrigan Rodgowski
CorreTional CenTer
986, Norwich New London
Uncasville ConnecTicuT
06382



Exhibit I — James McKinnon (handwritten)

**OMS 4.0 - [DISPLAY TRUST ACCOUNTS]**
User: RAD117 — CONNECTICUT DEPARTMENT OF CORRECTION — Date: 12/16/2004
CDOC#: C000100770   BLDG#: 4   Name: MCKINNON, JAMES

### Trust Summary

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 07/02/2004 | CTDOC | REG | CRS SAL ORD #2543548 D1 | <1.88> | 18.16 | 0.00 |
| 07/08/2004 | CTDOC | REG | CEC SAL ORD #2543548 | 1.88 | 20.04 | 0.00 |
| 07/21/2004 | CTDOC | REG | Mail Receipts 137 | 50.00 | 70.04 | 0.00 |
| 07/21/2004 | CTDOC | REG | Deduction-PLRA-02242003 | <10.00> | 60.04 | 0.00 |
| 07/21/2004 | CTDOC | PLRA | Deduction-PLRA-02242003 | 10.00 | 70.04 | 0.00 |
| 07/26/2004 | CTDOC | REG | CRS SAL ORD #2563560 D3 | <23.19> | 46.85 | 0.00 |
| 08/02/2004 | CTDOC | REG | CRS SAL ORD #2595050 D3 | <18.60> | 28.25 | 0.00 |
| 08/11/2004 | CTDOC | REG | Med Eye Fee 140 73004 | <0.25> | 28.00 | 0.00 |
| 09/29/2004 | CTDOC | REG | Mail Receipts 140 | 25.00 | 53.00 | 0.00 |
| 09/29/2004 | CTDOC | REG | Deduction-PLRA-02242003 | <5.00> | 48.00 | 0.00 |
| 09/29/2004 | CTDOC | PLRA | Deduction-PLRA-02242003 | 5.00 | 53.00 | 0.00 |
| 10/04/2004 | CTDOC | REG | CRS SAL ORD #2706299 D3 | <19.78> | 33.22 | 0.00 |
| 10/12/2004 | CTDOC | REG | CRS SAL ORD #2721621 D3 | <0.13> | 33.09 | 0.00 |
| | | | **Account Balances** | | 33.09 | 0.00 |

Press List of Values to display GL Transaction Details.
Record: 129/129   OTIDTAC