# United States District Court
## District of Connecticut

**FILED**
2005 JAN -6  P 4: 09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon

vs.

Yvonne Colette, ETAL

Civil no 3:03cv 944
(Rnc) (DFM)

December 29, 2004

Defendants Individual Capacity)

Plaintiff motion is under Rule 5,6, Also To Supply court Ordered dated December 21,-2004, For plaintiff To send certificate of Service attached To pleading.

1. James McKinnon Plaintiff prose has delivering a copy To The attorney of defendant's of record This 29th day of December 2004 by mailing iT To The attorney handling Complaint.

2. Motion for Partial Summary Judgment pursuant To rule 56,E, Fed. R. Civ. P. The reason's There for are set forth in The Plaintiff's Affidavit and brief in Support of The motion.

Plaintiff
By x /s/ James Lee McKinnon
James Lee McKinnon prose
Corrigan Rodgowski
Corretional Center
986, Norwich New London
Uncasville Connecticut
06382

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 22 P 3: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

------------------------------------------------x
JAMES MCKINNON                    :
                                  :
vs.                               : Civil No. 3:03cv944(RNC) (DFM)    PRISONER
                                  :
YVONNE COLETTE, et al             :
                                  :
------------------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>MOTION FOR PARTIAL SUMMARY JUDGMENT;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)      ✔ No certificate of service attached to pleading
                   _ Certificate of service fails to list names and addresses of all parties served
                   _ Certificate of service is not signed                                            (original)

2. _ L.R.5(d)      Failure to submit document under seal

3. _ L.R.10        _ Failure to sign pleading (original signature)
                   _ Failure to double space
                   _ Margin is not free of printed matter
                   _ Left hand margin is not one inch
                   _ Judge's initials do not appear after the case number
                   _ Docket number is missing
                   _ Failure to supply federal bar number
                   _ Holes not punched in document

4. _ L.R.68        Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other         ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 12/21/04                                              _____
                                                            United States Magistrate Judge

(mel)

United States District Court

DEC 17 2004

District of Connecticut

James McKinnon        Civil no 3:03cv944

V.                              (RNC)(DFM)

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink              December 7, 2004
       Hannah
Pauline Husband
Nita Donavan
Jim Taylor

Defendant's Individul Capacity

Plaintiff motion for Partial Summary Judgment

Pursuant To rule 56c&,Fed.R.Civ.P. Plaintiff prose James McKinnon requests This court To grant him Summary judgment as To The liability of defendants (Yvonne Colette)(Pamela Shea)(Ceryl Schwink)(Hannah)(Pauline Husband)(niTa Donavan)(Jim Taylor) for damages for The denial To The Plaintiff of The due process of Law, The reasons There for are set forth in The Plaintiff's affidavit and brief in Support of The motion.

Plaintiff
*James L McK* By× *James Lee McK*
James Lee McKinnon
Corrigan Rodgowski
Correctional Center
986, Norwich new London
Uncasville Connecticut

## Certification

I hereby Certify that a copy of the foregoing was mailed to the defendants attorney of record this 29th Day of December, 2004

Defendant   Individual   Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Hannah Husband
Nita Donavan
Jim Taylor

Kathleen A. Keating
Assistant Attorney General
110, Sherman Street
Hartford CT
06105

Plaintiff
By x /s/ James Lee McKinnon
James Lee McKinnon
Corrigan Radgowski
Correctional Center
986, Norwich New London
Uncasville CT
06382