Exhibit - 1

Exhibit - 2

Exhibit - 3

Exhibit - 4

Exhibit - 5

Exhibit - 6

Case 3:03-cv-00944-RNC   Document 48-2   Filed 01/12/2005   Page 1 of 10

Exhibit 17

James McKinnon
Jam McKin

15.

```
MCKINNON, JAMES L                CHESHIRE CC-125J
I00100770
PETROLATUM 454GM OINT
              Fill: 01/30/03 Stop: 07/21/03

||||||||||||||||||||||||||||||||||||||
                                       004232966
```

```
MCKINNON, JAMES L                CHESHIRE CC-125J
I00100770
BASIS SOAP
              Fill: 02/27/03 Stop: 05/19/03

||||||||||||||||||||||||||||||||||||||
                                       004232964
```

*[Page rotated 90°; Medication Administration Record]*

Printed At: 25-NOV-2002 12:22 pm

Page: 2 Continued

Name: MCKINNON, JAMES L  Sex: Male
IM#: I00100770
Reason for Visit: No Reason Entered
Allergies: nkda

CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD

DOB: 09-NOV-1961  Age: 41 Years  Weight: 0.000
Dr.

Room/Bed: 136I
Admit Date: 07-JUN-2001

DOSE PERIOD: 01-DEC-2002 TO 31-DEC-2002

Exhibit — handwritten annotations: "Exhibit XX", "Tanya McKinnon", "1pm 2 6pm"

| Medication | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MULTIVITAMIN TAB  (Like ONE A DAY GRX)  800
Dose: 1 TAB  KOP PO QD
Start: 08-NOV-2002 08:00  Stop: 06-MAY-2003 08:59
Take 1 TABLET BY MOUTH DAILY
Dr. O'HALLORAN, JAMES

SINGLE CELL STATUS

BASIS SOAP  (Like BASIS SOAP)  800
Dose: 1 BAR  KOP TOP QD
Start: 21-NOV-2002 08:00  Stop: 19-MAY-2003 08:59
USE AS DIRECTED / EXTERNAL USE ONLY
REFILL ON REQUEST ONLY / MAX ISSUE 1/MONTH
Dr. O'HALLORAN, JAMES

(PRN)

ACETAMINOPHEN 325MG BOT #24  (Like TYLENOL 325MG GRX)
Dose: 650 MG  KOP PO Q6P
Start: 30-MAY-2002 01:54  Stop: 25-NOV-2002 22:44
TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.
BOT OF 24, REFILL ON REQUEST ONLY.
Dr. O'HALLORAN, JAMES

(PRN)

CLONIDINE 0.2MG TAB  (Like CATAPRES GRX)
Dose: 0.2MG (BULK#30)  DOT PO Q6P
Start: 01-NOV-2002 06:00  Stop: 01-DEC-2002 05:59
TAKE 1 TABLET EVERY 6 HOURS AS NEEDED
BULK DISP #30/ DO NOT SELF ADMINISTER
Dr. Thankappan, Kunjathan

CRUSH ALL PSYCH MEDS

Name: MCKINNON, JAMES L  IM#: I00100770

Exhibit '3' J McKinnon

```
Printed At: 26-OCT-2002        CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD        Page: 2 end of patient

Name: MCKINNON, JAMES L          Sex: Male       DOB: 09-NOV-1961    Age: 40 Years    Weight: 0.000      Room/Bed: 136G
IM#: I00100770                                   Dr.                                                     Admit Date: 07-JUN-2001
Reason for Visit: No Reason Entered
Allergies: nkda.

DOSE PERIOD: 01-NOV-2002 TO 30-NOV-2002
```

| | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CLONIDINE 0.2MG TAB     (Like CATAPRES GRX)     PRN
Dose: 0.2MG (BULK#30)        DOT PO Q6P
~~01-OCT-2002 15:30~~ Stop: 31-OCT-2002 15:27
TAKE 1 TABLET EVERY 6 HOURS AS NEEDED
BULK DISP #30/ DO NOT SELF ADMINISTER
Dr. Thankappan, Kunjathan    11/1 -11/30

ACETAMINOPHEN 325MG BOT #24   (Like TYLENOL 325MG GRX)   PRN
Dose: 650 MG                  KOP PO Q6P
Start: 30-MAY-2002 01:54 Stop: 25-NOV-2002 22:44
TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.
BTL OF 24, REFILL ON REQUEST ONLY.
Dr. O'HALLORAN, JAMES

PETROLATUM 454GM OINT    (Like )                 PRN
Dose: 1 APP / 454 GM          KOP TOP PRN
Start: 30-MAY-2002 01:54 Stop: 06-NOV-2002 01:53
APPLY TOPICALLY TO AFFECTED AREAS AS NEEDED
...NAL USE ONLY / BULK DISPENSE ON REQUEST ONLY
L. J HALLORAN, JAMES

Trizavir + P.O. 512° RF 8A 9
X am 4 p
*Hold Trizavir @ 8am + 8pm
8Am + 8pm if 2 or more
doses never pruned.
10.30.02 12.30.02

Crush all J meds
Single cell status
11/5/02

Name: MCKINNON, JAMES L       IM#: I00100770

Exhibit "4" James McK[...]

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 160770 | 11/9/61 |

INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James
SEX: (M) F    RACE/ETHNIC: (B) W H O    FACILITY: Cheshire

| DATE/TIME | |
|---|---|
| 7/2/03 7 pm | FDate |

S: Very focused on issues of soap, vaseline etc. Claims that after a shower "its like a million ants biting on me." [It is not worth it to the state to have me spend an hour of my time discussing soap with this inmate] [You could buy a lot of soap with that amount of $]. Also c/o tinea cruris & tinea pedis. He even stopped taking his HAART as a protest over his xxxx /soap.

O: Recent: ⊕ thrush
LCTA
12nn
Abd SNT NBS
Ext: Varicose veins

Lab: HIV VL 600   CD4 548
     AST 40      ALT 46

A: HIV
   Hep C
   Tinea cruris & pedis
   Anxiety / OCD focuses on smaller problems & turns them into major problems.

P: Continue HAART
   Lifetime supply of soap, vaseline etc

[signature] O'Halloran

HR502 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**
**MENTAL HEALTH CONFERENCE**
**(BI-WEEKLY)**

INMATE NUMBER: 100790
DATE OF BIRTH: 11·9·61
INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James
SEX: M
RACE/ETHNIC: B
FACILITY: CCTC

DATE: 5·3·03

ATTENDANCE: Diane Arnold, PsyD, /s/ [illegible]

MEDICAL UPDATE: — Inmate complains about skin condition. Wants soap + lotion — (not med nec.) per med M.D. Inmate writes notes everyday requests to be seen, becomes upset when not seen per his request. No med issues noted, compliant c med regime.

MENTAL HEALTH UPDATE: Medication restarted — during psychiatric clinic inmate presented as demanding & irritable. — monitor

RECOMMENDATIONS/CONCLUSIONS: _____

EXHIBIT 6   Jam McK



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

July 21, 2003

Cheshire CI
James McKinnon #100770
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

I received your correspondence regarding discontinuation of your basis soap and petroleum. I contacted CHN Roland to investigate the matter. He reported that Dr. O'Halloran ordered the soap and petroleum on July 2, 2003. The original order was discontinued on February 8, 2003. I assume this will address the dry skin problem you described.

I still plan to contact you when I tour Cheshire CI.

Sincerely,

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Inmate Health Record, Cheshire CI
file

*An Equal Opportunity Employer*

U.S. Court File office of Deputy clerk Mary E. Larsen

20. Defendant Pamela Shea is a citizen of United States whose address is Cheshire Correctional 900, Highland Avenue Cheshire Connecticut, 06410

Defendant Pamela Shea is employed as a Health Services administrator in Cheshire medical.

At the time the claim's alleged in this complaint arose was this defendant acting under color of State law? Yes plaintiff briefly explain.

21. Plaintiff received on May 6, 2003 by mail from unit officer doctor mr. James O'Halloran Clinical records out my file with medical grievance disposition with Doe v. meachum information,

This was release from webster medical by fax on medical diagnosis a unauthorized release and my right to privacy was invason.

My correspondence to Pamela Shea at webster regarding Clinical records out my file by fax is proof of a unauthorized release of confidential information;

Inmate request from to Defendant Pamela Shea memo came with date of June 4, 2003 a report that said all mail sent from medical is sent in a Envelope and she suggest I contact unit manager.

Plaintiff
By: /s/ James Lee McKinnon
James Lee McKinnon

# Claims for Relief

22. When my Confidential Clinical records came without a envelop I said no no my god no again my medical is out, The unit officer said he'll log it in his unit book becaus it came from The unit manager like That and he Know it's a violation, I Then said To my self he Know's my medical.

I have not recover From That because iff I move back To cheshire That could destroy me it's difficult with This Testimony, I have psychological damage including personal humiliation and mental anguish

There is a special problem a injury That don't go it's a life time of emotional distress regardless of what The outcome of a proper hearing..

## Memorandum of Law in Support of Summary Judgment 56(E)

23. Prisoners have a constitutional right To privacy in Their medical diagnoses and other medical information.
please see, A.L.A. V. West Valley City 26 F.3d 989 990 (10Th Cir 1994) Nolley V. County of Erie, 776 F. Supp 715, 729 W.D.N.Y. 1991)(Woods V. White 689 F. Supp. 874, 875-76 W.D. Wis. 1988) a ff d 899 F.2d 17 7Th Cir 1990) Doe V. Coughlin 697 F. Supp 1234, 1237-38 N.D.N.Y. 1988) Doe V. Meachum 126 F.R.D. 437, 439 D. Conn. 1988) Nolley V. County of Erie 776 F. Supp. aT 733-34 citing N.Y. Pub. Health Law a § 2780 ET seq McKinney 1991 Supp).

By James McK——
James McKinney

A. Parties Continue

Proof with Exhaustion

Defendant Pamela Shea

24. Exhibit '1','2','3' is unauthorized release fax of Plaintiff Doe v. Meachum clinical records that came without a envelope from Webster Correctional Health Services administrator.

Exhibit '4' is inmate correspondence to defendant regarding release of unauthorized medical records.

Exhibit '5' I received this from defendant that said she is unaware of when the mail was opened and that unit manager is the one to contact, this is a unauthorized release of medical.

Exhibit '6' I ask the postmaster because of the same problems with mail.

Exhibit '7' is from my mental health doctor because I went to the department of Correction Commissioner Murphy.

Exhibit '8' Plaintiff has department of Correction inmate grievance procedure that shall be an exhaustion of administrative remedy's in complaint.

Plaintiff
By x James McK——
James McKinnon prose