25.

Exhibit — 1

Exhibit — 2

Exhibit — 3

Exhibit — 4

Exhibit — 5

Exhibit — 6

Exhibit — 7

Exhibit — 8

EXHIBIT 1

HR925 REV. 12/95
**CONNECTICUT DEPARTMENT OF CORRECTION**
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| SEX | RACE/ETHNIC | FACILITY |
| M F | B W H O | |

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/23/03 | 1:10 P | Motrin 800mg × 8 TAB 1 TAB qid × 2 days D/C Tylenol order for 2 days And Then Resume 10P | |
| | | DR. DENNIS R. PETERSEN, D.M.D | |
| 1/28/03 | 11:30 A | Hold Tylenol order for 50 DR DENNIS R. PETERSEN, D.M. Motrin 800mg × 20 TAB 1 TAB 5 qid × 5 d P.o. | |
| 2/4/03 | 9A | Maalox 30 cc's po ½ hour before med until seen by MD. T.O. Dr. _____ | 10 AM |
| 2/4/03 | 10:55a | ① Wellbutrin 100 mg po q 1PM + 8PM ② Clonidine 0.2 mg po q 1PM + 8PM ③ Topamax 50mg po q 1PM + 8PM | 2/04/03 11a |
| 2/5/03 | | Maalox 30cc po ½ hour before AM med × 1 month | faxed |
| 2-10-03 | 4pm | Erythromyc Opth Oint BID OS × 10 day MINGZER TUNG, M.D. | (change from supp eye to ) |
| 2/20/03 | 930 | Clonidine 0.2mg q6° prn ___ | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLE**

Exhibit "A"

Exhibit I 2 — James McK___

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100770 | 11/9/6 |

INMATE NAME (LAST, FIRST, INITIAL)
McKINNON, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| Ⓜ F | Ⓑ W H O | ⒸCI |

**INSTRUCTIONS FOR USE:**  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/8/03 4 PM | | Vaseline   DIC 2-8-03 | 1/8/03 |
| | | Basis soap   nlc 2-8-03 | 1/9/03 |
| | | Move LFT testing to this month | |
| | | Return after LFT back | |
| | | O'Fallon   1/8/03 | |
| 1/2/03 | 10:25p | Ⓡ Clonidine 0.2 g pr q6h prn anxiety x10 d | order 1/10/03 |
| | | Selsun Shampoo x 6 month | |
| 1/22/03 7 AM | | Tylenol 325 mg 1-2 po q 6 hours x 3 month | |
| | | Hisdine tab po to bid x 6 month | |
| | | Nizoral Shampoo x 6 month | |
| | | T-gel Shampoo x 6 month | |
| | | Tenofovir 300 mg po qd c dinner x 3 month | |
| | | Epivir 150 mg po q 12 hours x 3 month | |
| | | Zerit 40 mg po q 12 hours x 3 month | |
| 1/22 | | CD4 and HIV viral load in 6 wks | |
| | | RTC in 6 wks | O'Fallon |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRC**

Exhibit 3 James McKinnon

HR925 REV. 12/95

CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**

| INMATE NUMBER | 100776 | DATE OF BIRTH 11/9/61 |
| INMATE NAME (LAST, FIRST, INITIAL) | McKinnon James | |
| SEX Ⓜ F | RACE/ETHNIC Ⓑ W H ⓪ | FACILITY GCI |

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|------|------|-------------------|------------------------------|
| 11-13-02 | 14:00 | May have flu vaccine (make sure pt just allergy to egg) MINGZER TUNG, M.D. | noted |
| 11/20/02 | 11 PM | Basis soap 9 month x 18 month Vaseline x 6 month LFT's in 2 month CD4 and HIV viral load in 2 month RTC after bloodwork back | noted |
| 12/3/02 | | Wellbutrin 100mg po 1pm + 8pm Clonidine 0.2 mg po 1pm + 8p Topiramate 50mg po 1pm + 8p Clonidine 0.2mg po Q6° PRN DOT T.O. Dr Harris / N. Straiton | x30 days |
| 12/6/2 | 2:30p | ① Single cell status | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

State of Connecticut Department of Correction Cheshire Institution '900 Highland Avenue Cheshire 06410

Date 5-19-03

Miss, Pamela Shea Director of Cheshire medical also mental Health unit.

I James McKinnon like To Take This Time and Thank you for my opportunity your providing To review my Status.

Miss, Shea Director when you sent The grievence with The oppeal and my medical papers from my file did you send Them by Fax or by mail? I would like To Know This because These were my Confidential medical papers and I am Trying To determine at what point They were Transported with out an Envelope. J McKinnon 100770 North 3-328

Exhibit '4' James McKinnon

*Exhibit 1 (5?) James McKinnon*
*James McK_____*

**University of Connecticut Health Center**
**Correctional Managed Health Care**

# Memo

**To:**    Inmate McKinnon #100770

**From:**  Pamela Shea, Health Services Administrator

**CC:**    File

**Date:**  June 4, 2003

**Re:**    **Your correspondence**

---

I am unaware of when, or where the mail is opened.  If you need clarification on that issue, I would suggest you contact your unit manager or counselor.

Postmaster
Hartford Post Office

 UNITED STATES
POSTAL SERVICE

June 19, 2003

James McKinnon
#100770
Cheshire Correctional Institution
900 Highland Ave
Cheshire CT 06410

Mr. McKinnon:

Thank you for taking the time to write to me regarding problems you may be having
with your mail. Unfortunately delivery of your mail is not under my jurisdiction. I have
forwarded your letter to the Postmaster of Cheshire for their review.

Sincerely,

Chu Falling Star
Postmaster, Hartford

141 Weston St.
Hartford, CT 06101-9998
Phone: (860) 524-6050
Fax: (860) 524-6219





# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

June 19, 2003

Cheshire CI
James McKinnon #100770
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

Your correspondence to Deputy Commissioner Murphy dated June 3, 2003 was referred to my office for review and response. The issue regarding your mail being opened was investigated with Major Farrell and Maurice Cooper, Nursing Supervisor. Mr. Cooper contacted Captain Santiago regarding the opening of mail from the medical department and has been reassured that such mail is not knowingly opened. Major Farrell added that no mail with a "confidential" sticker is opened unless it is in the presence of the inmate to whom it was addressed in a secluded area. The content of the written material of that mail would not be read even then. Your correspondence indicates that the confidential material you received was not in an envelope. The medical records unit would not send it in that manner and if the mail was sent in an envelope mistakenly without a "confidential" sticker and had been opened it would have been returned to you in an envelope stapled shut. The Department takes this issue of confidential mail seriously and follows procedures to protect you in that regard.

Sincerely,

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Brian Murphy, Deputy Commissioner
Major Farrell, Cheshire CI
Inmate Health Record, Cheshire CI
file

*An Equal Opportunity Employer*

Exhibit 3

MAY 23 2003

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

RECEIVED

CN 9601A
7-1-98

| Inmate name James Lee McKinnon | Inmate no. 100 770 |
|---|---|

| Facility Cheshire | Housing unit North 28 | Date 5-9-03 |
|---|---|---|

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

Sent from HSA miss. Pamela Shea. 05-6-03 Time 2:15pm a violation came. I received by mail from my unit officer mr. Negron my Doe v. meachum doctor mr. James O'Halloran Clinical medical records 4 pages out my file, also a Doe v. meachum information grievance This is a breach of my Confidetiality! Because this was not in a Envelope with red Sticker officer mr. negron seen my medical papers then loged it in the book because he knows this was a breach of my Doe v. meachum Confidetiality. It a shame

3. Action requested. Describe what action you want taken to remedy the grievance.

Inmate signature James Lee McKinnon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. M125-165-03 | T no. |
|---|---|

| Date received 5/28/03 | Disposition Denied | Date of disposition 6/20/03 |
|---|---|---|

Grievance issue Concerned about open mail from Medical Dept.

Reasons All of our inmate correspondence are returned to you with confidentiality sticker attached. Your mail was not returned to you in a unsealed envelope.

Level-1 reviewer Maureen Lopez CTR

Exhibit 3    Jam MCS    JUN 0 6 2003

RECEIVED

# Inmate Grievance Form B, Levels 2 and 3

## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | James McKinnon | Inmate no. | 100-770 |

| Facility | Cheshire | Housing unit | north 350 | Date | 6-5-03 |

☐ Line grievance    ☐ Line emergency    ☒ Health grievance    ☐ Health emergency

| IGP no. | M125-165-03 | T no. | |

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because It's log in the uint Book By the officer Mr. Negrn on 05-6-03 That my medical grievance also Clinical medical papers was not in a Envelope That was received by me from him That came from Medical mail

| Inmate signature | James Lee McKinnon | Date | 6-5-03 |

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | 6/10/03 | Disposition | Denied | Date of disposition | 6/10/03 |

Reasons All correspondence leaves the medical unit in envelopes.

Level-2 reviewer Pamela Shea HSA

☐ This grievance may be appealed within 5 days to Level 3

☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | | Date | |

### Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | | Disposition | | Date of disposition | |

Reasons

Level-3 reviewer

1. Defendant Ceryl Schwink is a Citizen of United States whose address is cheshire Correctional 900 Highland Avenue Cheshire Connecticut, 06410

At The Time The Claim's alleged in This complaint arose was This defendant acting under color of State law? yes plaintiff explains.

Defendant Ceryl Schwink is employed as nures also grievance Coordinator in medical unit.

2. Defendant is in violation of The plaintiff fourth Amendment right To The united States Constitution by a unauthorized release of medical diagnosis a inmate grievance with disposition with medical of my doe v. meachum That was received on 05-6-03 by mail from unit officer,

This information was not in a Envelope or Confidential Sticker, Defendant Yvonne Colette inmate grievance with a disposition Level 'A' Level 'B'.

Plaintiff
By Jams Lee Mckm
James Lee mckinnon prose

# Claims For Relief

3. I was in mental anguish, I have psychological damage because I have a right To privacy in my Doe v. meachum diagnoses and To have medical give my unauthorized clinical records To staff outside medical, Then amitted The issue exists I have absolute emotional distress,

I have a life time problem a injury That don't go a way from The defendants violation's, I am destroyed I have know confidence in The nurs's and have now been frighten of Them because This was to offend Plaintiff because of grievance's.

*James McK*
James McKinnon

## Memorandum of Law in Support of Summary Judgment 56 (E)

4. Prisoners have a right To privay in medical information. Doe v. Couglin 71 N.Y. 2d 48, 518 N.E. 2d 536, 523 N.Y.S. 2d 782 (N.Y. 1989).

And in Their diagnoses of AIDS or HIV. please see; Doe v. City of Cleveland 788 F. Supp 979 985 (N.D.- Ohio 1991) nolley v. County of Erie 776 F. Supp 715, 729 (W.D.N.Y. 1991) Doe v. meachum .126 F.R. D. 437, 439 (D. Conn. 1988) Doe v. Coughlin 697 Fupp. 1234, 1236-38 N.D.N.Y. 1988) Wood v. white, 689 F. Supp. 874 875-77 (W.D. Wis. 1988), a ss d, 899 F. 2d 17 (7th Cir. 1990) Hillman v. Columbia County 164 Wis 2d 376, 474 N.W. 2d 913, 922-23 (Wis. App 1991) —

Plaintiff
*James Lee McK*
James Lee McKinnon

## A. Parties continue

## Defendant Schwink

## Memorandum of Law Support

5. review granted 482 n.w. 2d 105 (Wis 1992) see also please;

Doe v. Borough of Barrington, 729 F. Supp. 376 382-85 (D.N.J. 1990).

Some states have statutes protecting the confidentiality of Hiv-related information and these may support claims for damages. please see;

Nolley v. County of Erie, 776 F. Supp at 733-34.

Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information. please see;

Hamilton v. Endell, 981 F.2d 1063, 1066-67 (9th Cir. 1992) Roba v. United States 604 F.2d 215, 218-19 (2d Cir. 1979).

6. Disclosure of medical information about a prisoner may also violate state law. The medical profession recognizes an ethical obligation to preserve patients confidentiality, and many states have statutes that are protecting the privacy of medical records. please see, Nolley v. County of Erie, 776 F. Supp. at 733-34 citing N.Y. Pub. Health Law at § 2780 et seq (McKinney 1991 Supp).

Plaintiff
By James Lee McKinnon
James Lee McKinnon

H. Parties continue

Proof with Exhaustion

Defendant Cerly Schwink

7. Exhibit '1' Leve 'A' Plaintiff has department of Correction inmate grievance procedure that Shall be an exhaustion of administrative remedy's.

Exhibit '2' Level 'B' Plaintiff has department of Correction inmate grievance appeal procedure that shall be an exhaustion of administrative remedy's.

Exhibit's of unauthorized release of Fax is Same in defendant Pamela Shea complaint Exhibit 1,'2,'3, and inmate grievance that Came is from defendant Yvonne ColeTTe Complaint.

Plaintiff
By: James Lee McKinnon
James Lee McKinnon prose

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

MAY 17 2003    CN 9601 A
Rev. 1/8/02

RECEIVED

| Inmate Name James Lee McKinnon | Inmate no. 100770 |
|---|---|

| Facility Cheshire | Housing unit north 3-328 cell | Date 5-17-03 |
|---|---|---|

☐ Line grievance   ☐ Line emergency   ☒ Health grievance   ☐ Health emergency

**1.** Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

**2.** Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) On The day of 05-6-03 my medical confidetiality was breach by. miss. ceryl because my unit officer mr. negorn came with my mail he received 2:30 pm a confidential medical grievance also my clinical record paper out my file commumication of Doe v. Meachum, This information was not in a Envelope, The officer said he know and Log this in his unit Book because my medical papers was exposed to him and grievance with my. Last Blood work on it. and I'm in a unit that The counselor monitors The mail.

**3.** Action requested. Describe what action you want taken to remedy the grievance.

I'd like this grievance process!

Inmate signature James Lee McKinnon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. M125-167-03 | T no. | |
|---|---|---|

| Date received 5/19/03 | Disposition Denied | Date of disposition 6/19/03 |
|---|---|---|

Grievance issue  Unclear what Mr. McKinnon is grieving.

Reasons  I met with you on 5/14 + 5/19, and I think we discussed the above issues. Any medical responses returned to inmate are returned in a sealed envelope.

Level 1 reviewer  Maureen Morgan Cooke

C.C. McKinnon

*EXHIBIT 43*

James McKin

**RECEIVED**
JUN 9 1 2003

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | James Lee McKinnon | | Inmate no. | 100770 |
|---|---|---|---|---|
| Facility | Cheshire | Housing unit North-350 | Date | 5-30-03 |

☐ Line grievance    ☐ Line emergency    ☒ Health grievance    ☐ Health emergency

| IGP no. | M125-167-03 | T no. |
|---|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because I brought This Complaint To medical aTTenTion Because This ConfideTiality Grievance also my CLinical information Doe v. meachum was not in a (Envelope) and iTs log in the C/o Book mr. negorn 05-6-03,a violaTion.
cc. miss Ceryl 98

| Inmate signature | James Lee McKinnon | Date | 5-30-03 |
|---|---|---|---|

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | 6/9/03 | Disposition | ~~Compromised~~ Reject | Date of disposition | 6/12/03 |
|---|---|---|---|---|---|

Reasons This issue has been addressed.

Level-2 reviewer Pamela Shea

☐ This grievance may be appealed within 5 days to Level 3

☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | | Date |
|---|---|---|

### Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer

C.C. McKinnon

HR925 REV. 12/95
**CONNECTICUT DEPARTMENT OF CORRECTION**
## PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NUMBER | DATE OF BIRTH |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| SEX   M   F | RACE/ETHNIC   B   W   H   O | FACILITY |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

| DRUG ALLERGIES / HYPERSENSITIVITY    NKA |
|---|

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/23/03 | 1:10 P | Motrin 800mg # 8 TAB 1 TAB qid × 2 days D/C Tylenol order for 2 days And (then) RESUME 10P    DR. DENNIS R. PEDERSEN, D.M.D | |
| 1/28/03 | 1:30 A | Hold tylenol order for 5 DR DENNIS R PEDERSEN, D.M Motrin 800mg × 20 TAB 1 TAB qid 5 Q PO 10P | |
| 2/4/03 | 9A | Maalox 30 cc's po × tid prn med until seen by 10 1mo. T.O. Dr. Buonagurno / | 10 AM |
| 2/4/03 | 10:55 | ① Wellbutrin 100mg po q 1PM + 8PM ② Clonidine 0.2mg po q 1PM + 8PM ③ Topamax 50mg po q 1PM + 8PM | 2/04/03 11ᵃ |
| 2/5/03 | | Maal-x 30 cc po ½ hour before PM med × 5 months | faxed |
| 2-10-03 | 9:00 | Erythromycin Opth Oint BID OS × 10 day MINGZER TUNG, M.D. | (change from Gentamicin eye gtt) faxed 2/10/03 |
| 2/20/03 | 930 | Clonidine 0.2mg q6° prn agitation T.O. Dr. Montgomery | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLE**

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 100770 | | 11/9/6 |

INMATE NAME (LAST, FIRST, INITIAL)
McKINNON, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | GCT |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/8/03 4 PM | | Vaseline DIC 2-8-03 | |
| | | Basis soap nlc 2-8-03 | |
| | | Move LFT testing to this month | |
| | | Return after LFT back | |
| | | | |
| 1/2/03 | 10:25 | Clonidine 0.2 mg po q6h prn anxiety x1wk | |
| | | Selsun Shampoo x 6 month | |
| 1/22/03 7 AM | | Tylenol 325 mg 1-2 po q6 hours x 3 month | |
| | | Vaseline tub up to diet x 6 month | |
| | | Nizoral Shampoo x 6 month | |
| | | T gel Shampoo x 6 month | |
| | | Tenofovir 300mg po qd c dinner x 3 month | |
| | | Epivir 150 mg po q 12 hours x 3 month | |
| | | Zerit 40 mg po q 12 hours x 3 months | |
| 1/22/03 | | CD4 and HIV viral load in 6 wks | |
| | | RTC in 6 wks | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRC**

EXHOTH ③ James McK

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100776 | 11/9/61 |

INMATE NAME (LAST, FIRST, INITIAL)   McKinnon, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | GCI |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY**   NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 11-13-02 | 1400 | May have flu vaccine (make sure pt not allergic to egg) MINGZER TUNG, M.D. | |
| 11/20/02 11 PM | | Basis soap 9 month x18 month Vaseline x 6 month LFT's in 2 months CD4 and HIV viral load in 2 month RTC after bloodwork back | noted 11/20/02 1345 |
| 12/3/02 | | Wellbutrin 100mg po 1pm + 8pm Clonidine 0.2 mg po 1pm + 8p Topiramate 50mg po 1pm + 8p Clonidine 0.2mg po Q6° PRN } x30 days To Dr Harris/N Stanton DOT | |
| 12/6/2 | 2:30 | ① Sign all stabs | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

1. Defendant Hannah is a citizen of the United States whose address is cheshire Correctional 900, Highland Avenue Cheshire Connecticut, 06410

Defendant Hannah who is employed as a unit manager in cheshire Correctional north Two and Three units.

At the Time the claims alleged in this complaint arose was this defendant acting under color of Stat Law?, yes plaintiff explains.

2. Defendant is in violation of Fourth Amendment right because this defendant monitors inmate's mail That are on high Security Status, Plaintiff is not on this Status.

This is a violation of Plaintiff interdepartmental mail Concerning the day of may 6, 2003 I received the Clinical records in Exhibit out my medical file with a Level 'A' Level 'B' grievance from officer of my unit, that was not in a Envelpe the officer said it came from defendant that unit manager Hannah office like that, then he log it in his unit book

Plaintiff received a response from webster medical because of a request from I @ written to Pamela Shea also a defendant in Health Services a Administrator, her memo dated June 4, 2003 report was all mail sent from medical is sent in a envelope, also that is Concering my unit manager.

Plaintiff
By x James Lee McKinnon
James Lee McKinnon

## Claims For Relief

3. because This was medical related Correspondence iT was importanT To me a big difference and not easily forgotten by me, I can'T ignored my medical correspondence open by correcTional Staff without my opproval,

That also include psychological damage including personal humiliaTion and mental anguish because it was my Doe v. Meachum clinical records.

However I have suffered emoTional disTress from The absence of proper procedures and it's like a punishment from The unit manager That come's with-out a hearing.

## Memorandum of Law in Support of Summary Judgment 56. E,

4. Prisoners have a consTiTuTional righT To privacy in Their medical diagnoses and other medical information. please see, A.L.A. V. WesT Valley City 26 F.3d 989 990 (10Th Cir 1994).

Prison officials may not censor leTTers just because They criTicize prison condiTions and personal or offend Them in some way. please see, Hardwick V. AulT 447 F. Supp. 116 129 (M.D.Ga 1978) forbidding censorship of criTicism of prison condiTions ProfaniTy or obscenTy).

Plaintiff
Byx James Lee McK⎯
James Lee McKinnon

A. Parties Continue
Proof with Exhaustion
<u>Defendant Hannah</u>

5. Exhibit <u>'1'</u> Plaintiff To defendant for a response concerning violation of medical correspondence or Clinical records.

Exhibit '2' Plaintiff has inmate request from Warden That said it was oright for defendant To inspect my correspondence that's medical.

Exhibit '3' Plaintiff has department of Correction inmate (Level 'A') (Level 'B') grievance procedure That shall be an exhaustion of administrative remedy's in complaint.

Exhibit '4' Plaintiff sent correspondence because of violation To Deputy Commissioner murphy and my mental Health doctor Daniel Bannish response.

Plaintiff
By× James Lee Mck___
James Lee McKinnon prose