Exhibit-1

Exhibit-2

Exhibit-3

Exhibit-4

Exhibit "A" James McKinnon

JUL 21 2003
RECEIVED



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

| | | |
|---|---|---|
| Inmate Name James McKinnon | | Inmate no. 100770 |
| Facility Cheshire | Housing unit North 350 | Date 7-20-03 |

☐ Line grievance  ☐ Line emergency  ☐ Health grievance  ☒ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) ~~~ James E. Dzurenda also medical

This is a Emergency complaint concerning my psychiatry order of medication that some how expired the eveing of 7-17-03, also it was not provided on five deliverys 7-17-03 nurse Jim came, nurse Nita Donavan morning of 7-18-03, the same afternoon I was frighten of my disorder of getting depressed that afternoon, I then ask officer Silva to phone medical for a supervisor it was expressed by nurse Donavan, miss, Pamela Shea was not working this day, also I address medical with a written request 30 days before I was depressed for a appointment! Not a Thing

3. **Action requested.** Describe what action you want taken to remedy the grievance.
This is a medical Grievance

RECEIVED SEP 2 FIELD OPERATION DIRECTOR

Inmate signature: James McKins

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. M125-237-03 | T no. | |
|---|---|---|
| Date received 7/21/03 | Disposition denied | Date of disposition 7/21/03 |

Grievance issue

Reasons
① This is not an emergency issue
② One issue at a time is to be addressed on each complaint.
③ On 7/11 and 7/13 you refused your psyc medication 7/19 and 7/17
④ Your meds have been delivered this morning 7/21

Level 1 reviewer Pamela Shea HSA

C.C.

McKinnon James

Attach To Request Form

100770
7-20-03

Exhibit "1" /s/ Jams mck

of 7-18-03, The Same afternoon I was frighten of getting depressed That afternoon,

I Then ask officer mr. Silva To call medical for a Supervisor iT was express Pamela Shea was not working this day.

also I'd like To address you with This Communication,

30'day's ago I was depressed when I received my personal medical records That was disclose by mail from my unit officer negron.

I have received no attention That's nursing negligent.

I'd like To have This request with a submitted Response

I. Thank you

medications:
- wellbutrin - 100mg
- Clonidine - 0.2 mg
- Topiramate - 50 mg

RECEIVED SEP 2 — FIELD OPERATION DIRECTOR



HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

Exhibit (3⊕1)
James McK[...]

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100790 | 11/9/61 |

INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | CCIC |

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY**   NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 7/2/03 | 7PM | Fluconazole 100mg po q week × 6 months<br>Vaseline large jar × 6 months<br>Basis soap × 6 months<br>Nizoral cream bid × ~~6 month~~ 6 weeks<br>Podiatry consult varicose veins refer to MD<br>Tylenol 325mg 2 po q 6 hours ~~× 6 months~~<br>× 3 wks<br>Tylenol 325mg 2 po q day<br>+ oral Fluconazole × 6 months<br>Hep C genotype + LFT → next<br>+ alpha fetal protein → blood draw<br><br>Jan Allen, ?D.<br>O'Halloran | |
| 7/23/03 | 930a | Please give inmate information/printouts on meds: Seroquel + Trazodone → obtain from pharmacy —<br>Noted/Obtained 7/24/03 @ 805 AM | [signature] |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

July 31, 2003

Cheshire CI
James McKinnon #100770
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

I received your correspondence regarding your mental health medication order expiring. I contacted Cheshire medical and Nurse Donovan checked your chart. She reports that you are now receiving the medication and the order is good until 8/14/03. It appears from the letter that you believe the medication has been helpful to you. Be well.

Sincerely,

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Inmate Health Record, Cheshire CI
file

*An Equal Opportunity Employer*

Defendant Jim Taylor is a Citizen of United States whose address is cheshire Correctional 900' Highland Avenue Cheshire Connecticut, 06410

And who is employed as a nurse in medical.

At The Time The claim's alleged in This complaint arose was This defendant acting under color of State Law (?), yes Plaintiff explains.

Defendant Jim Taylor Came without my medication prescribed psychiatry July 17, 2003 July 18, 2003 July 19, 2003, The defendant Said are you mental dangerous To your self, I Said no, Then nurse Jim Taylor Said I have To be dangerous related For an evaluation, and I went without Treatment.

2. <u>Claim's for Relief</u>

I have a mental health need That failure To have my Treatmet I can't focus and deal with people on a good judgment, I become a Trully serious prisoner. my limitations are difficult. my medications are important To me as a person, I drop-off without Them.

Plaintiff
By x James McK
James McKinnon

A. Parties Continue

Proof of Exhaustion

Defendant Jim Taylor
_____

Exhibit '1' Plaintiff has inmate request to health services administrator Pamela Shea.

Exhibit '2' Plaintiff has the department of correction inmate grievance procedure that shall be an exhaustion of administrative remedys Level (A) Level (B) appeal.





Plaintiff
By x /s/ James McK_____
James McKinnon

EXHIBIT 2) James McKin
Jam McK JUL 21 2003

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

RECEIVED
CN 9601/1
Rev. 10/07/02

Inmate Name: James McKinnon
Inmate no.: 100770
Facility: Cheshire
Housing unit: north 3 SO
Date: 7-20-03

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) Dr. James E. Dzurenda also medi This is a Emergency complaint concerning my Psychiatry order of medication that some how expired the eveing of 7-17-03, also it was not provided on five deliverys 7-17-03 nurse Jim came, nurse Nita Donavan morning of 7-18-03, The same afternoon I was frighten of my disorder of getting depressed that afternoon, I then ask officer Silva to phone medical for a supervisor it was expressed by nurse Donavan, miss. Pamela Shea was not working this day, also I address medical with a written request 30, days befor I was depressed for a appointment! Not a Thi

3. Action requested. Describe what action you want taken to remedy the grievance.
This is a medical Grievance

SEP 2
FIELD OPERATION DIRECTOR

Inmate signature: James McKin

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no.: M125-237-03
T no.:
Date received: 7/21/03
Disposition: denied
Date of disposition: 7/21/03
Grievance issue:

Reasons:
① This is not an emergency issue
② One issue at a time is to be addressed on each complaint.
③ On 7/11 and 7/13 7/19 and 7/17 you refused your psyc medication
④ Your meds have been delivered this morning 7/21

Level 1 reviewer: Pamela Shea HSA

C.C.

# Inmate Grievance Form B, Levels 2 and 3  RECEIVED
**Connecticut Department of Correction**

CN 9601B
7-1-98

| | |
|---|---|
| Inmate name: James McKinnon | Inmate no. 100770 |
| Facility: Cheshire | Housing unit: north 350 | Date: 7-30-03 |

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

IGP no. M125-237-03    T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level-1 decision because on five deliverys not to have my medication is a Emergency. including the lack of a mental health screening when I ask! is not professional standards in Treatment. This failure is concluded in my unit log Book by my officer Mr. Silva. This denial of mental Health care is (deliberate indifference)

Inmate signature: James Lee McKinnon    Date: 7-30-03

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 9/12/03   Disposition: Denied   Date of disposition: 9/22/03

Reasons: This does'nt meet the standards for a health Emergency grievance

RECEIVED
FIELD OPERATION DIRECTOR

Level-2 reviewer:

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

**Appeal.** I am appealing the Level-2 decision because

Inmate signature:    Date:

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received:    Disposition:    Date of disposition:

Reasons:

Level-3 reviewer:

C.C.

Exhibit 149 James McKinnon

# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon
**Inmate no.:** 100770
**Facility:** Cheshire
**Housing unit:** North 3' 350
**Date:** 7-20-03

**Request:** Miss, Pamela Shea Health Services Administrator, This is a Emergency Complaint Concerning a psychiatry order of medication That Some how expired The evening of, 7-17-03 also iT was not provided on five delivery's nurse Donavan she came lacking iT The morning

*(continue on back if necessary)*

**Previous Action Taken**

RECEIVED SEP 2- FIELD OPERATION DIRECTOR

*(continue on back if necessary)*

**Submitted to:**
**Date:**
**Acted on by:**
**Action Taken and/or Response**

*(continue on back if necessary)*

**Response to Inmate Date**
**Staff Member Signature**

C.C.

Exhibit (2) James McKinnon

When I ask for psychiatric treatment the eveing of 7-17-03, I was ask by nurse Jim Taylor are you suicidal, I said no! he then said you have to be. I was without professional help. on 7-18-03 in the morning I asked to call my application was a supervisor it was no one for me also it was no psychiatric people on! it's log in the unit Book.

J McKinnon

MINS-727-03 from C, level J and 3

7-30-03