UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JAN 20 P 1:03
U.S. DISTRICT COURT
HARTFORD, CT.

JAMES MCKINNON

V.

YVONNE, et al.

PRISONER
CASE NO. 3:03CV944 (RNC) (DFM)

RULING ON PENDING MOTIONS

Pending before the court are two miscellaneous motions and a motion for discovery filed by the plaintiff and a motion for extension of time filed by the defendants. The court addresses the defendants' motion first.

I.  Motion for Extension of Time [doc. # 39]
    Motion in Support of Motion for Extension of Time [doc. # 40]

The defendants seek an extension of time until December 6, 2004, to file a response to the plaintiff's amended complaint. The plaintiff has filed a motion in support of defendants' motion for extension of time. The defendants' motion for extension of time and the plaintiff's motion in support of the motion for extension of time are granted *nunc pro tunc*.

II. "Motion For Court to Know Docket Number" [doc. # 29]

The plaintiff seeks to inform the court that the case number on the notice of lawsuit and waiver of service of summons form for defendant Shea is incorrect. The court has corrected the necessary documents in the file. Accordingly, the motion is denied as moot.

III. Motion for Discovery [doc. # 30]

The plaintiff seeks a court order directing the Department of Correction to provide him with an address to enable the United

States Marshal to serve the amended complaint on defendant Shea. Assistant Attorney General Keating has appeared for defendant Shea and does not contest service of process in her motion to dismiss. Accordingly, the plaintiff's motion for an order directing the Department of Correction to provide an address for service of the amended complaint on defendant Shea is denied without prejudice as moot.

## Conclusion

The defendants' Motion for Extension of Time [**doc. # 39**] and the plaintiff's Motion in Support of the Motion for Extension of Time [**doc. # 40**] are **GRANTED**. The plaintiff's "Motion For Court to Know Docket Number" [**doc. # 29**] is **DENIED** as moot. The plaintiff's Motion for Discovery [**doc. # 30**] seeking an order directing the Department of Correction to provide an address for service of the amended complaint on defendant Shea is **DENIED** without prejudice as moot.

SO ORDERED in Hartford, Connecticut, this 20th of January, 2005.

Donna F. Martinez
United States Magistrate Judge