# United States District Court

**FILED**

# District of Connecticut

2005 FEB 18  P 2: 36

U.S. DISTRICT COURT
BRIDGEPORT. CONN

James McKinnon  •  Civil no. 3:03cv944

V.  •  (RNC) (DFM)

Yvonne ColeTTe ETAL  February 15, 2005
Defendants

## Individual Capacity Defendants

PlainTiFF MoTion RespecFully To Amend
ComplainT To add documents already express
in PlainTiFF moTion For Summary JudmenY, Also
becase courT and defendanT has documents iTs no
need For delay in response From defendants.
Rule 15. Fed .R. Civ .P.

---

1. PlainTiFF James McKinnon prose respecFully
motion ThaT under This short Concise sTaTemenT be
amended To The maTTer oF maTerial FacTs ThaT
was submiTTed wiTh The ForTh going Amended
ComplainT.

RespecFully
PlainTiFF
By: James Lee McKinprose
James Lee McKinnon

1 oF 75

## Certification

I hereby certify That a copy of The foregoing was mailed To The defendants attorney of record This 5Th day of February, 2005. Also certify This ATTachment To be True and To The best of my obility.

Defendants  Inividual Capacity

Yvonne   Colette. ET AL
Pamela   Shea
Ceryl    Schwink
         Hannah
Pauline  Husband
nita     Donavan
Jim      Taylor

Kathleen A. Keating
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
         06105

Respecfully
Plaintiff
By James Lee Mckol
James Lee Mckinnon
macdougall Correctional.
1153, East Street South
Suffield Connecticut
         06086

2 of 76