United States District Court
District of Connecticut

FILED
2005 FEB 24 P 4: 34
US DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon

v.

Yvonne Colette, ETAL

Civil No. 3:03CV944 (RNC) (DFM)

February 21, 2005

Defendants Individual Capacitites

Plaintiff Memorandum in Opposition To The Defendants motion To dismiss The amended Complaint

---

1. Plaintiff James McKinnon pro se understand That The court will never weigh The evidence weigh The evidence or find The facts; however The court role under Rule 56 is exists as To material facts requiring a Trial. please see, Anderson v. Liberty Lobly: Inc. 477. U.S. 242.249, 106 CT 2505, 2510, 91 L.ED, 202 (1986).

2. I James McKinnon Plaintiff pro se respectfully request This court not To held me in The same standards as an attorney.

Respectfully
Plaintiff
By: /s/ James McK_____
James McKinnon pro se

## Certification

I hereby certify That a copy of The foregoing was mailed To The defendants ATTorney of record February 21, 2005 Defendants Individual Capacity

Yvonne ColeTTe, ETAL
Pamela Shea
Ceryl Schwink
Hannah
Pauline Husband
niTa Donavan
Jim Taylor

___

KaThleen A. KeaTing
AssisTant ATTorney General
110, Sherman STreet
HarTford ConnecTicuT
06105

RespecTfully
PlaintifF
By /s/ James McK
James McKinnon prose
MacDougall CorrecTional
1153, EasT STreet South
Suffield CT, 06080