United States District Court

FILED

District of Connecticut 2005 FEB 24 P 4:34

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon          Civil no. 3:03 CV 944

V.                                    (RNC) (DFM)

Yvonne Colette, ETAL     February 21, 2005
Defendants  Individual Capacity

## Plaintiff Motion for Summary Judgment

I. James McKinnon The plaintiff prose pursuant to F.R.(d) for Summary judgment against the above defendants.

1. Plaintiffs have filed 1983 civil righs Lawsuit against the defendants, plaintiff contend that the facts are so overwheming in support of the allegations which he forwarded in the interest of justice.

Respectfully,
Plaintiff
By x /s/ James McK---
James McKinnon

2. Pursuant to Federal R. Civil. Procedure 56,d, Case not fully Adjudicated on motion. That plaintiff has that the facts are so overwhelming in support that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of Law, If on motion under this rule judgment is not rendered upon the whole case or for all the relief asked and a Trial is necessary, the court at the hearing of the motion, by examining the pleadings and the evidence before it and by interrogating counsel, shall if practicable ascertain what material facts exist without substantial controversy and what material facts are actually and in good faith controverted. It shall thereupon make an order specifying the facts that appear without substantial controversy, including the extent to which the amount of damages and other relief is not in controversy, and directing such further proceedings in the action as are just. Upon the Trial of the action the facts so specified shall be deemed established, and the Trial shall be conducted accordingly.

Bgx James McK____
James McKinnon

## Memorandum of Law in Support

Prisoners have a right to privacy in medical information and especially in their diagnoses of (HIV) infection. please see, Doe v. City of Cleveland 788 F. Supp 979, 985 N.D. Ohio 1991), Nolley v. County of Erie 776 F. Supp. 715, 729 (W.D. N.Y. 1991. Doe V. Meachum, 126 F.R.D. 437, 439 (D. Conn. 1988);

Respectfully
Plaintiff
Bgx James McK____ prose
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record February 21, 2005 Defendants Individual capacity)

Yvonne Colette, ETAL.
Pamela Shea
Ceryl Schwink
Pauline Hannah
nita Husband
Jim Donavan
     Taylor
_____

Kathleen A. Keating
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
         06105

Respecfully
Plaintiff
By: James McK
James McKinnon
MacDougall C.I
1153, East Street South
Suffield CT 06080