United States District Court

District of Connecticut

FILED

2005 FEB 28 P 4: 20

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

James McKinnon
Plaintiff

• Civil no. 3:03cv944
•
• (Rnc) (DFm)
•
V.
•
February 22,2005

Yvonne Colette, ETAL
Defendants      Individual Capacity)

Plaintiff Memorandum in Opposition To The Defendants motion To dismiss the Plaintiff Amended ComplainT, Plaintiff is addressing respectfully arguments raised in defendants motion Dated December 6, 2004

1. I James McKinnon Plaintiff prose request respectfully That This Honorable court not To held me in the Same standards as an aTTorney.

2. At This Time due To The mental health issues I am dealing with iT has become more Than difficuT To keep up with work lood without access To The proper materials Found in The Law library.

3. Plaintiff was Transfered back To macDougall February 3, 2005 1153, East Street South Suffield ConnecTicuT, From corrigan, This is 24, lockdown.

Respectfully
Byx James mcK
James McKinnon

1 oF 8

4. PlainTiFF have Filed This 1983, Civil right Law SuiT agains The defendants To contend ThaT The FacTs are So over wheming in SupporT oF The allegations which he forwarded in The interest of jusTice.

By x Jam McK
James mckinnon

---

## PlainTiFF is explaining why Amended ComplainT is Correct

5. PlainTiFF have defendanTs (Puline Husband) (NiTa Donavan) and (Jim TaYLor) on Same amended ComplainT To keep down lood in courT, Also violations are From Same medical employes aT Cheshire DeparTmenT oF CorrecTion, and actions are separaTe on The amended complainT.

6. Also respecFully PlainTiFF has noT Fail To seT ForTh any SupporTing FacTs, and ExhibiTs ThaT are aTTached is exhausTed administraTive remedies, with all respecFully SupporTing FacTs are in motion For Summary JudgmeT, plainTiFF has moTion The courT wiTh new SupporTing FacTs in a amended ComplainTin Opposition To defendanTs moTion To dismiss Amended complainT.

This process is called The exhausTion oF Judicial or administraTive remedies. please see, Monroe V. Pape, 365 U.S. 167, 183, 81 S. cT. 473 (1961).

RespecFully
By x James mcK
James mcKinnon prose

# Explaining why Amended Complaint is Correct.

7. Plaintiff has not failed to name person that was involvement on the part of the defendants Shea, Schwink, and unit manager Hannah the officer negron that on date may 6, 2003 came to my cell with privileged correspondence that's pro-tected by a connecticut law, also was two level 'B' confidental with the same medical information Doe V. meachum, with respect I have not failed to name this officer negron he gave a statement in the unit Log Book against the defendant Hannah.

Then also plaintiff received a response from a written inmate request to defendant Pamela Shea Health Services administrator that memo with date June 4, 2003, report was that's concerning my unit man-ager. Also the officer paper work was in the Amended complaint as a error by the time enterd 10-6-03 his name was not in complaint. That's howcome plaintiff was not directed to forward appropriate papers to the U.S. marshal; please see,

Courts have suggested that there may also be a limited due process right to have physic eviden-ce produced at the hearing when it is particutarly important to determining guilt or innocence. please see Young V. Lynch 846 F.2d 960,963 (4th Cir 1988)(due process may require production of evidence when it is the dispositive item of proof it is critical to the inmate's defense it is in the custody of prison officals and it could be produced without impairing institutional concerns.

Respecfully
By James mckinnon
James mckinnon

3 of 8

# Explaining why Amended Complaint is

## Correct

8. The plaintiff has not failed to state a claim for a violation of his right to privacy under the fourth Amendment. To his medical record, Also grevance's claim.

9. The plaintiff has not failed to state a claim for deliberate indifference under the eighth Amedment to his claim for failure to provide prescription medication.

10. The plaintiff has not failed to state a claim for deliberate indifference under the eighth Amendment with respect to his claim for denial by a nurse to the Specialist.

11. The plaintiff has not failed to state a claim for a violation of his right to privacy under the fourth Amendment with respect to his mail claim;

Officer negron gave a statement in the unit Log Book against the defendant unit manager Hannah.

12. Plaintiff is responsible regarding a error by Correctional Officer James That was not forward as Amended Complaint adding entered 10-6-03 by court That's how come I was not directed by Clerk To forward The appropriate papers To the U.S. Marshal for Officer James he is not a defendant it was a error and was not responsible regarding The defendant's violation's.

Respecfully
By x Jam mckin
James mckinnen

4 of 8

# Plaintiff is Explaining
# Why Amended Complaint
## Is Correct

13. However Plaintiff has Pending proposed new Amended Complaint in Opposition To The Defendant Filing,

For example defense in plaintiff amended complaint arises From The Same facts alleged in The original pleading,

14. Plaintiff has a witness statements Thats Log in The unit Book from Correctional officer negron, That's a error he is not a defendant in this complaint, Employee will not give plaintiff The written statement as evidence in unit log Book.

15. Plaintiff is explaing why my case should not be dismissed I have demonstrate That I made a mistake and Thats why I amended complaint Also

For The foregoing reasons, The court should grant The plaintiff motion Memorandum in Opposition To The defendant motion To dismiss amended Complaint, plaintiff Also request court grant pending Amended Complaint.

Byx James mckinnon
James mckinnon
macDougall, C I
1153, East Street
South
Suffield CT 06080

# Memorandum Support of
# Plaintiff motion

A. Yvonne Colette act with deliberate Indifference
Toward plaintiff Serious Doe v. Meachum medical needs
by intentionally denying prescribed medications.
please see, Courts have recognized That There can be
a Serious cumulative effect from the repeated denial
of care with regard to even minor needs. please see,
Jones V. Evans, 544 F. Supp. 769, 755 n.4 (n.D.Ga 1982).

B. Pamela Shea violation of The Plaintiff Fourth Amen-
dment To The united States Constitution by release of
medical diagnosis, a aunthorized privacy invasion
clinical records That Plaintiff received on may 6, 03
by mail without a Envelope Doe v. Meachum inform-
ation. please see, prisoners have a constitutional
right To privacy in Their medical diagnoses and
other medical information. please See, A.L.A.
west Valley City 26 F.3d 989, 990 (10th Cir 1994)
nolley v. County of Erie, 776 F. Supp, 715 729 (w.D
n. Y. 1991) Doe v. Meachum, 126 F.R.D. 437, 439
D. Conn 1988).

C. Ceryl Schwink in violation of The plaintiff Fourth
amendements To The United States Constitution rights
by release of plaintiff clinical records with medical
grievance's from Level Two with information that's
protected by Connecticut Law. plaintiff Doe v. mea-
chum information. please see, Doe v. city of
Cleveland, 788 F.Supp. 979, 985 n.D. Ohio 1991).

By x James mcKim
James mcKinnon

# Memorandum Support of
# Plaintiff Motion

D. Pauline Husband That Stop plaintiff scheduled Sick call appointment for medication's That was not reorder aspirin for headaches a side offect from medication name Fluconazole, The doctor at a sick call requested That I vissit my spical doctor The defendant Stop plaintiff oppointment for 60, day's, The defendant Said To plaintiff at Blood work you'll not See The doctor end less he ask for you. please See; Johson V. Brown, 884 F.2d at 1056 monmouth Count Corredional

E. Nita Donavan Failure To provide prescribed mental health medication's. please see; Denial of adequate care for serious mental health needs may constitute deliberate indifference, please see; Smith V. Jenkins 919 F.2d 90, 92/93 (8Th cir. 1990)

F. Jim Taylor came To plaintiff unit north'3 without mental health medication on 7-17-03 7-18-03 -7 19-03, please see; @ many prison mental health care cases focus on The lack of adequate and qualified Staff. please See; Greason V. Kemp. 891 F.2d at 837-40 prison Clinic director prison system mental Health director could be Found deliberately indifferent based on Their Knowing Toleration of a clearly inadequte mental health Staff).

By x /s/ James McKinnon
James McKinnon

9. of 8

## Certification

I hereby certify That a copy of

The foregoing was mailed To the

defendants ATTorney of record

This — 22, February, 2005

Defendants Individual Capacity

Yvonne ColeTTe; ETAL
Pamela Shea
Ceryl    Schwink
         Hannah
Pauline  Husband
niTa     Donavan
Jim      Taylor

Kathleen KeaTing
Assistant ATTorney general
110, Sherman STreet
HarTford ConnecTicut
         06105

                    RespeeTFully
                    Byx James McL
                    James McKinnon prose
                    MacDougall CI
                    1153-East street South
                    Suffield, CT 06080

          08 of 08