United States District

Court

District of Connecticut   FILED

2005 MAR -3 P 3: 11

Plaintiff
James McKinnon

Civil no. 3:03cv944

US DISTRICT COURT
BRIDGEPORT, CONN.

(RNG) (DFM)

v.

February 28, 2005

Yvonne Colette ETAL
Defendants

Individual Capacity

Plaintiff Memorandum of Law in Support
of Motion For Partial Summary Judgment.

Pursunt To rule 56 Fed.R.Civ.P. Plaintiff prose
James McKinnon Contend That There is no genuine
issue as To any material Fact and That The moving
party is entitted To a judgment as a matter of Law,

Summary judgment as To The liability of defend-
ants, Yvonne Colette, Pamela Shea, Ceryl Schwink,
HannaH, Pauline Husband, Nita Donavan, Jim Taylor,
For damages The Fact That defendant amitted in a
memo Dated June 4, 2003 violation of plaintiff fourth
Amendment right, The disclosue of medical information
privacy invasion of Doe v. meachum 126. F.R.D.437
439 (D.Conn 1988) For The denial To the plaintiff
of The due process of Law, The reason's there for
are set forth in The Plaintiff's affidavit with
brief in support of motion.

Respectfully
By: James mck
James mckinnon, prose

# Certification

I hereby certify that a copy

of the foregoing was mailed to

the defendants attorney of record

this 28th, day of February 2005

Defendants Individual Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Hannah
Pauline Husband
nita Donavan
Jim Taylor

Respectfully
By James mck
James McKinnon
MacDougall Correctional
1153 East Street South
Suffield Connecticut
06080

Kathleen Keating
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
06105