United States District

Court

FILED

District       OF   Connecticut

2005 MAR 10 P 12: 01

U.S. DISTRICT COURT
BRIDGEPORT CONN

Plaintiff
James McKinnon

CIVIL no. 3:03CV944

v.

(RNC) (DFM)

March 5, 2005

Yvonne Colette, ETAL
Defendants           Individual   Capacity

Plaintiff Memorandum in Opposition To The
Defendants Motion To dismiss Plaintiff Amended
Complaint, Respecfully Plaintiff arguments incl-
ding The rules of Procedures for Service Rule 4.a,
requires The defendants To respond To The plaintiff
Complaint Entered October 10, 2003 on defendants
Individual Capacities, However defendants have
ignorance of The rules without considered good
cause. Plaintiff ConTed defendants motion To dismiss
is incorrect, and Also fails To meet The deadline for
Answer To Complaint Rules 12.a, (1), (A) 12.a, 3, fed. R.
Civ. P., for The foregoing reason defendants memor-
andum Opposition To dismiss should be a Dismissal,

1. I James McKinnon Plaintiff prose Respectfully
request That This honorable court not To held me in The
Same Standards as an aTTorney.

Respectfully
Plaintiff
Byx James McKinnon
James McKinnon prose

1 of 4

2. At This Time due To The mental health issues I am dealing with iT has become more Than difficult To Keep up with work lood without access To The proper materials Found in The Law Library).

3. PlainTiff was TransFered back To macDougall February 3, 2005 Then To Garner CorrecTional InstiTuTion P.O. Box 5500 New Town Connecticut 06470, on march 4, 2005.

4. PlainTiff have Filed This 1983, CiviL rights Law SuiT agginT The deFendanTs To conTend ThaT inmates have a right To privacy concerning heaLTh related inFormaTion. please see, <u>SchacTer v. Whalen</u>, 581 F.2d 35, 36-37(2d Cir.1978)(per curiam) please see also, <u>Doe</u> v. <u>City</u> of New York, 15 F.3d 264, 267(2d Cir. 1994)(noTing exisTence of privacy right with regard To inFormaTion reveaLing (H I V) STaTus in parTicloT) The FacTs are So over wheming in SupporT of The allegaTions which he Forwarded in The inTeresTof JusTice.

RespecTFully
PlainTiff
By: James mckin
James mckinnon prose

# Memorandum of Law in Support
## of The plaintiff motion

An answer is a reply To plaintiff complaint either admitting or denying each statement contained in The paragraghs of The complaint or stating That The defendants does not know whether a particular statement is True, which has The same legal effect as a denial a allegation. please see, Rule 8.(b), fed R. Civ. P.

IF The defendants answer does not respond to one of The allegation factual paragraphs in The complaint That paragraph is Taken as a admitted. Rule 8.(d), fed R. Civil. P.

The Supreme Court has stated That a plaintiff with an arguable claim should be permitted To amend The complaint befor a pending motion To dismiss is ruled on neitzke v. williams 490 U.S. 319, 329, 109 S. CT. 1827 (1989).

Lower courts have stated That prose litigants should receive notice of The deficiencies in Their complaints as well as an opportunity To amend Them befor The complaints are dismissed. McGuckin V. Smith 974. F.2d 1050 1055 (9th Cir 1992) Platsky V. C.I.A 953. F.2d, 26, 28 (2d Cir. 1991).

Respectfully
Plaintiff
By x James Mckn
James Mckinnon

# Certification

I hereby certify That a copy of The Foregoing was mailed To The defendanTs ATTorney of record This 5Th Day of march 2005

DefendanTs    Individual Capacity

Yvonne ColeTTe, ETAL
Pamela Shea
Ceryl    Schwink
          Hannah
Pauline   Husband
niTa      Donavan
Jim       Taylor

KaThleen KeaTing
AssisTanT ATTorney general
110, Sherman STreeT
HarTford ConnecTicuT
        06105

Respectfully
Plaintiff
By James mcKen
James mcKinnon prose
Garner CorrecTional
P.O. Box 5500
newTown connecTicuT
        06470

4 of 4