United States District Court

District of Connecticut

**FILED**
2005 MAR 28 A 11:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff
James McKinnon

V.

Yvonne Colette, ETAL

Defendants

Civil No. 3:03CV944
(RNC) (DFM)

March 22, 2005

Individual Capacity

Plaintiff motion is to respectfully notify court of the interst to produce Correctional officer as witnesse testimony with unit log Book for court inspection with claim from same facts, Also plaintiff request court to authorize clerk of the court to provide two original subpoena's to plaintiff for commanding the attendance. Rule 45. Federal R.Civ.P.

1. Plaintiff James McKinnon pro,se respectfully move this court to consider this request in the above captain case. Plaintiff conted that facts are so over wheming in support of the interest of justice.

Plaintiff
By× James McK
James McKinnon prose

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this 22d day of march 2005

Defendants    Individual    Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
       Hannah
Pauline Husband
nita Donavan
Jim Taylor

Respectfully
Plaintiff
By: James mck——
James mckinnon pro se
Garner Correctional
50, Nunnawauk Road
Newtown Connecticut
       06470

Kathleen Keating
Assistant Attorney general
110, Sherman Street
Hartford Connecticut
       06105