United States District
Court

District of Connecticut

**FILED**

2005 APR 27 P 2:49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
   Plaintiff

vs.

Yvonne Colette, ETAL
Defendants    Individual    Capacity

Civil no. 3:03CV944

(RNC) (DFM)

April 15, 2005

Plaintiff Motion Memorandum of Law in Support
For Court To Deny Defendants Motion To Dismiss
Plaintiff Amended Complaint.

1. I James McKinnon Plaintiff prose moves This
honorable court not To held me in The Same Standards
as an attorney.

2. Defendants are not entitled To judgment because They
are without submitting an adequate evidentiary basis
for it.

3. They fail To establish The necessary facts in The
manner required by The rules, Plaintiff ask The
Court To deny Their motion on That ground.

Respecfully
By× James mck
James McKinnon prose

4. In particular Courts have held That prison officils who argue That a prison rule or practice Should be upheld as reasonably related To legitimate penological objecTive must Submit evidence To That effect, and not Just argument. Walker V. Sumner, 917 F.2d 382, 386-87 (9Th Cir. 1990) Hunafa V. Murphy, 907 F.2d 46, 48 (7Th Cir. 1990) Swift V. Lewis, 901 F.2d 730, 731-32 (9Th Cir. 1990) Pressley V. Brown, 754 F. Supp. 112, 117 (W.D. Mich 1990).

5. This means That prison officials generally cannoT geT judgmenT based on a Lawyer's affidaviT. They will have To submiT Their own affidaviTs or declarations aTTesTing To The reasons for Their pracTices.

6. PlainTiff arguing ThaT The defendanTs have noT submiTTed an adequaTe facTul case, PlainTiff has puT sufficienT facTs befor The courT, To Show ThaT There is a genuine facTual issue as To each poinT on which plainTiff bear The burden of Proof. CeloTex-Corp V. CaTreTT, 477 U.S. 317, 322-23, 106 S. CT. 2548 1986).

7. PlainTiff expecT To geT wiTness To TesTify aT The hearing, Even if There is a good reason noT To call The wiTness in This plainTiff presence, The courT Should hear The wiTness ouT side my presence and inform The plainTiff of The subsTance of The TesTimony. Francis V. Coughlin 891 F.2d aT 47-48, Vasquez V. Coughlin 726 F. Supp. 466, 469-70 (S.D.N.Y. 1989)

Respecfully
By James Mcki
James McKinnon prose

8.(if Testimony is not presented directly by witnesses, it nevertheless must be revealed to the plaintiff with sufficient detail to permit the plaintiff to rebut it intelligently) Torres v. Coughlin, 166 A. D. 2d 793, 563 N.Y.S.2d 152, 153 (N.Y. App. Div. 1990) officer who was off duty because of injury should have testified by Telephone) Alvarado v. Lefevre 111 A.D.2d 475, 488 N.Y.S.2d 856, 857 N.Y. App. Div. 1985). Also please see Wilkerson v. Oregon State Correctional Institution, 24 Or. App. 61, 544 P.2d 198, 200 (Or. App. 1976)(under state regulations, plaintiff prisoner's request that witness be interviewed should have been granted).

9. This had been done in several of the cases in which courts upheld the failure to produce witnesses at the hearing. Please see Green v. Coughlin 633 F. Supp 1166, 1168-70 (S.D. N.Y 1986) Lewis v. Faulkner, 559 F. Supp.

10. Certainly, the refusal to hear any witnesses corroborating the accused will deny the Plaintiff due process if the facts are in dispute. Cruz v. Oregon State Penitentiary Corrections Division 48 Or. App. 473, 617 P.2d 650, 652 (Or. App. 1980) committe should have heard a witness whose testimony was crucial as to whether a rule was actually broken). Coleman v. Coombe, 65 N.Y. 2d 777, 492 N.Y.S.2d 944, 482 N.E. 2d 562 (N.Y. 1985) mitigating testimony should have been permitted)

Respecfully
By James McK——
James McKinnon prose

11. One court has held That The right To call witne-
sses applies anly To witnesses who will produce
offirmatively supportive evidence <u>Owens V. Libh-</u>
art, 729 F. Supp. 1510, 1513 (M.D. Pa. 1990) of5 d, 925
F. 2d 419 (3d Cir.)

Respecfully
PlainTiff
By James mcki
James mcKinnon prose

Certification

I PlainTiff certify That The foregoing was
mailed To The defendants' Attorney of record
This 15, April 2005
Defendants Individual CapaciTy
Yvonne ColeTTe, ETAL
Pamela Shea
Ceryl Schwink
       Hannah
Pauline Husband
niTa Donavan
Jim Taylor

Respecfully
PlainTiff
By James mckin
James mcKinnon prose
Corrigan Radgowski
CorrecTional Center
986, Norwich New London
Uncasville ConnecTicuT
       06382

KaThleen KeaTing
AssisTant ATTorney general
110, Sherman STreeT
HarTford ConnecTicuT
       06105