United States District Court

District of Connecticut

James McKinnon
Plaintiff

VS.

Yvonne Colette, ETAL
Defendants

Civil no. 3:03CV944
(Rnc) (DFM)

April 23, 2005

Individual Capacity,

MAY - 4 2005

Order To Show Cause and Temporary Restraining Order

Upon The Supporting Affidait of The Plaintiff And The accompanying Memorandum of Law iT is:

Ordered ThaT defendants Yvonne ColeTTe Show Cause in room _____ of The United States DisTricT CourThouse 915 LafayeTTe Boulevard Bridgeport ConnecTicuT. 06604 on The ____ day of _____, 2005, aT ____ O'clock, why a preliminary injunction should not issue pursunit To Rule 65(a) Fed. R. Civ. P.

By: /s/ James McK___
James McKinnon

1 of 5

## IT is Further Ordered

That effective immediately, and pending the hearing and determination of this order To Show Cause for defendants Yvonne Colette, ETAL, To have free Counselor, To arrange for the plaintiff To exained The Special need for defendant To obtain The Assistant ATTorney General Kathleen Keating That has inflicting unnecessary suffering on plaintiff, This is deemed To be The Same as suing The State, Kentucky V. Graham 473 U.S. 159, 169, 105 S.CT. 3099 1985).

Some courts have held That The plaintiff must clearly state That officials are sued in Their individual capacities or The court will assume it is an official capacity case, To avoid Assistant ATTorney general problems plaintiff has spell it out. Hafer V. melo, 112 S.CT. aT 36 In, and cases cited, Hardin V. STraub, 954 F.2d 1193, 1200 (6Th Cir. 1992)

In determining whether plaintiff is entiled To a Temporary restraing order courts generally consider Several factors whether The party will suffer irreparable injury The balance of hard ships beTween The parties,

By: James McK——
James McKinnon

The likelihood of Success on the merits and in this case the public interest each of these factors favors the grant of this motion.

The plaintiff has a great likelihood of success on the merits what defendants have done intentionally intering.

In this case the grant of relief will serve the public interest because it is always in the public interest for prison officials to obey the law. Duran v. Anaya 642 F. Supp 510-527, D.N.M. 1986) Respect for Law particularly by officials responsible for the administration of the states correctional system is in itself a matter of the highest public interest.

Also please see, Llewelyn v. Oakland County Prosecutors office 402. F. Supp. 402 F. Supp. 1379 1393 E.D. mich 1975) The Constitution is the ultimate expression of the public interest).

Different Courts have made different statement of the standards govering oppointment of counsel, Please see, Hardin v. Melo 112 S. CT-at 36 In. and cases cited, Hardin v. Stroub 954 F.2d 1193 1200 (6th Cir 1992) capacity must be specified) Yorktown) medical Laboratory Inc v. Perales, 948 F.2d 84, 88-89(2d Cir. 1991 Court Should look to the tatality of the complaint as well as the course of proceeding to determine capacity).

By x /s/ James McKi
James McKinnon

# IT is Further Ordered

## Federal Rules 9. of Civil Procedure Pleading Special matters (a) Capacity.

IT is necessary when a party desirest To raise an issue as To The Legal existence of any party, The capacity of any party To Sue or be Sued The authority of a party To Sue or be Sued in a representative Capacity, The party is desiring To raise The issue Shall do so by specific violations averment, which Shall include Such Supporting particulars as are peculiary within The pleader's Knowledge.

The party representative existence of an organized association of persons That is made a party is required To Show The jurisdiction of The Court.

By x James McKinnon
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants Attorney of record this <u>23</u> Day of April 2005

Defendants          Individual Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
      Hannah
Pauline Husband
Nita Donavan
Jim Taylor

---

Kathleen Keating
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
        06105

Plaintiff
By x /s/ James McKinnon
James McKinnon pro se
Corrigan
Correctional Center
986, Norwich New London
Uncasville Connecticut
        06382