United States District Court
District of Connecticut

**FILED**
2005 JUN -8 P 5:05
U.S. DISTRICT COURT

James McKinnon
Plaintiff

v.

Yvonne Colette, ETAL
Defendants, Individual Capacity

Civil no. 3:03cv944
(RNC) (DFM)

June 2, 2005

## Plaintiff Motion For Settlement Conference

The Plaintiff _James McKinnon_, respectfully moves this court to schedule a settlement conference in this matter.

The Plaintiff feels that settlement in this matter may well be enhanced by a formal settlement conference before this court, before triar in this matter.

The Plaintiff seeks damages from the defendants in this civil action claiming that the defendants improperly breached privacy and confidentiality rights concerning the plaintiff medical information.

Respectfully Submitted

By: _James McKinnon_
James McKinnon prose

## Certification

I Plaintiff Certify That The defendants on record Attorney was mailed pleading on This 2, Day of June, 2005. Also Though This attachment This claim To be True and To The best of my obility. Defendants   Individual Capacity)

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Pauline Husband
Nita Donavan
Jim Taylor
        Hannah

---

Kathleen A. Keating
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
        06105

Plaintiff
Byx James McK____
James McKinnon pro
Corrigan Corretional
986, Norwich New
London
Uncasville Connectic
        06382