```
                UNITED STATES DISTRICT COURT                    FILED
                  DISTRICT OF CONNECTICUT
                                                           2005 AUG 18  A 6:35
JAMES MCKINNON,                      :
                                                             DISTRICT COURT
     Plaintiff,                      :                       HARTFORD, CT.
                                     :
V.                                   :  CASE NO. 3:03CV944(RNC)(DFM)
                                     :
YVONNE, ET AL.,                      :
                                     :
     Defendants.                     :
```

## RULING ON PENDING MOTIONS

Plaintiff has several motions pending before the Court. Absent objection, his motion to amend the complaint [Doc. # 51] is granted. Defendants' motion to dismiss the original complaint [Doc. # 43] is therefore denied without prejudice to renewal.

Plaintiff's motion for summary judgment [Doc. # 53] does not meet the requirements of Rule 56, D. Conn. L. Civ. R. Local Rule 56(a)(1) states: "There shall be annexed to a motion for summary judgment a document entitled 'Local Rule 56(a)1 Statement' which sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried." Local Rule 56(a)3 states:

> Each statement of material fact in a Local Rule 56(a) Statement by a movant or opponent must be followed by a citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial. The affidavits, deposition testimony, responses to discovery requests or other documents containing such evidence shall be filed and served with the Local Rule 56(a) Statement in conformity with Fed. R. Civ. P. 56(e).

D. Conn. L. Civ. R. 56(a)3. Accordingly, plaintiff's motion for

summary judgment is denied without prejudice. If plaintiff wishes to refile this motion, he must comply with the local rule.

Plaintiff seeks to subpoena an unnamed correctional officer [Doc. # 57]. This motion is denied as premature. Plaintiff also seeks to "Dismiss Defendants Attorney General Kathleen Keating Federal Rule 9. Pleading Special Matters (a) Capacity (sic)." [Doc. # 59]. This motion is denied as lacking any discernable merit. To the extent the motion addresses the motion to dismiss [Doc. # 43] filed by Attorney Keating, it is denied as moot in light of the Court's denial of that motion.

IV. Conclusion

Accordingly, plaintiff's motion to amend [Doc. # 51] is granted. His motion for summary judgment [Doc. # 53] is denied without prejudice to renewal. His motion to produce a witness [Doc. # 57] and his motion concerning Attorney Keating [Doc. # 59] are denied. Defendants' motion to dismiss [Doc. # 43] is denied without prejudice to renewal.

So ordered.

Dated at Hartford, Connecticut this 17 day of August 2005.

Robert N. Chatigny
United States District Judge