# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
## CIVIL RIGHTS COMPLAINT

United States District Court
District of Connecticut
FILED AT        BRIDGEPORT

August 18        2005
Kevin F. Rowe, Clerk

By _Mary E. Porter_
Deputy Clerk

James McKinnon
100 770 _____,
                    Plaintiff(s),

(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Yvonne Colette
Pamela Shea
Ceryl Schwink
            Hannah
Pauline Husband
nita    Donavan
Jim    Taylor
            Defendant(s).

Case No. CIVIL 3:03CV944
(RNC)(DFM)

(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)


## A. PARTIES

1. James McKinnon _____ is a citizen of United States who
   (Plaintiff)                                (State)
presently resides at Macdougall Correctional 1153, East Street South
                    (mailing address or place of confinement)        Suffield
If plaintiff is incarcerated, provide inmate number: ___100 770___.    CT,06086


2. Defendant _____ is a citizen of _____
                    (name of first defendant)                              (State)

whose address is_____,

and who is employed as _____.


3 of 76

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No.  If your answer is "Yes," briefly explain:

_____

_____


3.  Defendant _____ is a citizen of _____
                    (name of second defendant)                              (State)

whose address is _____

and who is employed as _____ .
                              (title and place of employment)

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  ____Yes ____No.  If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)


## B. JURISDICTION

1.  Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓    42 U.S.C. § 1983 (applies to state prisoners)

    ____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

6. Defendant Yvonne Colette is a citizen of United States whose address is Cheshire Correctional 900' Highland Avenue cheshire Connecticut, 06410

And who is employed as nurse in medical unit.

At The Time The claim's alleged in This Complaint Arose was defendant acting under color of State Law? yes plaintiff briefly explains.

7. On February 25, 2003 I James mcKinnon was Transferred From garner Correctional To The Cheshire Correctional, At That Time nurse Yvonne Colette Said To me in medical you're in a big boy jail and The basis soap with Petrolatum will stop because cheshire don't provide That.

8. At my last appointment July 2, 2003 with my infectious disease specialist James O'Hallorn in my medical file it was down as discontinue For The basis Soap and Petrolatum and This doctor said To me That's not my handwriting.

9. When I came To cheshire February 25, 2003 nurse Yvonn Colette discontinue my doctor order That was reorder in garner Correctional on november 21, 2002, and was To stop may 19, 2003 The basis Soap and Petrolewm may 19, 2003.

On a appointment march 12, 2003 with doctor James O'Hallorn he said it was not To stop.

Again This doctor had To reorder it befor it ran out on july 2, 2004 because of This defendant.

Plaintiff

Buy James Lee McKinnon
James Lee mcKinnon prose

5 of 75

## Claims For Relief

10. IT was physical pain because The peTrolaTum and basis soap is To prevenT my dry skin from becoming a chapped open sore on my face. my skin came of with pain from This deprivation.

11. Also personal humiliaTion and menTal anguish emoTional disTress from The absence of proper procedures.

because of This complainT I also received my medical paper's from my file ThaT was confidenTial with my exhausTion of adminisTraTive remedy ThaT was noTin a Envelope, Doe v. meachum informaTion

## Memorandum of Law in SupporT of Summary JudgmenT 56,(E)

12. Prison officials who are noT docTors acT with delibera- Te indiff Toward an inmaTe's serious medical needs by inTenTionally denying or delaying access To medical care or inTenTionally inTerfering with The TreaTmenT once presc- ribed.

please see; EsTelle v. Gamble, 429 U.S. 97, 104-05 (1976) (fooTnoTes omiTTed).

Prison officials can be said To have denied a prisoner access To medical care if They ignore his or her calls for medicaTion or for medical appoinTmenTs on repealed occ- asions.

please see; williams v. VincenT, 508 F.2d 541, 544-45 (2d cir. 1974).

PlainTiff

James mckinnon

6 of 76

A. Parties Continue

Defendant Yvonne Colette.

## Memorandum of Law in Support
## of Summary Judgment S6 (E)

13. Prison officials also act with deliberate indifference if they deliberately defy the express instructions of a prisoner's doctor.

please see, Gill V. Mooney, 824 F.2d 192, 196 (2d Cir. 1987).

Deliberate indifference applies in different ways to doctor, prison officials and medical staff, and prisons administrators.

In general, prison officials or medical staff act with deliberate indifference to an inmate's serious medical needs if they know of and disregard an excessive risk to the inmate's health.

please see; Hathaway V. Coughlin, 37 F.3d 63, 67 (2d Cir. 1994).

Plaintiff
By James Lee Mck
James Lee McKinnon prose

James McK

7 of 75

A. Parties Continue

Proof with Exhaustion

Defendant Yvonne Colette.

14. Exhibit '1' Labeling from basis Soap and Petrolatum.

Exhibit '2' medical record That Show denying of Basis Soap.

Exhibit '3' medical record That Show denying of Petrolatum.

Exhibit '4' Clinical record dated July 2, 2003 from doctor James O'Halloran That said a life Time of medication's Petrolatum and Basis Soap.

Exhibit '5' I went To mental health with my complaint because it was like ants biting me.

Exhibit '6' Is from my mental health doctor of The Correctional, a Director I sent Correspondence and he reported That doctor James O'Halloran ordered The petroleum and Soap on July 2, 2003, 9

Exhibit's Show denying it's not mark on The line.

Plaintiff has The department of Correction inmate grievance procedure That Shall be an exhaustion of administrative remedy's in The Complaint Level 'A' and 'B'.

Plaintiff
By James Lee McK
James Lee McKinnon prose

8 of 75