Exhibit- 1

Exhibit- 2

Exhibit- 3

Exhibit- 4

Exhibit- 5

Exhibit- 6

9 of 75

Printed At: 24-JUL-2003 11:08 am

# CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD

Name: MCKINNON, JAMES L  Sex: Male  DOB: 09-NOV-1961  Age: 41 Years  Weight: 0.000  Page: 3 end of patient
Reason for Visit: No Reason Entered  Dr.  Room/Bed: 125I  Admit Date: 07-JUN-2001
Allergies: nkda
USE PERIOD: 01-AUG-2003 TO 31-AUG-2003
#: I00100770

CLONIDINE 0.2MG TAB       (Like CATAPRES GRX)
Dose: 0.2 MG / 1 TAB       DOT PO BID
Start: 19-JUL-2003 20:00   Stop: 15-AUG-2003 00:00
TAKE 1 TABLET 2 TIMES DAILY
DO NOT SELF ADMINISTER
Wargo, Susanne
8-11-03 - 9-15-03

TOPIRAMATE 25MG TAB       (Like TOPAMAX)
Dose: 50 MG / 2 TAB       DOT PO BID
Start: 19-JUL-2003 20:00  Stop: 15-AUG-2003 00:00
TAKE 2 TABLETS (50MG) TWICE DAILY
DO NOT SELF ADMINISTER
Wargo, Susanne
7-11-03 - 9-15-03

BACITRACIN 454GM OINT     (Like )
Dose: 1 APP / 454 GM      KOP TOP PRN
Start: 04-JUL-2003 22:46  Stop: 29-DEC-2003 21:43
APPLY UP TO TWICE A DAY
KOP USE ONLY / REFILL ON REQUEST ONLY
Halloran, James

4PM Snack & Meds
Until Oct/03

Someone has stop this from the doctor he was good Doe v. meachum
James O'Halloran

Name: MCKINNON, JAMES L    IM#: I00100770

EXHIBIT 1
James McK
James McK
N350 PAGE 3

10 OF 75

Exhibit 1+
James McKinnon
Jam McKin

15.

```
MCKINNON, JAMES L                CHESHIRE CC-125J
I00100770
PETROLATUM 454GM OINT
                    Fill: 01/30/03 Stop: 07/21/03

|||||||||||||||||||||||||||||||||||||||||||||||
                                            004232966
```

```
MCKINNON, JAMES L                CHESHIRE CC-125J
I00100770
BASIS SOAP
                    Fill: 02/27/03 Stop: 05/19/03

|||||||||||||||||||||||||||||||||||||||||||||||
                                            004232964
```

11 of 75

Printed At: 25-NOV-2002 12:22 pm

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Page: 2 Continued

Name: MCKINNON, JAMES L            Sex: Male      DOB: 09-NOV-1961   Age: 41 Years   Weight: 0.000       Room/Bed: 136I
IN#: I00100770                     Dr.                                                                   Admit Date: 07-JUN-2001
Reason for Visit: No Reason Entered
Allergies: nkda

DOSE PERIOD: 01-DEC-2002 TO 31-DEC-2002

| Medication | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MULTIVITAMIN TAB                    (Like ONE A DAY GRX)<br>Dose: 1 TAB                                    KOP PO QD<br>Start: 08-NOV-2002 08:00  Stop: 06-MAY-2003 08:59<br>…E 1 TABLET BY MOUTH DAILY<br>Dr. O'HALLORAN, JAMES | | | | | | | | | | | | | | | |
| BASIS SOAP                          (Like BASIS SOAP)<br>Dose: 1 BAR                                      KOP TOP QD<br>Start: 21-NOV-2002 08:00  Stop: 19-MAY-2003 08:59<br>USE AS DIRECTED / EXTERNAL USE ONLY<br>REFILL ON REQUEST ONLY / MAX ISSUE 1/MONTH<br>Dr. O'HALLORAN, JAMES | | | | | | | | | | | | | | | |
| ACETAMINOPHEN 325MG BOT #24         (Like TYLENOL 325MG GRX)<br>Dose: 650 MG                              KOP PO Q6P<br>Start: 30-MAY-2002 01:54  Stop: 25-NOV-2002 22:44<br>TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.<br>BOT OF 24; REFILL ON REQUEST ONLY.<br>Dr. O'HALLORAN, JAMES | 800 | | | | | | | | | | | | | | |
| CLONIDINE 0.2MG TAB                 (Like CATAPRES GRX)<br>Dose: 0.2MG (BULK#30)                          DOT PO Q6P<br>Start: 01-NOV-2002 06:00  Stop: 01-DEC-2002 05:59<br>TAKE 1 TABLET EVERY 6 HOURS AS NEEDED<br>BULK DISP #30/ DO NOT SELF ADMINISTER<br>Dr. Thankappan, Kunjathan | 800 | | | | | | | | | | | | | | |

CRUSH ALL PSYCH MEDS

16.

Name: MCKINNON, JAMES L    IN#: I00100770

Printed At: 26-OCT-2002

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Name: MCKINNON, JAMES L          Sex: Male        DOB: 09-NOV-1961    Age: 40 Years    Weight: 0.000       Page: 2 end of patient.
IM#: I00100770                                    Dr.                                                      Room/Bed: 136G
Reason for Visit: No Reason Entered                                                                        Admit Date: 07-JUN-2001
Allergies: nkda.

DOSE PERIOD: 01-NOV-2002 TO 30-NOV-2002

| Medication | | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLONIDINE 0.2MG TAB (Like CATAPRES GRX)<br>Dose: 0.2MG (BULK#30) DOT PO Q6P<br>Start: 01-OCT-2002 16:38 Stop: 31-OCT-2002 15:37<br>TAKE 1 TABLET EVERY 6 HOURS AS NEEDED<br>BULK DISP #30/ DO NOT SELF ADMINISTER<br>Dr. Thankappan, Kunjathan | PRN | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN 325MG BOT #24 (Like TYLENOL 325MG GRX)<br>Dose: 650 MG KOP PO Q6P<br>Start: 30-MAY-2002 01:54 Stop: 25-NOV-2002 22:44<br>TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.<br>BTL OF 24, REFILL ON REQUEST ONLY.<br>Dr. O'HALLORAN, JAMES | PRN | | | | | | | | | | | | | | | | |
| PETROLATUM 454GM OINT (Like )<br>Dose: 1 APP / 454 GM KOP TOP PRN<br>Start: 30-MAY-2002 01:54 Stop: 06-NOV-2002 00:53<br>APPLY TOPICALLY TO AFFECTED AREAS AS NEEDED<br>EXTERNAL USE ONLY / BULK DISPENSE ON REQUEST ONLY<br>Dr. O'HALLORAN, JAMES | PRN | | | | | | | | | | | | | | | | |

Name: MCKINNON, JAMES L     IM#: I00100770

# CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD

Exhibit "(4)" James McKinnon

Printed At: 22-DEC-2003 03:39 pm
Name: MCKINNON, JAMES L          Sex: Male           Page: 3 end of patient
I00100770                        DOB: 09-NOV-1961    Room/Bed: 114B
Reason for Visit: No Reason Entered   Age: 42 Years   Weight: 0.000   Admit Date: 07-JUN-2001
Allergies: nkda                  Dr.
PERIOD: 01-JAN-2004 TO 31-JAN-2004

| Medication | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECONAZOLE 2% 15GM (Like NIZORAL CRM) APP / 15 GM KOP TOP BID 05-JUL-2003 08:00 Stop: 17-FEB-2004 07:59 APPLY TO AFFECTED AREAS TWICE DAILY EXTERNAL USE ONLY / REFILL ON REQUEST ONLY 7220 -O'HALLORAN, JAMES | 8a 8p | | | | | | | | | | | | | | | |
| PETROLATUM 454GM OINT (Like ) 1 APP / 454 GM KOP TOP PRN 04-JUL-2003 22:46 Stop: 29-DEC-2003 21:43 APPLY UP TO TWICE A DAY EXTERNAL USE ONLY / REFILL ON REQUEST ONLY 7220 -O'HALLORAN, JAMES | PRN | | | | | | | | | | | | | | | |

Milk with pm meds

5/31/04
Acyclovir 400mg po BID x 7 days Dr. O'
Start 1/2/04 Stop 1/8/04

Name: MCKINNON, JAMES L        IM#: I00100770

14 of 75

James McKinnon

Exhibit "4" James McK[innon]

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| | |
|---|---|
| INMATE NUMBER | DATE OF BIRTH |
| 160770 | 11/7/61 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| McKinnon, James | |
| SEX: (M) F | RACE/ETHNIC: (B) W H O | FACILITY: Cheshire |

| DATE/TIME | |
|---|---|
| 8/2/03 7pm | Inmate |
| S: | Very focused on issues of soap, vaseline etc. Claims that after a shower "its like a million ants biting on me." [It is not worth it to the state to have me spend an hour of my time discussing soap with this inmate.] [You could buy a lot of soap with that amount of $.] Also c/o tinea cruris & tinea pedis. He even stopped taking his HAART as a protest over his ~~xxxx~~/soap. |
| O | HEENT: ⊕ thrush |
| | LCTA |
| | RRR |
| | Abd SNT NBS |
| | Ext: varicose veins |
| | Lab HIV VL 600 CD4 548 |
| | AST 40 ALT 46 |
| A | HIV |
| | Hep C |
| | Tinea cruris & pedis |
| | Anxiety / OCD focuses on smaller problems & turns them into major problems. |
| P | Continue HAART |
| | Lifetime supply of soap, vaseline etc |

[signature] O'Halloran

15 of 75

HR502 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**
# MENTAL HEALTH CONFERENCE
## (BI-WEEKLY)

Exhibit #5

INMATE NUMBER: 100790
DATE OF BIRTH: 11·9·61
INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James
SEX: M
RACE/ETHNIC: B
FACILITY: CCCC

DATE: 5·3·03

ATTENDANCE: Diane Arnold, psurr /RN LW

MEDICAL UPDATE: — inmate complains about skin condition, wants soap + lotion (not rcnl nec.) per mos M.D. Inmate writes nts everyday Requests to be seen, becomes upset when not seen per his request. No med. issue noted, compliant c̄ med regimen. —

MENTAL HEALTH UPDATE: Medication restarted — during psychiatric clinic inmate presented as demanding & irritable — monitor

RECOMMENDATIONS/CONCLUSIONS: _____

16 of 75



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

.19

Exhibit 60  Jam McK

Jam McK

July 21, 2003

Cheshire CI
James McKinnon #100770
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

I received your correspondence regarding discontinuation of your basis soap and petroleum. I contacted CHN Roland to investigate the matter. He reported that Dr. O'Halloran ordered the soap and petroleum on July 2, 2003. The original order was discontinued on February 8, 2003. I assume this will address the dry skin problem you described.

I still plan to contact you when I tour Cheshire CI.

Sincerely,

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Inmate Health Record, Cheshire CI
file

*An Equal Opportunity Employer*

U.S. Court File office of Deputy clerk Mary E. Larsen

17 of 75

20. Defendant Pamela Shea is a citizen of United States whose address is Cheshire Correctional 900, Highland Avenue Cheshire Connecticut, 06410

Defendant Pamela Shea is employed as a Health Services administrator in cheshire medical.

At The Time The claim's alleged in This complaint arose was This defendant acting under color of State law? yes plaintiff briefly explain.

21. Plaintiff received on May 6, 2003 by mail from unit officer doctor mr, James O'Halloran Clinical records out my file with medical grievance disposition with Doe v. meachum information,

This was release from webster medical by fax on medical diagnosis a unauthorized release and my right To privacy was invason.

My Correspondence To Pamela Shea at webster regarding Clinical records out my file by fax is proof of a unauthorized release of Confidential information;

Inmate request from To Defendant Pamela Shea memo came with date of June 4, 2003 a report That said all mail sent from medical is sent in a Envelope and She suggest I contact unit manager.

Plaintiff
By James Lee McKinnon
James Lee McKinnon

18 of 75

# Claims For Relief

22. When my Confidential Clinical records came without a Envelop I said no no my god no again my medical is out, The unit officer said he'll log it in his unit book becaus it came from the unit manager like that and he know it's a violation, I then said to myself he know's my medical.

I have not recover from that because iff I move back to cheshire that could destroy me it's difficult with this testimony, I have psychological damage including personal humiliation and mental anguish

There is a special problem a injury that don't go it's a life time of emotional distress regardless of what the outcome of a proper hearing..

## Memorandum of Law in Support of Summary Judgment 56(E)

23. Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information.
  please see; A.L.A.V. West Valley City 26 F.3d 989 990 (10Th Cir 1994) nolley V. County of Erie, 776 F. Supp 715, 729 W.D.N.Y. 1991)(Woods V. White 689 F. Supp. 874, 875-76 W.D.Wis. 1988) aff'd 899 F.2d 17 7Th Cir 1990) Doe V. Coughlin 697 F. Supp 1234, 1237-38 N.D.N.Y. 1988) Doe V. Meachum 126 F.R.D. 437, 439 D.Conn.1988) Nolley v. County of Erie 776 F.Supp. at 733-34 citing N.Y. Pub. Health Law § 2780 et seq McKinney 1991 supp).

19 of 75

By James McKinne
James McKinn

A. Parties Continue

Proof with Exhaustion

Defendant Pamela Shea

24.

Exhibit '1' '2' '3' is unauthorized release fax of Plaintiff Doe v. meachum clinical records that came without a envelope from webster Correctional Health Services administrator.

Exhibit '4' is inmate correspondence to defendant regarding release of unauthorized medical records.

Exhibit '5' I received this from defendant that said she is unaware of when the mail was opend and that unit manager is the one to contact, this is a unauthorized release of medical.

Exhibit '6' I ask the postmaster because of the same problems with mail.

Exhibit '7' is from my mental health doctor because I went to the department of Correction Commissioner murphy.

Exhibit '8' Plaintiff has department of Correction inmate grievance procedure that shall be an exhaustion of administrative remedy's in complaint.

Plaintiff
By x James McK
James McKinnon prose

20 of 75