Exhibit-1

Exhibit-2

Exhibit-3

Exhibit-4

65 of 75

Exhibit "I" James McKinnon

JUL 21 2003



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

RECEIVED

CN 9601/1
Rev. 10/07/02

| Inmate Name James McKinnon | | Inmate no. 100770 |
| --- | --- | --- |
| Facility Cheshire | Housing unit North 350 | Date 7-20-03 |

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) ← James E. Dzurenda also medical

This is a Emergency complaint concerning my psychiatry order of medication that some how expired the evening of 7-17-03, also it was not provided on five deliverys 7-17-03 nurse Jim came, nurse nita Donavan moring of 7-18-03, the same afternoon I was frighten of my disorder of getting depressed that afternoon, I then ask officer Silva to phone medical for a supervisor it was expressed by nurse Donavan, miss, Pamela Shea was not working this day, also I address medical with a written request 30, days befor I was depressed for a appointment! Not a thin

3. Action requested. Describe what action you want taken to remedy the grievance.

This is a medical Grievance

RECEIVED SEP 2 2003 FIELD OPERATION DIRECTOR

Inmate signature  James McKinnon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. M125-237-03 | T no. | |
| --- | --- | --- |
| Date received 7/21/03 | Disposition denied | Date of disposition 7/21/03 |

Grievance issue

Reasons
1. This is not an emergency issue
2. One issue at a time is to be addressed on each complaint.
3. On 7/11 and 7/13 you refused your psyc medication
4. Your 7/19 and 7/17 meds have been delivered this morning 7/21

Level 1 reviewer Pamela Shea HSA

C.C.

66 of 75

Exhibit 1 James McKinnon

JUL 31 2003

# Inmate Grievance Form B, Levels 2 and 3 RECEIVED
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | James McKinnon | Inmate no. | 100770 |
|---|---|---|---|
| Facility | Cheshire | Housing unit north 350 | Date 7-30-03 |

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

IGP no. M125-237-03          T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because on five deliverys not to have my medication is a Emergency. Including the lack of a mental health screening when I ask! Is not professional standards in Treatment. This failure is concluded in my unit log Book by my officer Mr. Silva. This denial of mental health care is (deliberate indifferences)

Inmate signature: James Lee McKinnon          Date 7-30-03

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received 9/12/03 | Disposition Denied | Date of disposition 9/22/03 |

Reasons: This does'nt meet the standards for a the (H.U.) Emergency grievance

RECEIVED SEP 2 2003 FIELD OPERATION DIRECTOR

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature          Date

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |

Reasons

Level-3 reviewer

C.C.          67 of 75

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

Exhibit '3'
Jam McK

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 100790 | | 11/9/61 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| McKinnon, James | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | (B) W H O | CCIC |

Exhibit '3'
Jam McK — James McKinnon

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY**  NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 7/2/03 | 7PM | Fluconazole 100mg po q week x 6 month<br>Vaseline jar prn x 6 month<br>Basis soap x 6 month<br>Nizoral cream bid x ~~6 month~~ 6 weeks<br>Podiatry consult varicose veins refer to MD<br>~~Tylenol 325mg 2 po q 6 hours~~<br>~~x 6 months~~<br>R 3 wks<br>Tylenol 325mg 2 po q day<br>prn oral Fluconazole x 6 months<br>Hep C genotype + LFT → next<br>+ alpha fetal protein / blood draw<br>Jan O'Halloran, M.D. | |
| 7/23/03 | 430am | Please give inmate<br>information/printouts on<br>meds: Seroquel + Geodon → obtain<br>from pharmacy —<br>Noted C/O order 7/24/03 @ 8:05 AM | |

Exhibit
3 "

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

68 of 75

# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
24 WOLCOTT HILL ROAD
WETHERSFIELD, CONNECTICUT 06109

July 31, 2003

Cheshire CI
James McKinnon #100770
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. McKinnon:

I received your correspondence regarding your mental health medication order expiring. I contacted Cheshire medical and Nurse Donovan checked your chart. She reports that you are now receiving the medication and the order is good until 8/14/03. It appears from the letter that you believe the medication has been helpful to you. Be well.

Sincerely

Daniel Bannish, Psy.D.
Correctional Health Services Program Director

rm
cc:
Inmate Health Record, Cheshire CI
file

*An Equal Opportunity Employer*

Printed At: 22-MAY-2003 05:06 pm

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Name: MCKINNON, JAMES L  
I#: I00100770  
Sex: Male  
DOB: 09-NOV-1961  
Age: 41 Years  
Weight: 0.000  
Dr.  

Page: 2 Continued  
Room/Bed: 125I  
Admit Date: 07-JUN-2001  

USE PERIOD: 01-JUN-2003 TO 30-JUN-2003  
Reason for Visit: No Reason Entered  
Allergies: nkda.

| Medication | Time | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAMIVUDINE 150MG (Like EPIVIR) Dose: 150 MG / 1 TAB, DOT PO BID, Start: 03-MAR-2003 20:00, Stop: 12-SEP-2003 00:00, TAKE 1 TABLET BY MOUTH EVERY 12 HOURS @ 5AM AND 5PM, DO NOT SELF ADMINISTER, Dr. O'HALLORAN, JAMES | 1700 | | | | | | | | | | | | | | | | XX |
| STAVUDINE-D4T 40MG (Like ZERIT 40MG) Dose: 40 MG / 1 CAP, DOT PO BID, Start: 03-MAR-2003 20:00, Stop: 12-SEP-2003 00:00, TAKE 1 CAPSULE EVERY 12 HOURS @ 5AM AND 5PM, DO NOT SELF ADMINISTER, Dr. O'HALLORAN, JAMES | 1700 800 | | | | | | | | | | | | | | | | XX |
| BUPROPION 100MG TAB (Like WELLBUTRIN GRX) Dose: 100 MG / 1 TAB, DOT PO BID, Start: 23-APR-2003 20:00, Stop: 19-JUN-2003 19:59, TAKE 1 TABLET 2 TIMES DAILY, DO NOT SELF ADMINISTER, Dr. KOHANSKI, RENEE 6/2/03 - 7/10/03 | 800 2000 | | | | | | | | | | | | | | | | XX |
| CLONIDINE 0.2MG TAB (Like CATAPRES GRX) Dose: 0.2 MG / 1 TAB, DOT PO BID, Start: 23-APR-2003 20:00, Stop: 19-JUN-2003 19:59, TAKE 1 TABLET 2 TIMES DAILY, DO NOT SELF ADMINISTER, Dr. KOHANSKI, RENEE 6/2/03 - 7/10/03 | 800 2000 | | | | | | | | | | | | | | | | XX |
| TOPIRAMATE 25MG TAB (Like TOPAMAX) Dose: 50 MG / 2 TAB, DOT PO BID, Start: 23-APR-2003 20:00, Stop: 19-JUN-2003 19:59, TAKE 2 TABLETS (50MG) TWICE DAILY, DO NOT SELF ADMINISTER, Dr. KOHANSKI, RENEE 6/2/03 - 7/10/03 | 800 2000 | | | | | | | | | | | | | | | | XX |

Exhibit (annotations) — "Exhibit" marked next to each medication

I#: I00100770  
Name: MCKINNON, JAMES L  

Exhibit "29" James McKinnon  
70 of 75

1. Defendant Jim Taylor is a Citizen of United States whose address is cheshire Correctional 900' Highland Avenue Cheshire Connecticut, 06410

And who is employed as a nurse in medical.

At The Time The claim's alleged in This complaint arose was This defendant acting under color of State Law(?), yes Plaintiff explains.

Defendant Jim Taylor came without my medication prescribed psychiatry July 17, 2003 July 18, 2003 July 19, 2003, The defendant said are you mental dangerous to yourself, I said no, Then nurse Jim Taylor said I have To be dangerous related for an evaluation, and I went without Treatment.

2. <u>Claim's for Relief</u>

I have a mental health need That failure To have my Treatment I can't focus and deal with people on a good judgment, I become a Trully serious prisoner. my limitations are difficult. my medications are important To me as a person, I drop-off without Them.

Plaintiff
By x James McK
James McKinnon

/s/ James McKinnon

71 of 75

A. Parties Continue

Proof of Exhaustion

Defendant Jim Taylor

---

Exhibit '1' Plaintiff has inmate request to health services administrator Pamela Shea.

---

Exhibit '2' Plaintiff has the department of correction inmate grievance procedure that shall be an exhaustion of administrative remedy's Level (A) Level (B) appeal.

Plaintiff
By x *James McK* (signature)

James McKinnon

*James McK* (signature)

McKinnon James ... Attn To Request form north 35 100 770

Exhibit "1" 7-20-03

Jam McK

of 7-18-03, The same afternoon I was frighten of getting depressed That afternoon,

I Then ask officer mr, Silva To call medical for a supervisor iT was express Pamela Shea was not working This day.

also I'd like To address you with This communication,

30'day's ago I was depressed when I received my personal medical records That was disclose by mail from my unit officer negron.

I have received no attention That's nursing negligent.

I'd like To have This request with a submitted Response

medications:
- wellbutrin - 100mg
- Clonidine - 0.2 mg

I. Thank you

2 of 7 [?]

RECEIVED SEP 2 2003 FIELD OPERATION DIRECTOR

Exhibit (2) James McKinnon

James McKin

JUL 21 2003

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

RECEIVED

CN 9601/1
Rev. 10/07/02

Inmate Name: James McKinnon
Inmate no.: 100770
Facility: Cheshire
Housing unit: North 350
Date: 7-20-03

☐ Line grievance ☐ Line emergency ☐ Health grievance ☒ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) James E. Dzurenda also medi This is a Emergency complaint concerning my psychiatry order of medication that some how expired the evening of 7-17-03, also it was not provided on five deliverys 7-17-03 nurse Jim came, nurse Nita Donavan morning of 7-18-03. The same afternoon noon I was frighten of my disorder of getting depressed that afternoon, I then ask officer Silva to phone medical for a supervisor it was expressed by nurse Donavan, miss. Pamela Shea was not working this day, also I address medical with a written request 30, days befor I was depressed for a appointment! Not a Thi

3. Action requested. Describe what action you want taken to remedy the grievance.
This is a medical Grievance

SEP 2
FIELD OPERATION DIRECTOR

Inmate signature: James McKin

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no.: M125-237-03
T no.:
Date received: 7/21/03
Disposition: denied
Date of disposition: 7/21/03
Grievance issue:

Reasons:
① This is not an emergency issue
② One issue at a time is to be addressed on each complaint.
③ On 7/11 and 7/13, 7/15 and 7/17 you refused your psyc medication
④ Your meds have been delivered this morning 7/21

Level 1 reviewer: Pamela Shea HSA

Exhibit "1" *James McKinnon*



# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon
**Inmate no.:** 100770
**Facility:** Cheshire
**Housing unit:** north 3' 350
**Date:** 7-20-03

**Request:** Miss. Pamela Shea Health Services Administrator, This is a Emergency Complaint Concerning a psychiatry order of medication that some how expired the evening of, 7-17-03 also it was not provided on five delivery's nurse Donavan che came lacking it the morning

(continue on back if necessary)

**Previous Action Taken**

RECEIVED SEP 2 2003 FIELD OPERATION DIRECTOR

(continue on back if necessary)

**Submitted to** | **Date**
**Acted on by**
**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**
**Staff Member Signature**

C.C.   75 of 75

Exhibit (2)

When I ask for psychiatric treatment the eveing of 7-17-03, I was ask by nurse Jim Taylor are you suicidal, I said no! he Then said you have to be. I was without professional help. On 7-18-03 in the morning I was without my medication, because it expired also and in office phone, medical for a supervisor it was no one for me also it was no psychiatric people on! It's log in the unit book.

J. McKinney

M125-237 03 From R.g. Level 2 and 3

7-30-03

76 of 76