03CV944mot

60

United States District Court

District of Connecticut

FILED
2005 JUN -8 P 5:05
U.S. DISTRICT COURT

James McKinnon
Plaintiff

v.

Yvonne Colette, ETAL
Defendants, Individual Capacity

Civil no. 3:03CV944
(RNC) (DPM)

June 2, 2005

## Plaintiff Motion For Settlement Conference

The Plaintiff James McKinnon, respectfully moves this court to schedule a settlement conference in this matter.

The Plaintiff feels that settlement in this matter may well be enhanced by a formal settlement Conference befor this court, befor Triar in this matter.

The Plaintiff seeks

---

August 29, 2005.    McKinnon v. Yvonne, et al.
                    3:03CV00944 (RNC)

Re: Plaintiff's Motion for Settlement Conference (Doc. # 60)

Granted. The case is hereby referred to Magistrate Judge Donna F. Martinez to conduct a settlement conference. So ordered.

Robert N. Chatigny, U.S.D.J.

03CV944end60

James McKinnon prose