United States District Court

District of Connecticut

**FILED**
2005 SEP -2 P 4: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
 Plaintiff

V.

Yvonne Colette, ETAL
Defendant's

Civil No. 3:03CV944
(RNC)(DFM)

August 24, 2005

Individual Capacity

Plaintiff motion in Support for Summary Judgment Rule 56, D, F.R.C.P.

1. Plaintiff James McKinnon prose moves this court Respectfully to contend under Rule 56, D, F.R.C.P, The court at hearing of the motion by examining the pleadings and the evidence before it and by interrogating counsel, shall if practicble ascertain what material facts exist without substantial controversy and what material facts are actually and good faith controverted, It shall thereupon make an order specifying the facts that appear without substantial controversy including the extent to which the amout of damages or other relief is not in controversy and directing such further proceedings in the action are juest.

By /s/ James McKinnon
James McKinnon prose

Supported by Memorandum of Law

Disclosure of medical information about a prisoner may also violate state Law and the medical profession recognizes an ethical obligation to preserve patients confidentiality, and many states have statutes protecting the privacy of medical records.

Please see, Wolley V. County of Erie 776, F. Supp. at 733-34 citing N.Y. Pub Health Law at § 278 et seq (McKinney 1991 Supp)

Plaintiff
By× /s/ James McK——
James McKinnon

## Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this 24,th Day of August, 2005

Defendants    Individual Capacity

Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Hannah
Pauline Husband
Nita Donavan
Jim Taylor

---

Kathleen A. Keating
Assistant Attorney general
110, Sherman Street
Hartford CT, 06105

Plaintiff
By x /s/ James McK
James Mckinnon prose
Corrigan Corretional
986, Norwich New London
Uncasville CT, 06382