# United States District Court

# District of Connecticut

**FILED**

2005 SEP -2 P 4: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
   Plaintiff

V.

Yvonne Colette, ETAL
Defendants

• Civil no. 3:03c

• (RNC) (DFM)

• August 24, 2005

• Individual Capacity

## Plaintiff's Local Rule 56,a,1, Statement

Motion for Summary Judgment which sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be Tried.

1. I am the plaintiff in this case. The complaint alleges that I was denied necessary medical care Also, Defendants improperly breached privacy and confidentiality right concerning the plaintiff medical information.

Plaintiff move the court with respect to contend There is no genuine issue to be Tried as to any material fact and that the moving party is entitled to a judgment as matter of Law.

By James McKinnon
James McKinnon pra·

2. I, James mcKinnon, being Pro,se and say That I am a inmate of The depatment of Correc-Tions, and have been since 2001.

3. AT The Time's of This incidents, I was a inmate aT The cheshire CorrecTional InsTiTuTion,

4. on Februay 25, 2003, I was a inmate aT The cheshire CorrecTional InsTiTuTion as a prison.

5. As a resulT of The February 25, 2003 incidenT AT approximately 2:35, Pm I James mcKinnon Transferred From Garner CorrecTional.

6. AT Cheshire CorrecTional The nurse Yvonne ColeTTe said To PlainTiff in medical uniT you'r in a big boy Jail and The basis Soap and peT-rolaTum will be STop because cheshire don'T provide iT.

7. PlainTiff's had a docTor's oppoinTmenT wiTh infecTious disease specialisT James O'Halloran in Garner CorrecTional on January 8, 2003,

8. AT ThaT Time medicaTion's was reorder For,6; monTh's, The defendanT Yvonne ColeTTe sTop my basis Soap in Cheshire CorrecTional on February 25, 2003.

By× James mcKinn—
James mcKinnon

9. DefendanT Yvonne ColeTTe acT wiTh delib-
erate indifference Toward plainTiff serious
Doe v. meachum medical need's by intenTionally
denying prescribed medicaTions.

PlainTiff
Byx James mck
James mcKinnon prose

---

* 10. DefendanT Pamela Shea on may 6, 2003 a
release from websTer CorrecTional InsTiTuTion
plainTiff medical by fax a unauThorized privacy
release of Clinical medical records ouT my file.

11. Because of The plainTiff consTiTuTional righT To
privacy in medical diagnoses To non-medical staff
plainTiff aT TempT To resole This issues Through an
inmate requesT ThaT came from Pamela Shea iT
was discssing uniT manager Hannah as The one
open The confidenTial Envelope wiTh STicker.

12. InformaTion idenTifying PlainTiff infecTious
disease, ExhibiT's SupporT amended ComplainT.

PlainTiff
Byx James mcK
James mcKinnon prose

* 13. Defendant Ceryl Schwink is in violation of Plaintiff privacy right by a release of medical diagnosis, information a unauthorized privacy invasion.

14. Plaintiff received on may 6, 2003 by mail from a witness officer negron my Doctor James O'Halloran my infectious disease specialist Clinical records That came out my medical file.

15. This is a breach of information because it's without Envelope and Confidential Sticker, and Level 'A-B' grievances with disposition from Yvonne Colette violation.

Plaintiff
By× James mck
James mckinnon prose

* 16. Defendant Hannah is in violation of medical privacy, because Hannah monitors inmates mail That are on high Security status.

17. Plaintiff is not on The above status, concerning The day of violation may 6, 2003 plaintiff received Clinical records out his file with a grievance from witness officer negron without Envelope and confidential sticker.

Plaintiff
By× James mck
James mckinnon prose

18. officer negron said iT Came From The uniT manager like ThaT, plaintiff received a response From The writTen inmate requesT To defendanT Pamela Shea The healTh Services administraTor ThaT Said on memo dated June 4, 2003. reporT isThaT all mail is senT From medical in a Envelope and She SuggesT iT Came From uniT Manager like ThaT, Also ExhibiT's are SupporT.

PlainTiff
Byx James McK
James mcKinnon prose

* 19. DefendanT Puline Husband delay plaintiff Scheduled doctors oppointmenT ThaT was gave aT sick call From a doctor may 9, 2003. ThaT requested plaintiff visiT infectious disease spical doctor James O'Halloran.

20. Because of This defendanT iT was over 90, Day's befor plainTiff opprTuniTie was available,

21. PlainTiff was Suffering From medicaTion ThaT expired and This defendanT failure To reorder The aspirin for headaches ThaT's To stop side offecT From medicaTion name fluconazole ThaT also expired, ExhibiT's are SupporT.

PlainTiff
Byx James McK
James mcKinnon prose

\* 22. Defendant Nita Donavan came without plaintiff prescribed psychiatiry mental health medication. July 18, 2003, Exhibit's Support.

Plaintiff
By x James McKi———
James McKinnon

---

\* 23. Defendant Jim Taylor came without prescribed psychiatiry medication on July 17, 2003 July 18, 03 also July 19, 2003, a mental health need.

24. The defendant said are you mentally danger-ous to your self,. Plaintiff said no. Then nurse Jim Taylor said I have to be dangerous related for an evaluation.

Plaintiff
By x James McKi———
James McKinnon

25. Plaintiff understand that the court will never weigh the evidence, weigh the evidence or find the facts, however the court's role under Rule 56, (a,b,c,d), F.R.C.P. narrowly limited to assessing the threshold issue of whether a genuine issue exist as to material facts.

28. Plaintiff respecably contens that the facts are so over wheming in support.

Please See, Memorandum of Law support

Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information.

A.L.A. V. West Valley City 26 F.3d 989, 990 (10th Cir (1994) Nolley v. County of Erie, 776 F. Supp. 715, 729 (W.D.N.Y. 1991 Woods v. White 689 f. Supp. 874, 875, 76 W.D. Wis (1988) assfd-899 F.2d 17 (7th Cir 1990) Doe v. Coughlin 697 F. Supp. 1234, 1237-38 N.D.N.Y. (1988) Doe v. Meachum 126 F.R.D. 437, 439 D. Conn. (1988)

Plaintiff
By x James McKi—
James McKinin

Exhibit J



Inmate Grievance Form A

**Connecticut Department of Correction**

Inmate Name **James Lee McKinnon**    Inmate no. **100 770**

Facility **Cheshire**    Housing unit **North 4-43**    Date **3-26-03**

☐ Line grievance    ☐ Line emergency    ☐ Health grievance    ☒ Health grievance

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached

I have addressed This onetime with The Commissioner, will I have To again? about This. or U.S. DisTricT CourT.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) When I came To Cheshire a nurse Yvonne said To me in medical at a appinTmenT That I'm in a Big Boy Jail and my basis Soap also peTroLaTum 454Gm oinT will sTop because we don'T provide This from cheshire. One nurse faxed my order. and had iT on The card lisT schedule on The medication carT This nurse acT with deliberaTe Indiffer-→

3. Action requested. Describe what action you want taken to remedy the grievance I'd like To have my medication ThaT I'm in need of.

Inmate signature **James Lee McKinnon**

You may appeal this decision within 5 days. Use Inmate Grievance Form B

FOR OFFICIAL USE ONLY - LEVEL 1 REVIEW

Item no. **M12S-126-03**

Date received **4/7/03**    Disposition **Denied**    Date of disposition **4/7/03**

Grievance issue **Health Emergency.**

Reasons This is not a health emergency. You however will be evaluated by the MD on 3/17/03. There is no medical indication at this Time for cetin / vaseline.

Level 1 reviewer **Manuel Cooper CHHN**



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name  James McKinnon | Inmate no. 100770 |

| Facility  Cheshire | Housing unit  north 4-43 | Date  3-26-03 |

**Request**  ence by disregarding my medical cond-
ition. also she went over my card with a
pink marker saying discontinue.

Doe v. Meachum agreement is it That Time.
for my complaint.

(continue on back if necessary)



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2
Rev. 10/07/02

Exhibit Jam McK

| Inmate Name James Lee McKinnon | Inmate no. 100 770 |
|---|---|

| Facility Cheshire | Housing unit | Date 4-15-03 |
|---|---|---|

☐ Line grievance  ☐ Line emergency  ☐ Health grievance  ☒ Health emergency

| IGP no. M125-126-03 | T no. |
|---|---|

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level 1 decision because: I have the same Doe v. Meachum Doctor my James O'Halloran and he said my prescribed treatment for Basis soap also Petroleum was not to stop. The nurse yvonne ignored my doctor's instructions by Failing to order it.

| Inmate signature James Lee McKinnon | Date 4-15-03 |
|---|---|

## FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received 4/29/03 | Disposition Denied | Date of disposition 4/29/03 |
|---|---|---|

Reasons In reviewing your file, I could not find a valid MD order. You need to discuss it with him at your next appointment

Level 2 reviewer Pamela Shea HSA

☐ This grievance may be appealed within 5 days to Level 3

☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

Appeal. I am appealing the Level 2 decision because:

| Inmate signature | Date |
|---|---|

### Deposit your appeal in the box for inmate grievances

## FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level 3 reviewer

Exhibit

HR502 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# MENTAL HEALTH CONFERENCE
(BI-WEEKLY)

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 100790 | 11·9·61 |

INMATE NAME (LAST, FIRST, INITIAL)
McKinnon, James

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M (F) | (B) W H O | C I t c |

DATE: _5·3·03_

ATTENDANCE: _Diane Arnold, Psw; 1Ql____ Cw_

MEDICAL UPDATE: — inmate complains about skin condition.
wants soap + lotion (not ord rec) per mrs M.D.
Inmate writes notes everyday. Requests to be seen, becomes
upset when not seen per his request. No med.
issues noted, compliant ō med Regime. —

MENTAL HEALTH UPDATE: Medication restarted - during
psychiatric clinic inmate presented as
demanding & irritable - monitor

RECOMMENDATIONS/CONCLUSIONS: _____

Exhibit 1

*James McKinnon*
*James McKinnon*
*James McKinnon*

MCKINNON, JAMES L          CHESHIRE CC-125J
I00100770
PETROLATUM 454GM OINT
Fill: 01/30/03 Stop: 07/21/03

004232966

MCKINNON, JAMES L          CHESHIRE CC-125J
I00100770
BASIS SOAP
Fill: 02/27/03 Stop: 05/19/03

004232964

Exhibit Jam Mck

Case 3:03-cv-00944-RNC   Document 64-2   Filed 09/02/2005   Page 13 of 28

# CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD

Name: MCKINNON, JAMES L

ID#: I00100770

Reason for Visit: No Reason Entered

Allergies: nkda

Sex: Male

DOB: 09-NOV-1961

Dr.

Age: 40 Years

Weight: 0.000

Page: 2   end of patient.

Room/Bed: 136G

Admit Date: 07-JUN-2001

USE PERIOD: 01-NOV-2002   TO   30-NOV-2002

CLONIDINE 0.2MG TAB                     (Like CATAPRES GRX)
Dose: 0.2MG (BULK#30)                  DOT PO Q6P
TAKE 1 TABLET EVERY 6 HOURS AS NEEDED
BULK DISP #30/ DO NOT SELF ADMINISTER
Thankappan, Kunjathan

ACETAMINOPHEN 325MG BOT #24            (Like TYLENOL 325MG GRX)
Dose: 650 MG                           KOP PO Q6P
Start: 30-MAY-2002 01:54  Stop: 25-NOV-2002 22:44
TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.
2D OF 24, REFILL ON REQUEST ONLY.
O'HALLORAN, JAMES

NITROLATUM 454GM OINT                   (Like )
Dose: 1 APP / 454 GM                   KOP TOP PRN
Start: 30-MAY-2002 01:54  Stop: 06-NOV-2002 00:53
APPLY TOPICALLY TO AFFECTED AREAS AS NEEDED
"WAL USE ONLY / SELF DISPENSE ON REQUEST ONLY
O'HALLORAN, JAMES

| | | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRN | | | | | | | | | | | | | | | | |
| | PRN | | | | | | | | | | | | | | | | |
| | PRN | | | | | | | | | | | | | | | | |

Name: MCKINNON, JAMES L

IN# I00100770

Exhibit I

# CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD

ted At: 25-NOV-2002 12:22 pm

Name: MCKINNON, JAMES L
#: I00100770

Reason for Visit: No Reason Entered
Allergies: nkda.

USE PERIOD: 01-DEC-2002 TO 31-DEC-2002

Sex: Male

DOB: 09-NOV-1961    Age: 41 Years    Weight: 0.000

Dr.

Page: 2  Continued
Room/Bed: 136I
Admit Date: 07-JUN-2001

MULTIVITAMIN TAB
Dose: 1 TAB
Urt: 08-NOV-2002 08:00 Stop: 06-MAY-2003 08:59
...ed 1 TABLET BY MOUTH DAILY
Dr. O'HALLORAN, JAMES
(Like ONE A DAY GRN)

BASIS SOAP
Dose: 1 BAR
Start: 21-NOV-2002 08:00   KOP TOP QD
USE AS DIRECTED / EXTERNAL USE ONLY
REFILL ON REQUEST ONLY / MAX ISSUE 1/MONTH
Dr. O'HALLORAN, JAMES
(Like BASIS SOAP)

ACETAMINOPHEN 325MG TAB #24   (Like TYLENOL 325MG GRN)
Dose: 650 MG                  KOP PO QD
Start: 30-MAY-2002 01:54  Stop: 25-NOV-2002 22:44
TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED.
Dr. O'HALLORAN, JAMES

CLONIDINE 0.2MG TAB           (Like CATAPRES GRN)
Dose: 0.2MG (BULK#30)         DOT PO Q6P
Start: 01-NOV-2002 06:00  Stop: 01-NOV-2002 05:59
TAKE 1 TABLET EVERY 6 HOURS AS NEEDED
BULK DISP #30/ DO NOT SELF ADMINISTER
Dr. Thankappan, Kunjukhan

SINEMET GEN STATUS

CRUSH ALL PSYCH MEDS

Exhibit Support of Plaintiff
motion for Summary Judgment

Pamela Shea


Exhibit's

Exhibit 4

James McKinin 7 C.C.

MAY 23 2003

RECEIVED

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name **James Lee McKinnon**   Inmate no. **100 770**

Facility **Cheshire**   Housing unit **north 28**   Date **5-9-03**

☐ Line grievance   ☐ Line emergency   ☐ Health grievance   ☒ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

Sent from HSA miss, Pamela Shea. 05-6-03 Time 2:15pm a Violation came. I received by mail from my unit officer mr Negron my Doe v. meachum doctor mr James O'Halloran Clinical medical records 4 pages out my file, also a Doe v. meachum information grievance This is a breach of my Confidentiality! Because This was not in a Envelope with red Sticks. officer mr Negron Seen This was Ical papers Then Loged it in The Book because he know's This was a breach of my Doe v. meachum ConfideTiality. It a Shame

3. Action requested. Describe what action you want taken to remedy the grievance.

Inmate signature **James Lee McKinnon**

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. **M125-165-03**   T no.

Date received **5/28/03**   Disposition **Denied**   Date of disposition **6/28/03**

Grievance issue **Concerned about open mail from Medical Dept.**

Reasons **All of our inmate Correspondence are returned to you with confidentiality sticker attached. Your mail was not returned to you in a unsealed envelope.**

Level 1 reviewer

Exhibit J "CC" James McK
James McKinney 7/28/03 CC.

RECEIVED JUN 06 2003

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name **James McKinnon**

Inmate no. **100-770**

Facility **Cheshire**

Housing unit **North 350**     Date **6-5-03**

[ ] Line grievance   [ ] Line emergency   [X] Health grievance   [ ] Health emergency

IGP no. **M 125-165-03**     T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal. I am appealing the Level-1 decision because** IT's log in the unit Book By the officer Mr. Negron on 05-6-03 that my medical grievance also clinical medical papers was not in a envelope that was received by me from him that came from medical mail

Inmate signature **James Lee McKinnon**     Date **6-5-03**

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received **6/10/03**   Disposition **Denied**   Date of disposition **6/10/03**

Reasons **All correspondence leaves the medical unit in envelopes.**

Level-2 reviewer **Pamela Shea HSA**

[ ] This grievance may be appealed within 5 days to Level 3

[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

**Appeal. I am appealing the Level-2 decision because**

Inmate signature _____   Date _____

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received _____   Disposition _____   Date of disposition _____

Reasons

Level-3 reviewer

State of Connecticut Department of Correction Cheshire Institution '900 Highland Avenue Cheshire 06410

Date 5-19-03

Miss, Pamela Shea Director of Cheshire medical also mental Health unit.

I James mcKinnon like To Take This Time and Thank you for my opporTunity you'r providing To review my STATus.

Miss, Shea DirecTor when you senT The grievence with The oppeal and my medical paper's from my File did you send Them by Fax or by mail? I would like To Know This because These were my ConFidenTial medical papers and I am Trying To deTermine aT whaT poinT They were TransporTed withouT an Envelope. J McKinn 100 770

NorTh 3-328

Exhibit  James McK____

# University of Connecticut Health Center
## Correctional Managed Health Care

# Memo

**To:**    Inmate McKinnon #100770

**From:**    Pamela Shea, Health Services Administrator

**CC:**    File

**Date:**    June 4, 2003

**Re:**    Your correspondence

---

I am unaware of when, or where the mail is opened.  If you need clarification on that issue, I would suggest you contact your unit manager or counselor.

Exhibit *James McK...*

Postmaster
Hartford Post Office

 **UNITED STATES POSTAL SERVICE**

June 19, 2003

James McKinnon
#100770
Cheshire Correctional Institution
900 Highland Ave
Cheshire CT 06410

Mr. McKinnon:

Thank you for taking the time to write to me regarding problems you may be having with your mail. Unfortunately delivery of your mail is not under my jurisdiction. I have forwarded your letter to the Postmaster of Cheshire for their review.

Sincerely,

Chu Falling Star
Postmaster, Hartford

141 Weston St.
Hartford, CT  06101-9998
Phone:  (860) 524-6050
Fax:  (860) 524-6219

27

Exhibit Support of Plaintiff
motion For Summary Judgment

Ceryl Schwink

Exhibit's



# Inmate Grievance Form A, Level 1

**Connecticut Department of Correction**

MAY 17 2003    CN 9601 A
Rev. 1/8/02

RECEIVED

| | |
|---|---|
| Inmate Name James Lee McKinnon | Inmate no. 100770 |
| Facility Cheshire | Housing unit north 3 - 328 cell | Date 5-17-03 |

☐ Line grievance   ☐ Line emergency   ☒ Health grievance   ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) On The day of 05-6-03 my medical Confidetiality was breach by miss.ceryl because my unit officer Mr. negorn Came with my mail he received 2:30 pm a Confidential medical grievance also my Clinical Record paper out my file Communication of Doe v. Meachum, this in formation was not in a Envelope, The officer said he know and Log this in his unit Book because my medical papers was exposed to him and grievance with my Last Blood work on it. and I'm in a unit that The Counselor moniTors The mail.

3. Action requested. Describe what action you want taken to remedy the grievance.

I'd like This grievance process!

Inmate signature *James Lee McKinnon*

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## – FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| | | |
|---|---|---|
| IGP no. M125-169-03 | T no. | |
| Date received 3/19/03 | Disposition Denied | Date of disposition 6/09/03 |

Grievance issue *Unclear what Inm McKinnon is grieving..*

Reasons *I met with you on 5/14 & 5/19, and I think we discussed the above issues. Any medical responses returned to inmates are returned in a sealed envelope.*

Level 1 reviewer *Warren Virginia Colley*

C.C. McKinnon

EXHIBIT 2

James McKinnon   JUN 06 2003

RECEIVED

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-96

| Inmate name | James Lee McKinnon | Inmate no. | 100770 |

Facility Cheshire   Housing unit North-350   Date 5-30-03

☐ Line grievance   ☐ Line emergency   ☒ Health grievance   ☐ Health emergency

IGP no. M125-167-03   T no.

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because I brought This Complaint
To medical aTTention Because This ConfideTialiTy Grievance
also my Clinical information Doe v. meachum was not in a
(envelope) and iT's log in the C/o Book mr. negorn 05-6-03, a violaTion.
cc. miss, Ceryl ??

Inmate signature James Lee McKinnon   Date 5-30-03

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received 6/9/03   Disposition Reject   Date of disposition 6/12/03

Reasons This issue has been addressed.

Level-2 reviewer Pamela Shea

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature                                    Date

### Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received   Disposition   Date of disposition

Reasons

Level-3 reviewer

C.C. McKinnon

Exhibit Support of Plaintiff
motion for Summary Judgment

Hannah

Exhibits

Exhibit 



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| Inmate name | JAMES McKINNON | | Inmate no. 100-770 |
|---|---|---|---|
| Facility | CHESHIRE | Housing unit NORTH .350 | Date 8-4-2003 |

☐ Line grievance    ☒ Line emergency    ☐ Health grievance    ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.) PRIVACY RIGHT WAS NOT PROTECTED I HAVE RIGHT OF PRIVACY CONCERNING HEALTH RELATED INFORMATION MY PRIVACY RIGHT WAS IN VIOLATION UNIT MANAGER HANNAH THE DAY OF 5-6-03.I RECEIVED NOT AUTHORIZE A RELEASE OF MY CLININCAL INFORMATION FROM MEDICAL. ALSO A GREVANCE WITH MY MEDICAL PRIVACY,THIS WAS JUST FOLDED UP FROM UNIT OFFICER NEGORN HE SAID IT CAME FROM UNIT MANAGER HANNAH OFFICE LIKE THAT, ALSO CONFIDENTIAL CLINICAL PAPERS OUT MY FILE THAT WAS IN VIOLATION.
C.C.

3. Action requested. Describe what action you want taken to remedy the grievance.

| Inmate signature | James W. McKinnon |
|---|---|

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. 125-04-031 | | T no. | |
|---|---|---|---|
| Date received 8/14/03 | Disposition DENIED | | Date of disposition 8/14/03 |

Grievance issue Confidentiality

Reasons An inquiry was Conducted at the Facility Level, which indicates that your allegations are Unfounded.

Level-1 reviewer

*Exhibit* J

08-29-03 ǀ10:50 RCVD

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | James McKinnon | | Inmate no. 100770 |
|---|---|---|---|
| Facility Cheshire | | Housing unit North #350 | Date 8-18-03 |

☐ Line grievance    ☒ Line emergency    ☐ Health grievance    ☐ Health emergency

| IGP no. 125-04-031 | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because I have investigated this on 5-19-03, I submitted a request to Health Services Administrator Pamea Shea to determine what point my records with grievance, was transported without an Envelope her respone was your-

Inmate signature  *James Lee McKinnon*    Date 8-18-03

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| Reasons  08/29/03 | **Denied** | |

You are appealing a level 1-grievance regarding confidentiality of the grievance procedure. A facility based investigation does not support your allegations of a breech in confidentiality as it applies to Administrative Directive 9.6 Inmate Administrative Remedies. Therefore, you grievance is denied.

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| Reasons | | |

Level-3 reviewer

See Doc Adm. Dir. 9.6 (18)(E)

To See.

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name** James McKinnon

**Inmate no.** 100 770

**Facility** Cheshire

**Housing unit** North3'3so

**Date** 6-26-03

**Request** Hannah you have not provided a response concerning my Legal medical mail was mishandled that's opened and Taken out The Envelope. Pamela Shea HSA suggest I contact you!. This was not authorized

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Submitted to**

**Date**

**Acted on by**

**Action Taken and/or Response** This is the first request that I received regarding your "Health Grievance". I do recall that you received a "Health Grievance via the inmate mail that was not in a envelope. The "Health Grievance was forwarded to you in the way it was received. It was not forwarded to man envelope. Please be advise

*(continue on back if necessary)*

**Response to Inmate Date** 6-27-03

**Staff Member Signature** Unit Manager N.G.

This Grievance is not "Legal mail", however it confidential. The medical department is responsib