Exhibit James McKinnon



# Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon
**Inmate no.:** 100770
**Facility:** Cheshire
**Housing unit:** North 3 '50
**Date:** 7-7-03

**Request:** To James E. Dzurenda Warden Subject my Legal mail privilege that are in violation by my unit manager It was medical mail on 5-6-03, clinical papers confidental I receive from her office Just folded up! it's log in unit book. now mail

**Previous Action Taken**

**Submitted to:** [signature]   **Date:** 7/17/03
**Acted on by:** [signature]

**Action Taken and/or Response:**
Mail is inspected (not read) for contraband unless it is clearly marked "Legal Mail" then it is opened in the presence of the inmate.

**Response to Inmate Date:** 7/17/03
**Staff Member Signature:** [signature]

Exhibits Support of Plaintiff motion for Summary Judgment

Pauline Husband

Exhibits

Exhibit

CN 9601 A
Rev. 1/8/02

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

SEP 15 2003
RECEIVED

Inmate no. 100770

Inmate Name: James L. McKinnon

Housing unit: Administrative Detention  Cell-21   Date 9-11-03

Facility: Cheshire

- [ ] Line grievance
- [ ] Line emergency
- [ ] Health grievance
- [X] Health emergency

Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) Warden James E. Dzurenda also Health Administrator Pamela Shea was aware with a Emergency grievance also dated 9-10-03 subject I have went to segregation because I was without my appointment I receive from the sick call doctor two Time's for a bottom bunk pass from my Doe-Meachum Doctor James-O'Halloran. From this denial of access to medical attention.

3. Action requested. Describe what action you want taken to remedy the grievance. To make a failure to inquire into essential facts that are necessary Professional Judgment Failure to ask necessary questions or take a history 1 new hampshire street spical doctor medical file 9-16-88. concord NH

Inmate signature: James Lee McKinnon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

**FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW**

IGP no. M125-290-03    T no.    Date of disposition 9-15-03

Date received 9-15-03    Disposition denied

Grievance issue

Reasons: Dr. Ruiz denied your request for a bottom bunk pass 8/29/03 "no medical indication"

Level 1 reviewer: S Schwink RN

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

EXHIBIT

INMATE NUMBER: 100770
INMATE NAME (LAST, FIRST, INITIAL): McKinnon, James
SEX: M
RACE/ETHNIC: B
DATE OF BIRTH: 11/9
FACILITY: CCI

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** NKDA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 3/31/03 | 7:30 pm | Discontinue Topomax Wellbutrin Clonidine — per inmate's demand | |
| | | noted [signature] 4/1/03 @ 8³⁰ AM | |
| 4/21/03 | 7:30 pm | Topomax 50 mg po BID  Wellbutrin 100 mg po BID  Clonidine 0.2 mg (0.2mg) po BID  × 35 days | |
| | | noted [signature] 4/21/03 @ 8⁰⁰ AM | |
| 4/27/03 | AM | ID consult on next scheduled visit  noted ADonovan 4/25/03 — 915A | |
| 5/9/03 | | MVI — 1 po QAM × 1 yr.  T/O Dr. O'Halloran | |

Exhibit "Q"

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| | |
|---|---|
| INMATE NUMBER: 100770 | DATE OF BIRTH: 11-9-61 |
| INMATE NAME (LAST, FIRST, INITIAL): McKinnon James | |
| SEX: (M) F | RACE/ETHNIC: (B) W H O | FACILITY: CCIC |

Signature at top: James McKinnon

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** — NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 10/1/03 | 6 PM | ✓ Bottom bunk pass x 1 year<br>Restart Zerit 40 mg po q 5AM and 5 PM x 3 month<br>Viread 300mg 1 po q d c̄ food x 3 month<br>3TC 150 mg 1 po q 5AM and 5 PM x 3 month<br>Compression stocking medium Rt leg placed<br>Dental visit 10/8/03 per Dental<br>LFT q 3 month<br>alpha fetal protein q 6 month<br>Keep meds on person<br>4PM snack x 3 months | top<br>top<br>top<br>top<br>individual |
| 10/2/03 | 8:40 | PT/PTT/CBC (?) | |
| 10/6/03 | 6:00 p | Wellbutrin 100mg po BID<br>Topamax 50 mg po BID<br>Clonidine 0.2mg po BID } x 35 days<br>noted/changed 10/7/03 @ 1:10p | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

Exhibit

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon
**Inmate no.:** 100770
**Facility:** Cheshire
**Housing unit:** north 2-47
**Date:** 10-1-03

**Request:** Doctor James O'Hallorn I'd like to know the reason you can't conduct the same necessary professional medical care for me as in Garner Correctional, with my pleaseds for a bottom bunk pass. You know I have a problem with my limb's.

(continue on back if necessary)

**Previous Action Taken**

CCI CHESHIRE
HEALTH SERVICES
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

Temp Pass

#100770

**Submitted to**
**Acted on by:** - McKinnon 10/1/03
**Action Taken:** Bottom Bunk Pass [signature] PA

(continue on back if necessary)

**Response to Inmate Date**
**Staff Member Signature**

10/1/03 Bottom bunk pass ordered James O'[...], DO

Exhibit Support of Plaintiff motion for Summary Judgment

Nita Donavan

Exhibits

(p 49) Exhibit James McKinnon 17 of
James McKin[non]   JUL 21 2003

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

RECEIVED    CN 9601/1
Rev. 10/07/02

Inmate Name: James McKinnon
Inmate no.: 100770
Facility: Cheshire
Housing unit: north 350
Date: 7-20-03

☐ Line grievance  ☐ Line emergency  ☐ Health grievance  ☒ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.)

This is a emergency complaint concerning my psychiatry order of medication that some how expired the eveing of 7-17-03, also it was not provided on five deliverys 7-17-03 nurse Jim came, nurse nita Donavan moring of 7-18-03. The same after noon I was frighten of my disorder of getting depressed that aft afternoon, I then ask officer Silva to phone medical for a supervisor it was expressed by nurse Donavan, miss, Pamela Shea was not working this day, also I address medical with a written request 30, days befor I was depressed for a appointment! Not a thi[ng]. James E. Dzurenda also ma[de]

3. **Action requested.** Describe what action you want taken to remedy the grievance.
This is a medical Grievance

Inmate signature: James McKin

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

SEP 2
FIELD OPERATION DIRECTOR

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no.: M125-237-03
T no.:
Date received: 7/21/03
Disposition: denied
Date of disposition: 7/21/03
Grievance issue:

Reasons:
① This is not an emergency issue
② One issue at a time is to be addressed on each complaint.
③ On 7/11 and 7/13 7/15 and 7/17 you refused your psyc medication
④ Your meds have been delivered this morning 7/21

Level 1 reviewer: Pamela Shea HSA

C.C.    ⑰

Exhibit J

JUL 31 2003

# Inmate Grievance Form B, Levels 2 and 3 RECEIVED
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name James McKinnon | | Inmate no. 100770 |
|---|---|---|
| Facility Cheshire | Housing unit north 350 | Date 7-30-03 |

[ ] Line grievance  [ ] Line emergency  [ ] Health grievance  [X] Health emergency

| IGP no. M125-237-03 | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because on five deliverys not to have my medication is a Emergency, including the lack of a mental health screening when I ask is not professional Standards in treatment. This failure is concluded in my unit log book by my officer mc Silva. This denial of mental Healthcare is "deliberate Indifference"

| Inmate signature James Lee McKinnon | Date 7-30-03 |
|---|---|

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received 9/12/03 | Disposition Denied | Date of disposition 9/22/03 |
|---|---|---|

Reasons This does'nt meet the Standards for a the (4th) emergency grievance

Level-2 reviewer [signature] FIELD OPERATION DIRECTOR

[ ] This grievance may be appealed within 5 days to Level 3

[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer



Exhibit  James McKinnon
James McKinnon

## Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon

**Inmate no.:** 100770

**Facility:** Cheshire

**Housing unit:** north 3' 350

**Date:** 7-20-03

**Request:** Miss, Pamela Shea Health Services Administrator, This is a Emergency Complaint Concerning a psychiatry order of medication that some how expired the evening of, 7-17-03 also it was not provided on five delivery's nurse Donavan che came lacking it the morning

(continue on back if necessary)

**Previous Action Taken**

RECEIVED
FIELD OPERATION DIRECTOR

(continue on back if necessary)

**Submitted to**

**Acted on by**

**Date**

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**



Exhibit (B)   James McKinnon

# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinnon
**Inmate no.:** 100720
**Facility:** Cheshire
**Housing unit:** north 3 50
**Date:** 7-22-03

**Request:** James E. Dzurenda Warden
I recommend this treatment stop! my mental health score is a #3 not #4 please judge this staff behavior it's prohibited, i am with out a necessary medical evaluation on 7-22-03 because the nurse was with two guards present no ⟶

*(continue on back if necessary)*

**Previous Action Taken:**

*(continue on back if necessary)*

**Submitted to:** J. Dzurenda
**Acted on by:**
**Date:** 7/24/03

**Action Taken and/or Response:**
Your Health Services concern was forwarded to HSA Pam Shea.

Please address future Health Service concerns with her.

*(continue on back if necessary)*

**Response to Inmate Date:**
**Staff Member Signature:** [signature] Warden 7/24/03

McKinnon James
Attach to Request form
north 3'35
Exhibit James McKinnon
100 770
7-20-03

of 7-18-03, The same afternoon I was frighten of getting depressed that afternoon,

I then ask officer mr. Silva to call medical for a supervisor. It was express Pamela Shea was not working this day.

also I'd like to address you with this communication,

30 day's ago I was depressed when I received my personal medical records that was disclose by mail from my unit officer negron.

I have received no attention that's nursing negligent.

I'd like to have this request with a submitted Response

medications
wellbutrin-100mg
clonidine

I. Thank you

RECEIVED
FIELD OPERATION DIRECTOR

EXHIBIT "B" James McK[...]

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** James McKinna
**Inmate no.:** 100770
**Facility:** Cheshire
**Housing unit:** north 3 '350
**Date:** 7-23-03

**Request:** Medical Pamela Shea H-A-2 I recommend this treatment Stop have you notice my mental health score is a #3 not #4, please Judge this staff behavior it's prohibitity i am with out a necessary medical evaluation on 7-22-03 because the nurse

**Previous Action Taken:**

**Submitted to:**
**Date:**
**Acted on by:**

**Action Taken and/or Response:** All correctional staff are bound to confidentiality rules and regulations

**Response to Inmate Date:** 7/27/03
**Staff Member Signature:** Pamela Shea H.S.A.

Exhibit H

**CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD**

Printed At: 22-MAY-2003 05:06 pm

Name: MCKINNON, JAMES L  
ID#: I00100770  
Reason for Visit: No Reason Entered  
Allergies: nkda

Sex: Male  
DOB: 09-NOV-1961  
Dr.

Age: 41 Years  
Weight: 0.000

Page: 2  Continued  
Room/Bed: 125I  
Admit Date: 07-JUN-2001

N328

DOSE PERIOD: 01-JUN-2003 TO 30-JUN-2003

LAMIVUDINE 150MG          (Like EPIVIR)
Dose: 150 MG / 1 TAB    KOP PO BID
Start: 03-MAR-2003 20:00  Stop: 12-SEP-2003 00:00
TAKE 1 TABLET BY MOUTH EVERY 12 HOURS @ 5AM AND 5PM
Dr. O'HALLORAN, JAMES

STAVUDINE-D4T 40MG        (Like ZERIT 40MG)
Dose: 40 MG / 1 CAP    KOP PO BID
Start: 03-MAR-2003 20:00  Stop: 12-SEP-2003 00:00
TAKE 1 CAPSULE EVERY 12 HOURS @ 5AM AND 5PM
Dr. O'HALLORAN, JAMES

BUPROPION 100MG TAB       (Like WELLBUTRIN GRX)
Dose: 100 MG / 1 TAB    DOT PO BID
Start: 23-APR-2003 20:00  Stop: ~~19-JUN-2003 19:59~~  Exhibit →
TAKE 1 TABLET 2 TIMES DAILY
DO NOT SELF ADMINISTER
Dr. KOHANSKI, RENEE
6/12/03 - 7/10/03

CLONIDINE 0.2MG TAB       (Like CATAPRES GRX)
Dose: 0.2 MG / 1 TAB    KOP PO BID
Start: 23-APR-2003 20:00  Stop: ~~19-JUN-2003 19:59~~  Exhibit →
TAKE 1 TABLET 2 TIMES DAILY
DO NOT SELF ADMINISTER
Dr. KOHANSKI, RENEE
6/12/03 - 7/10/03

TOPIRAMATE 25MG TAB       (Like TOPAMAX)
Dose: 50 MG / 2 TAB    DOT PO BID
Start: 23-APR-2003 20:00  Stop: ~~19-JUN-2003 19:59~~  Exhibit →
TAKE 2 TABLETS (50MG) TWICE DAILY
DO NOT SELF ADMINISTER
Dr. KOHANSKI, RENEE
6/12/03 - 7/10/03

Name: MCKINNON, JAMES L    IM#: I00100770

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

Exhibit FF Pt 11
James McK[...]

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 100790 | | 11/9/61 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| McKinnon James | | |
| SEX | RACE/ETHNIC | FACILITY |
| (M) F | (B) W H O | CCIC |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY**  NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 7/2/03 | 7PM | Fluconazole 100mg po q week x 6 month | |
| | | Vaseline large pan x 6 month | |
| | | Basis soap x 6 month | |
| | | Nizoral cream bid x ~~6 month~~ 6 weeks | |
| | | Podiatry consult varicose veins Refer to MD | |
| | | ~~Tylenol 325mg 2 po q 6 hours~~ ~~x 6 months~~ | |
| | | R 3 weeks | |
| | | Tylenol 325mg 2 po q day | |
| | | of and Fluconazole x 6 months | |
| | | Hep C genotype & LFT next | |
| | | & alpha-fetal protein / blood draw | |
| | | Jm O'Halloran, D.O. | |
| 7/23/03 | 430p | Please give inmate information/initials on meds: Seroquel & Trazodone — other from pharmacy — Noted C[...] on 7/24/03 @ 805 AM | |

Exhibit "7+" James McK[...]

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

Exhibit Support of Plaintiff motion for Summary Judgment

Jim Taylor

Exhibit's

Exhibit James McKinnon

James McK

JUL 21 2003

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

RECEIVED  CN 9601/1 Rev. 10/07/02

| | |
|---|---|
| Inmate Name: James McKinnon | Inmate no. 100770 |
| Facility: Cheshire | |
| Housing unit: north 350 | Date: 7-20-03 |

☐ Line grievance  ☐ Line emergency  ☐ Health grievance  ☒ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.)

   This is a emergency complaint concerning my psychiatry order of medication that some how expired the evening of 7-17-03, also it was not provided on five delivery's James E. Dzurenda also medic 7-17-03 nurse Jim came, nurse nita Donavan morning of 7-18-03. The same afternoon noon I was frighten of my disorder of getting depressed that afternoon, I then ask officer Silva to phone medical for a supervisor it was expressed by nurse Donavan, miss. Pamela Shea was not working this day. also I address medical with a written request 30. days before I was depressed for a appointment! Not a thi

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   This is a medical Grievance

RECEIVED SEP 2  FIELD OPERATION DIRECTOR

Inmate signature: James McKin

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. M125-237-03 | T no. |
|---|---|
| Date received: 7/21/03 | Disposition: denied | Date of disposition: 7/21/03 |

Grievance issue:

Reasons
1. This is not an emergency issue
2. One issue at a time is to be addressed on each complaint.
3. On 7/11 and 7/13, 7/19 and 7/17 you refused your psyc medication
4. Your meds have been delivered this morning 7/21

Level 1 reviewer: Pamela Shea HSA

C.C.

*Exhibit*

Jamm MK JUL 31 2003

# Inmate Grievance Form B, Levels 2 and 3 RECEIVED
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name | James McKinnon | Inmate no. | 100770 |
|---|---|---|---|
| Facility | Cheshire | Housing unit north 350 | Date 7-30-03 |

☐ Line grievance ☐ Line emergency ☐ Health grievance ☒ Health emergency

| IGP no. M 125-237-03 | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because on five deliverys not to have my medication is a Emergency. including the lack of a mental health screening when I ask. Is not professional standards in treatment. this failure is concluded in my unit log Book by my officer mr. Silva. This denial of mental Health care is "deliberate Indifference" 

Inmate signature: James Lee McKinnon     Date 7-30-03

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received 9/22/03 | Disposition Denied | Date of disposition 9/22/03 |
|---|---|---|

Reasons: This doesn't meet the standards for a (H) emergency grievance

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

Inmate signature                    Date

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons:

Level-3 reviewer



# Certification

I hereby certify that a copy of the foregoing was mailed to the defendants attorney of record this 29, Day of August 2005

Defendants Individual Capacity
Yvonne Colette, ETAL
Pamela Shea
Ceryl Schwink
Hannah
Pauline Husband
Nita Donavan
Jim Taylor

Kathleen A. Keating
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
By x James McK
James McKinnon prose
Corrigan Corretional
986, Norwich new london
Uncasville CT
06382