UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | CIVIL NO. 3:03CV00944 (RNC) |
| V. | : | |
| YVONNE, ET AL. | : | AUGUST 25, 2005 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants in the above-captioned case.

Dated at Hartford, Connecticut, this 25th day of August, 2005.

        DEFENDANTS
        Yvonne Colette, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        /s/
BY_____
        Henri Alexandre
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        E-Mail:  Henri.alexandre@po.state.ct.us
        Federal Bar #ct 05412

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of August 2005:

    James McKinnon #100770
    MacDougall-Walker Correctional Institution
    1153 East Street South
    Suffield, CT  06080

    /s/
    _____
    Henri Alexandre
    Assistant Attorney General