United States District Court
District of Connecticut

FILED
2005 NOV -9 P 4: 38
DISTRICT COURT
BRIDGEPORT, CONN.

James McKinnon
   Plaintiff

V.

Yvonne Colette, ETAL
Defendants

Civil, No. 3:03CV944
(RNC) (DFM)

November 2, 2005

Individual Capacity

To: Correctional Officer Negron

Plaintiff Motion Memorandum of Law In Support of Subpoena In Civil Case Pursunt To Rule 803.8,(C), Motion for Court To Commanded Correctional Officer Negron To Appear In The United States District Court at The Place and Time Specified To Testify in The above Case.

Plaintiff James McKinnon pro, se move This Court respectfully To Commanded Correctional Officer Negron To appear at The place And Time Specified by Court To Testify at The Taking of a deposition in The above Case.

By x James McK___
James McKinnon

1. Plaintiff request respectfully that this court to commanded this witness to appear in this civil case under Rule 803, ,8, C, Hearsay Exceptions;

Availability of Declarant Immaterial, The following are not excluded by the hearsay rule, even though the declarant is available as a witness:

,C, Plaintiff request under Rule 803, 8, C, reports statements or, data compilations, In any form, of public offices or agencies, Setting forth, the activities observed pursuant to duty imposed by Law as to which matter there was a duty to report.

2. Plaintiff Also request statement from this witness That's in Cheshire Correctional Log book, A report from may 6, 2003 The Correctional officer mr. Negron Came to plaintiff Cell with medical privileged Correspondence That's protected by a Connecticut Law.

By x /s/ Jam mck
James McKinnon proso