# Memorandum of Law In Support

*FILED 2005 NOV -9 P 4:38 US DISTRICT COURT BRIDGEPORT CONN*

Courts have suggested that there may also be a limited due process right to have physical evidence produced at hearing when it is particularly important to determining guilt or innocence. Please see,

<u>Young v. Lynch</u>, 846 F.2d 960, 963, (4Th Cir. 1988) (due process may require production of evidence when it is the dispositive item of proof, it's critical to the inmate's defense, it's in the custody of prison officials, and it could be produced without impairing institutional concerns.)

<u>Ross v. Franzen</u> - 777 F.2d 1216, 1218 (7Th Cir 1985) (Claim that committe refused to place contraband screwdriver in evidence raised a due process question.

Numerous courts have held that there is a limited due process right to examine, or to have produced at the hearing, documents in prison officials' possession that may help determine whether plaintiff is guilty. Please see, <u>Smith v. Mass Dept. of Correction</u>, 936 F.2d 1390, 1401 (1sT Cir 1991) (Prison officials must explain denial of relevant and important documents central to the construction of a defense).

By× James McK
James McKinnon pro se

# Memorandum of Law In Support

A privilege cannot be used to protect information about something that the litigant has himself put in issue. Please see,

<u>Anderson</u> v. <u>Nixon</u>, 444 F.Supp. 1195, 1199 1200 (D.D.C. 1978).

If prison officials claim they did something on the advice of counsel, they cannot rely on the attorney-client privilege to keep the advice secret. Please see,

<u>Hearn</u> v. <u>Rhay</u>, 68 F.R.D. 574, 580-81 (E.D. Wash 1974).

By: /s/ James McKinnon
James McKinnon Pro Se

## Issued by the
## UNITED STATES DISTRICT COURT

915, LaFaYeTTe Boulevard     DISTRICT OF Connecticut
James McKinnon
Plaintiff

V.

Yvonne Colette, ETAL

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:03CV944 (RNC)(DFM)

TO: Correctional Officer Negron
Cheshire Correctional 900, Highland Avenue
Cheshire Connecticut, 06410

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court District of Connecticut 915, LaFaYeTTe Boulevard Brideport Connecticut 06604 | |
| | DATE AND TIME |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| United States District Court District of Connecticut 915, LaFaYeTTe Boulevard Bridgeport, CT 06604 | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Statement from you in north '2' unit Log Book, a statement on may 6. 2003, The date you came to plaintiff cell with medical privileged correspondence not in a Envelope, That was protected by a Connecticut Law.

| PLACE | DATE AND TIME |
|---|---|
| United States District Court District of Connecticut 915, LaFaYeTTe Boulevard Bridgeport Connecticut 06604 | |

☒ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| United States District Court District of Connecticut 915, LaFaYeTTe Boulevard Bridgeport Connecticut 06604 | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

# Certification

I hereby certify That a copy of The foregoing was mailed To The defendants ATTorney of record This 2, Day of November, 2005

Defendants    Individual Capacity

To: Correctional Officer Negron

Defendants
Yvonne Colette, ET AL
Pamela Shea
Cheryl Schwink
Amonda Hannah
Pauline Husband
Nita Donavan
Jim Taylor

Kathleen Keating
Henri Alexandre
Assistant ATTorney Generals
Federal Bar No. CT. 25247
110, Sherman Street
Hartford Connecticut
06105

Plaintiff
Byx James mckinnon
James mckinnon
Corrigan Correctional
986, Norwich NewLondon
Uncasville, CT
06382