# United States District Court
# District of Connecticut

**FILED**
2005 DEC -7 P 4:32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
  Plaintiff

v.

Yvonne Colette, ETAL
Defendants

Civil No. 3:03CV944
(RNC) (DFM)

December 5, 2005

Individual Capacity

Plaintiff Motion with Memorandum of Law in Support for extended time to continue the Settlement Conference Dated November 30, 05 for action open on docket 30 days from this Communication.

Also motion for Court to Automatically enforceable this Settlement Agreement with Losing party within five days from entry of of this Communication.

1. I James McKinnon Plaintiff prose moves this Court respectfully to grant this motion for the foregoing reason.

By x /s/ James McKinnon
James McKinnon prose

2. Plaintiff has a Settlement Agreement Signature for all cases pending in this court with the Assistant Attorney Generals Lynn Wittenbrink, Henri Alexandre Also Kathleen Keating for defendants to pay all (PLRA) payments.

3. Plaintiff request court Consider factors thats hard evidenc Supporting motion for court to resolve this issues.

4. This part of Settlement Agreement is very stricly used and request its correct involving the Plaintiff inmates accounts that (PLRA) payments is being taken from my account Exhibit.

5. Defendants are now obligated to pay the (PLRA) payments, Plaintiff stress to the court that there is not any reason why this $116.94 is prepared for court (PLRA) Hold.

6. Plaintiff has communicated with defendants attorney to no avail, now plaintiff complain to the court which may be able to get the defendants to pay the plaintiff $116.94 with Settlement Agreement.

Plaintiff
By: James McKinnon
James McKinnon prose

# Memorandum of Law in Support of The Plaintiff Motion

Defendants hasn't paid and Plaintiff has communicated with defendants attorney to no avail, the preferred means for collection of a federal court money judgment. Rule 69.a, Fed R. Civ. P. provides process to enforce a judgment for the payment of money shall be a writ of execution unless the court directs otherwise

Plaintiff
By x /s/ James McK_____
James McKinnon pro se

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record This 5, Day of December 2005

Defendants   Individual   Capacity

Yvonne Colette, ETAL
Pamela Shea
Cheryl Schwink
         Hannah
Pauline Husband
Nita    Donavan
Jim     Taylor
_____

Lynn Wittenbrink
Henri Alexandre
Kathleen Keating
Assistant Attorney genrals
110, Sherman Street
Hartford CT, 06105

Plaintiff
By James McK_____
James McKinnon prose
Corrigan Correctional
986, Norwich Newlondon
Uncasville, CT
       06382

**OMS 4.0 - [DISPLAY TRUST ACCOUNTS]**

Help  Window

User: CRCC2029     CONNECTICUT DEPARTMENT OF CORRECTION     Date: 11/28/2005

DOC#: 0000100770    Name: MCKINNON  JAMES  LEE    11/09/1961
REG#: 4    Location: 140-C; :    ACTIVE-IN

**Offender Balances**

☐ Closed Account
☐ Disbursement Freeze?    Total: 116.94    Current: 116.94    Hold: .00    ☐ Indigent?

Exhibit

**Offender Sub Accounts**

| Acnt Code | Type | Description | Balance | Indigent Since | Days Remaining |
|---|---|---|---|---|---|
| 2101 | REG | SPENDABLE | 40.04 | | |
| 2102 | SAV | SAVINGS | .00 | | |
| 2103 | BONDS | BONDS | .00 | | |
| 2104 | PLRA | PLRA | 76.90 | | |

**Offender Payables**

| Type | Description | Create | Info Number | Orig Amt | Total Paid | Total Owing |
|---|---|---|---|---|---|---|
| ODEN | Med Den Obligation | CTDOC | 140 - 09/16/05 | 6.00 | 6.00 | 0.00 |

Unique Identifier for the offender    OTIDTAC
Record: 1/1

By: James McKinnon
James McKinnon

RICHARD BLUMENTHAL,
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

### TELEFAX COMMUNICATION

| | |
|---|---|
| Date: | November 22, 2005 |
| To: | Elaine |
| Telefax #: | (860) 848-5842 |
| Number of Pages: (including this page) | 5 |
| From: | Lynn D. Wittenbrink, AAG |
| Telephone #: | (860) 808-5450 |
| Telefax #: | (860) 808-5591 |
| Information faxed by: | Benita Wilson |

**COMMENTS:** _____

*NOTICE:* *This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.*

Bey James McKinnon   Exhibit



RICHARD BLUMENTHAL
ATTORNEY GENERAL

Office of The Attorney General
## State of Connecticut

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Tel: (860) 808-5450
Fax: (860) 808-5591

November 22, 2005

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

**VIA FACSIMILE ONLY AT (860) 848-5842**

Re: Settlement Agreement

Dear Mr. McKinnon:

This is to confirm your <u>final</u> settlement agreement with this office.

The cases listed below are hereby settled on the following terms:

1) $2,000 payable separately if possible, ½ to your inmate account, ½ to Jennifer Santoro, 27 Millbrook Circle, Windsor, CT. If the State of Connecticut Comptroller's Office will not make the check payable to Ms. Santoro, it will be made out to you.

2) A payment to your inmate account in the amount of your outstanding court filing fees <u>for the cases listed below</u> only.

3) The State of Connecticut agrees that it will not seek to recover from the proceeds of this settlement any of the costs of your incarceration or other monies owed the State of Connecticut.

Thank you for your cooperation in resolving this matter. Because your lawsuits do not all involve claims for physical injury, I enclose a W-9 form for your signature. Please sign it and return it promptly.

*James McKin*
James McKinnon

Exhibit T

James McKinnon
November 22, 2005
Page 2

Cases being settled:

1) <u>McKinnon v. Delgato, Et Al.</u>, Docket No. 3:03CV71(JBA)
2) <u>McKinnon v. Leek, Et Al.</u>, Docket No. 3:02CV2068(CFD)
3) <u>McKinnon v. Lahda, Et Al.</u>, Docket No. 3:02CV2306(WWE)
4) <u>McKinnon v. Yvonne Colette, Et Al.</u>, Docket No. 3:03CV944(RNC)
5) <u>McKinnon v. James, Et Al.</u>, Docket No. 05-2595
6) <u>McKinnon v. Messenger, Et Al.</u>, Docket No. 05-1584
7) <u>McKinnon v. State of Connecticut</u>, File No. 20538

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:bmw

Enclosure

cc:  Henri Alexandre
     Assistant Attorney General

Exhibit
James McKinnon

**Form W-9**
(Rev. November 1999)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give form to the requester. Do NOT send to the IRS.

**Name** (If a joint account or you changed your name, see Specific Instructions on page 2.)
James McKinnon

**Business name,** if different from above. (See Specific Instructions on page 2.)

**Check appropriate box:** ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ............

**Address** (number, street, and apt. or suite no.)
Corrigan Correctional Center 986 Norwich new London Turnpike, Uncasville CT 06382

**City, state, and ZIP code**
Uncasville Connecticut 06382

**Requester's name and address** (optional)
860-848-5743

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, if you are a resident alien OR a sole proprietor, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number: [redacted]
OR
Employer identification number:

List account number(s) here (optional)

### Part II — For Payees Exempt From Backup Withholding (See the instructions on page 2.)

### Part III — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

**Sign Here**  Signature: /s/ James Lee McKinnon   Date: November 22, 2005

**Purpose of form.** A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9, if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are an exempt payee.

If you are a foreign person, IRS prefers you use a Form W-8 (certificate of foreign status). After December 31, 2000, foreign persons must use an appropriate Form W-8.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What is backup withholding?** Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
5. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X                                  Form **W-9** (Rev. 11-99)

/s/ James McKinnon
James McKinnon  Exhibit

## Specific Instructions

**Name.** If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage, without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first and then circle the name of the person or entity whose number you enter in Part I of the form.

*Sole proprietor.* You must enter your individual name as shown on your social security card. You may enter your business, trade, or "doing business as" name on the business name line.

*Other entities.* Enter your business name as shown on required Federal tax documents. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or "doing business as" name on the business name line.

### Part I—Taxpayer Identification Number (TIN)

You must enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, using your EIN may result in unnecessary notices to the requester.

**Note:** *See the chart on this page for further clarification of name and TIN combinations.*

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office. Get Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS's Internet Web Site at www.irs.gov.

If you do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester. Other payments are subject to backup withholding.

**Note:** *Writing "Applied For" means that you have already applied for a TIN OR that you intend to apply for one soon.*

### Part II—For Payees Exempt From Backup Withholding

Individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. For more information on exempt payees, see the separate Instructions for the Requester of Form W-9.

If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding. Enter your correct TIN in Part I, write "Exempt" in Part II, and sign and date the form.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester a completed Form W-8 (certification of foreign status).

### Part III—Certification

For a joint account, only the person whose TIN is shown in Part I should sign (when required).

1. **Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

2. **Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. **Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

4. **Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. **Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified state tuition program payments, IRA or MSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

### Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to give your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA or MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 31% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship | The owner [3] |
| 7. A valid trust, estate, or pension trust | Legal entity [4] |
| 8. Corporate | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "doing business as" name. You may use either your SSN or EIN (if you have one).

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

**Note:** *If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.*

*James McKinzy*

EXHIBIT