United States District Court
District of Connecticut

FILED
2005 DEC 20 P 4: 31
U.S. DISTRICT COURT
BRIDGEPORT CONN

James McKinnon
 Plaintiff

V.

Yvonne Colette, ET AL
Defendants

Civil. no. 3:03CV944
(RNC) (DFM)

December 10, 2005

Individual Capacity)

Plaintiff Motion Regarding Settlement that Has obviate the need for further Litigation.

Plaintiff respectfully reported to this court with closing papers that the cases are in fact settled.

Plaintiff motion is to respectfully thank this Honarable Court for all reasonable steps within power to ensure Federal Rules of Civil Procedures.

By /s/ James McK
James McKinnon prose

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 10th Day of December 2005 Defendants Individual Capacity

Yvonne Colette, ETAL
Pamela Shea
Cheryl Schwink
Pauline Husband
Amanda Hannah
Nita Donavan
Jim Taylor

---

Lynn Wittenbrink
Kathleen Keating
Henri Alexandre
Assistant Attorney Generals
110, Sheman Street
Hartford Connecticut
    06105

Plaintiff
By× *James McK*
James McKinnon
Corrigan Correctional
986, Norwich New London
Uncasville, CT
    06382