UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:03CV944(RNC) |
| v. | : | |
| YVONNE COLLETTE, ET AL. | : | DECEMBER 5, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties hereby stipulate to the dismissal of this matter with prejudice and without and award of costs.

        DEFENDANTS
        Yvonne Collette, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Henri Alexandre
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct05412
        E-Mail: henri.alexandre@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

_____
PLAINTIFF
James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of December, 2005:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Henri Alexandre
Assistant Attorney General