# United States District Court
# District of Connecticut

| | |
|---|---|
| James McKinnon<br>Plaintiff<br><br>vs.<br><br>Yvonne Colette, ET AL<br>Defendants | Civil. NO. 3:03CV944<br>(RNC) (DFM)<br><br>December 22, 2005<br><br>Individual Capacities |

## Plaintiff Motion for New Settlement Conference

Plaintiff James McKinnon Respectfully Prayer is for this court to Schedule a new Settlement Conference in this matter.

The Plaintiff Feels that a settlement Conference in this matter my well be enhanced by a Formal Settlement Conference before this court, befor Trial in this matter.

Respectfully Submitted
Byx/James McKinnon
James McKinnon pro.se

1 of 13

1. Plaintiff respectfully moves this court to conten that settlement negotiations has not moved forward and that a Settlements Confernce will be needed.

2. Defendants are not interested in going by court rules of Civil Procedures.

3. Defendants offered plaintiff $2,000.00 dollars with agreement to dismiss with prejudic all other court pending cases.

4. Plaintiff motion is out of good faith concerning Court Fees that Settlement Agreement is for the defendants to also pay directly to plaintiff inmate Trust Fund.

5. Now defendants are saying the court fees are to be paid directly to the court $705.00.

6. Plaintiff has immediately withdrawall All the release of Circumstances Surrounding this Lawsuit.

7. Defendants has also waive the costs of Plaintiff incarceration.

8. Thats not being reasonable because thats not my agreement for defendants to pay my court fees directly to court, Plaintiff has authorize 20% of my income for preceding month toward the balance. Regardless this is not my Settlement Agreements.

By x /s/ James McK——
James McKinnon Prose

9. For all the reason set forth here in with and the attached documents the plaintiff respectfully prayer that this motion to be granted and that further instructions be granted in faver of the Plaintiff.

Plaintiff
By× James McKinnon
James McKinnon prose

Defendants       Individual   Capacities

Including the following named matters: Plaintiff Motion is to continue to keep the cases open on docket. was befor december 29, 2005:

McKinnon V. Delgado, ETAL, Docket No. 3:03cv71(JBA)
McKinnon V. Leak, ETAL Docket No. 3:02cv2068(CFD)
McKinnon V. LaHda, ETAL Docket No. 3:02cv 2306(WWE)
McKinnon V. Yvonne Colette, ETAL No. 3:03cv 944(RNC)
McKinnon V. James, ETAL AI. Docket 05-2595
McKinnon V. Mesenger, ETAL AI. Docket 05-1584
McKinnon V. State of Connecticut File No. 20538

Respectfully Submitted
Plaintiff
By× James McK
James McKinnon prose

# Memorandum of Law in Support of the Plaintiff Motion

Plaintiff Complaint to the court which may be able to get the defendants to pay without formal proceedings.

If this doesn't work Plaintiff consider seeking a writ of execution, this is the preferrd means for collection of a federal Court money judgment. Please see, Rule 69.a, Fed. R. Civ. P. provides Process to enforce a judgment for the payment of money, Shall be a writ of execution, unless the court directs otherwise.

One court has held that a judgment of contempt is the only proper way to deal with noncompliance problems. Please see, Newman v. State of Alabama 683, F.2d 1312, 1319-21 (11th Cir. 1982

The good news is that Plaintiff is entitled to interst on a judgment starting from the date the judgment is entered. Please see, 28 U.S.C. § 1961

Plaintiff
By x James McK____
James McKinnon prose

# Exhibit

Copy
December 16, 05

To: Lynn Wittenbrink
Assistant Attorney General
110, Sherman Street
Hartford Connecticut
    06105


Exhibit

RE: Settlement Agreement

Dear: miss, Wittenbrink

I am writing you out of good faith concerning Court Fees, that not my Settlement Agreement for you to now say it's now paid directly to court.

I am responsible for that to come out my account, this agreement will not stand.

I request you send $2,000,00 thousand dollars to my account, and not my niece because it's in my name.

Also a separate check paid to my account directly for court fees that's the Settlement Agreement that I am responsible for.

Please let me know will I have to ask the court for a new settlements Conference.

I will Also stop the check from my account. This is not acceptable from you and not my agreement.
Also court will have a copy of the problem.
        6 of 13

(Exhibit James McK)

I request in the Agreement Court Fees, That's one check

I have trust you miss, Lynn Wittenbrink

Also I can Send The money back and enforced That

Agreement That I have notary Approval For

James McKinnon

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 16, 2005

James McKinnon
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

**Re:   McKinnon Global Settlement**

Dear Mr. McKinnon:

    We have finally sorted out exactly what the outstanding court fees are on the cases we are settling. The amount is $705.00.

    Pursuant to the terms of our settlement agreement, and based on the comptroller's requirement that the checks for the settlement proceeds be made out to the same person, I will this date be requesting a check in your name be made out to

    Jennifer Santro
    27 Millbrook Circle
    Windsor, CT 06095

in the amount of $1,000.00, as well as a check in your name in the amount of $1,000.00 which will be sent to your inmate account. Lastly, we will request that $705.00 be paid directly to the Court.

    Very truly yours,

    Lynn D. Wittenbrink
    Assistant Attorney General

LDW:bmw

cc:   Henri Alexandre
      Assistant Attorney General

Exhibit

RICHARD BLUMENTHAL
ATTORNEY GENERAL



Exhibit
Jam McK

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

November 30, 2005

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Re:   **Settlement of All Pending Cases**

Dear Mr. McKinnon:

    Enclosed please find necessary paperwork for the settlement of all your pending cases. Please sign where all of the stickers indicate your signature is necessary and return the originals to this office. Please note that the **Release** needs to be signed in front of a notary. As soon as I receive the signed originals, I will request the checks from the comptroller's office.

    Also, I am in receipt of your letter dated November 25, 2005 regarding your account. I can tell you that it was $76.90 taken from your account for court fees, not $116.94. Moreover, that fee was for a previous case, not one of the ones currently being settled or paid for. So, our agreement stands.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:bmw

Enclosures

cc:   Henri Alexandre
      Assistant Attorney General

**OMS 4.0 - [DISPLAY TRUST ACCOUNTS]**

User: CRCC2029    CONNECTICUT DEPARTMENT OF CORRECTION    Date: 11/28/2005

DOC#: 0000100770    BK#: 4    Name: MCKINNON, JAMES

### Trust Summary

| Date | Loc'n | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 10/06/2005 | CTDOC | REG | CRS SAL ORD #3439102 D3 | <7.32> | 85.03 | 0.00 |
| 10/06/2005 | CTDOC | REG | CRS SAL ORD #3439901 D3 | <23.08> | 61.95 | 0.00 |
| 10/14/2005 | CTDOC | REG | CT1 /C PO DSP /FUL /Rg:1 0 @0.75  09/23/2005-09/2 | 0.00 | 61.95 | 0.00 |
| 10/21/2005 | CTDOC | REG | CT1 /C PO DSP /FUL /Rg:1 0 @0.75  10/07/2005-10/1 | 0.00 | 61.95 | 0.00 |
| 11/04/2005 | CTDOC | REG | Deduction-ODEN-140 - 09/16/05 | <0.05> | 61.90 | 0.00 |
| 11/15/2005 | CTDOC | REG | Mail Receipts 140 | 25.00 | 86.90 | 0.00 |
| 11/15/2005 | CTDOC | REG | Deduction-PLRA-02242003 | <5.00> | 81.90 | 0.00 |
| 11/15/2005 | CTDOC | PLRA | Deduction-PLRA-02242003 | 5.00 | 86.90 | 0.00 |
| 11/15/2005 | CTDOC | REG | Deduction-ODEN-140 - 09/16/05 | <5.95> | 80.95 | 0.00 |
| 11/17/2005 | CTDOC | REG | CRS SAL ORD #3522677 D3 | <14.01> | 66.94 | 0.00 |
| 11/25/2005 | CTDOC | REG | Mail Receipts 140 | 50.00 | 116.94 | 0.00 |
| 11/25/2005 | CTDOC | REG | Deduction-PLRA-02242003 | <10.00> | 106.94 | 0.00 |
| 11/25/2005 | CTDOC | PLRA | Deduction-PLRA-02242003 | 10.00 | 116.94 | 0.00 |
| | | | Account Balances: | | 116.94 | 0.00 |

Press List of Values to display GL Transaction Details.
Record: 191/203    OTIDTAC!

Exhibit  *James McKinnon*



Exhibit

*James McK[innon]* (signature)

12 of 13

## Certification

I hereby certify that the foregoing was mailed to the defendants on Record this December 22, 2005

Plaintiff motion is befor payment and has immediately ask the inmate trust fund not to keep the check from Attorney General office staff at department of Correction Dianne Paskow at Administrative office.

Defendants
Yvonne Colette, ETAL
Pamela Shea
Cheryl Schwink
Pauline Husband
Amanda Hannah
Nita Donavan
Jim Taylor
_____

Lynn Wittenbrink
Kathleen Keating
Henri Alexandre
Assistant Attorney General
Federal Bar NO, ct 25247
110, Sherman Street
Hartford Connecticut
06105

Respectfully Submitted
Plaintiff
By x James McKi___
James McKinnon prose
Corrigan Correctional
986, Norwich NewLondon
Uncasville Connecticut
06382