

| | | |
|---|---|---|
| RICHARD BLUMENTHAL, ATTORNEY GENERAL | | MacKenzie Hall<br>110 Sherman Street<br>Hartford, CT 06105-2294 |

Office of The Attorney General

# State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

April 12, 2006

Clerk of the Court
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

APR 1 7 2006

Re: James McKinnon v. Yvonne Colette, et al., Docket No. 3:03CV944 (RNC)

Dear Clerk of the Court:

Please be advised that all the issues regarding the settlement agreement in the above-referenced case have been resolved. Any pending motion to reopen can be denied and the case can be terminated.

Thank you for your assistance.

Very truly yours,

Henri Alexandre
Assistant Attorney General

cc:   James McKinnon #100770
      Robinson Correctional Institution
      P.O. Box 1400
      Enfield, CT  06082

      Cynthia Earle, Staff Attorney