United States District Court

District of Connecticut

FILED

2005 DEC -7 P 4: 32

U.S. DISTRICT COURT
BRIDGEPORT. CONN

James McKinnon
    Plaintiff

v.

Yvonne Colette, ETAL
Defendants

Civil no. 3:03cv944
(RNC) (DFM)

December 5 , 2005
Individual Capacity?

Plaintiff Motion with Memorandum of Law in Support for extended time to continue the Settlement Conference Dated November 30.05 for action open on docket 30 days from this Communication.

Also motion for Court to Automatically enforceable this Settlement Agreement with Losing party within Five days from entry of of this Communication.

1=I James McKinnon Plaintiff prose moves this Court respectfully to grant this motion for the foregoing reason.

By x James McKinnon
James McKinnon prose

April 25, 2006. Denied as moot. So ordered.

Robert N. Chatigny, U.S.D.J.

2006 APR 2

FILED
U.S. DISTRICT COURT