# United States District Court
## District of Connecticut

**FILED**
2006 JAN -9 P 4: 32
U.S. DISTRICT COURT

| | |
|---|---|
| James McKinnon<br>Plaintiff<br><br>v.<br><br>Yvonne Colette, ETAL<br>Defendant | Civil. NO. 3:03CV944<br>(RNC) (DFM)<br><br>January 5, 2006<br><br>Individual Capacity |

Plaintiff Motion with Memorandum of Law In Support For Court to Enforce This Settlement Agreement that has not been Collected money.

1. I James McKinnon Plaintiff prose moves this court with respect to contend that material facts are Exhibits because the moving party is entitled to this Agreement as a matter of Law.

2. Plaintiff has also attach a copy of the Settlement agreement to this motion that has not been paid for months.

Plaintiff
By: /s/ James McK____
James McKinnon prose

1 of 16

April 25, 2006.   Denied as moot.   So ordered.
Robert N. Chatigny, U.S.D.J.