# United States District Court
## District of Connecticut

| | |
|---|---|
| James McKinnon<br>Plaintiff<br><br>vs.<br><br>Yvonne Colette, ET AL<br>Defendants | Civil. NO. 3:03CV944<br>(RNC) (DFM)<br><br>December 22, 2005<br><br>Individual Capacities |

### Plaintiff Motion for New Settlement Conference

Plaintiff James McKinnon Respectfully Prayer is for this court to Schedule a new Settlement Conference in this matter.

The Plaintiff feels that a settlement Conference in this matter my well be enhanced by a formal Settlement Conference before this court, befor trial in this matter.

Respectfully Submitted
By x James McKinnon
James McKinnon pro se

1 of 13

April 25, 2006. Denied as moot. So ordered.
Robert N. Chatigny, U.S.D.J.