United States District Court

District of Connecticut

| James McKinnon Plaintiff | Civil, No, 3:03CV944 (RNC) (DFM) |
|---|---|
| VS. | December 22, 2005 |
| Yvonne Colette, ET AL Defendants | Individual Capacities |

## Plaintiff Motion For New Settlement Conference

Plaintiff James McKinnon Respectfully Prayer is for this court to Schedule a new Settlement Conference in this matter.

The Plaintiff feels that a settlement Conference in this matter my well be enhanced by a formal Settlement Conference before this court, befor trial in this matter.

Respectfully Submitted
By x James McKinnon
James McKinnon prose

I of 13

April 25, 2006. Denied as moot. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2006 APR 26 A  U.S. DISTRICT HARTFORD